IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| JOE DALE MARTINEZ AND FIDENCIO LOPEZ, JR., Individually and on behalf of all others similarly situated §§§§§ | | |
| Plaintiffs § | | |
| V. § | CIVIL ACTION NO. 2:11-CV-295 | |
| REFINERY TERMINAL FIRE COMPANY §§§ | | |
| Defendant § | | |

**PLAINTIFFS JOE DALE MARTINEZ AND FIDENCIO LOPEZ, JR.'S CERTIFICATE OF INTERESTED PARTIES**

TO THE HONORABLE JUDGE OF THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS:

COME NOW, Plaintiffs Joe Dale Martinez and Fidencio Lopez, Jr., and pursuant to Federal Rule of Civil Procedure 7.1 and the Court's Order for Conference and Disclosure of Interested Parties, hereby show as follows:

1. Joe Dale Martinez
   Fidencio Lopez, Jr.

   *Plaintiffs*

2. Any and all current and former "salaried non-exempt" employees of Defendant Refinery Terminal Fire Company during the time period from 2003 through the present who were not paid overtime compensation for time worked in excess of forty (40) hours per workweek and who were not paid full compensation for time spent on-call

   *Potential Plaintiffs*

3.       Craig M. Sico
          Roger S. Braugh, Jr.
          Clif Alexander
          Stuart R. White
          Sico, White, Hoelscher & Braugh, L.L.P.
          802 N. Carancahua, Suite 900
          Corpus Christi, TX 78401

          Jerry Guerra
          Huerta Guerra Beam, PLLC
          924 Leopard Street
          Corpus Christi, TX 78401

          *Attorneys for Plaintiffs*

4.       Refinery Terminal Fire Company

          *Defendant*

5.       <u>Calpine Corporation</u> (NYSE:CPN)

          <u>El Paso Corporation</u> (NYSE:EP)

          Diamond Shamrock – Corpus Christi Facility, believed to be a subsidiary or division of <u>Valero Energy Corporation</u> (NYSE:VLO)

          Valero Refining, believed to be a subsidiary or division of <u>VLO</u>

          Koch Pipeline Company, LP, believed to be a subsidiary or division of Koch Industries, Inc.

          Flint Hills Resources, LP, a wholly owned subsidiary of Koch Industries, Inc.

          Port of Corpus Christi Authority

          Elementis Chromium LP, believed to be a subsidiary or division of Elementis PLC, a publicly traded company on the UK London Stock Exchange and a member of the FTSE 250 Index

          CITGO, a subsidiary of Petroleos de Venezuela ("PDV") America, a subsidiary of Petroleos de Venezuela, S. A. ("PDVSA"), the national oil company of the Bolivarian Republic of Venezuela

          *Member Institutions that Fund the Refinery Terminal Fire Company*

                                                            Respectfully submitted,

                                                              /s/ Craig M. Sico
                                            Craig M. Sico
                                            Federal I.D. No. 13540
                                            Texas Bar No. 18339850
                                            SICO, WHITE, HOELSCHER & BRAUGH, L.L.P.
                                            802 N. Carancahua, Suite 900
                                            Corpus Christi, Texas 78401
                                            Telephone: 361/653-3300
                                            Facsimile: 361/653-3333

                                          **ATTORNEY IN CHARGE FOR PLAINTIFFS**

OF COUNSEL:

Roger S. Braugh, Jr.
Federal I.D. No. 21326
Texas Bar No. 00796244
Clif Alexander
Texas Bar No. 24064805
Stuart R. White
Texas Bar No. 24075268
SICO, WHITE, HOELSCHER & BRAUGH, L.L.P.
802 N. Carancahua, Suite 900
Corpus Christi, Texas 78401
Telephone: 361/653-3300
Facsimile: 361/653-3333

Jerry Guerra
Federal I.D. No. 18166
Texas Bar No. 00789326
HUERTA GUERRA BEAM, PLLC
924 Leopard Street
Corpus Christi, Texas 78401
Telephone: 361/884-1632
Facsimile: 361/884-7013

## **CERTIFICATE OF SERVICE**

     I hereby certify that on the 27TH day of September 2011, Plaintiffs' Certificate of Interested Parties was electronically filed and that a true and correct copy has been served on the Defendant through its registered agent for service by certified mail, return receipt requested.

                                            /s/ Craig M. Sico