IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| JOE DALE MARITNEZ AND § <br> FIDENCIO LOPEZ, JR. Individually § <br> And on behalf of all others similarly § <br> Situated; § <br> § <br> v. § <br> § <br> REFINERY TERMINAL FIRE § <br> COMPANY § <br> § <br> § | | Civil Action No. 2:11-cv-295 <br><br> JURY TRIAL DEMAND <br><br> COLLECTIVE ACTION <br> PURSUANT TO 29 2.S.C.§216(b) |

## DEFENDANT REFINERY TERMINAL FIRE COMPANY'S
## CERTIFICATE OF INTERESTED PARTIES

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW Defendant, Refinery Terminal Fire Company, by and through its attorney of record, Keith B. Sieczkowski, and files this Disclosure of Interested Parties.

The following entities are financially interested in the outcome of this litigation:

1. PLAINTIFF
   Joe Dale Martinez and Fidencio Lopez, Jr.
   By and through their attorneys of record
   SICO, WHITE, HOELSCHER & BRAUGH LLP
   802 N. Carancahua, Suite 900
   Corpus Christi, Texas  78401

2. DEFENDANT
   Refinery Terminal Fire Company
   By and through their attorney of record
   Keith B. Sieczkowski
   BRANSCOMB | PC
   802 North Carancahua, Suite 1900
   Corpus Christi, Texas  78401-0036

3.  REFINERY TERMINAL FIRE COMPANY PARTICIPATING MEMBERS
    Lyondell Corpus Christi
    Calpine Corporation
    Elementis Chromium
    Mark West – Javelina, Inc.
    NuStar Logistics, LP
    Flint Hills Resources
    Koch Pipeline Company, LP
    Valero Marketing & Supply
    Valero Refining – Corpus Christi
    Port of Corpus Christi Authority
    CITGO Refinery – Corpus Christi, Texas
    Martin Midstream Partners
    Air Products

    DATED this 18th day of October, 2011.

`
Respectfully submitted,

BRANSCOMB | PC
A Professional Corporation
802 North Carancahua, Suite 1900
Corpus Christi, Texas  78401-0036
Telephone: (361) 886-3800
Facsimile:  (361) 888-8504


By   /s/   Keith B. Sieczkowski            _
     Keith B. Sieczkowski
     TSB #18341650
     Southern District #17118
     Attorney in Charge

ATTORNEYS FOR DEFENDANT,
REFINERY TERMINAL FIRE COMPANY

## **CERTIFICATE OF SERVICE**

     I do hereby certify that a true and correct copy of the above and foregoing document has been forwarded to all attorneys of record via ECF in accordance with the Fed. R. Civ. P. on this 18th day of October, 2011.

Craig Sico
SICO, WHITE, HOELSCHER
 & BRAUGH LLP
802 N. Carancahua, Suite 900
Corpus Christi, Texas  78401

                                       /s/   Keith B. Sieczkowski
                                         Keith B. Sieczkowski

{C0600467.DOCX:3}