| EMPLOYEE NO. | DEPARTMENT | EMPLOYEE NAME | SOCIAL SECURITY NO. | PERIOD END | CHECK NO. |
|---|---|---|---|---|---|
| MARJ5135 | OXY | Martinez, J.D. | | 08/15/2007 | |

| EARNINGS | HRS./UNITS | CURRENT AMOUNT | YEAR TO DATE | DEDUCTIONS | CURRENT AMOUNT | YEAR TO DATE |
|---|---|---|---|---|---|---|
| Salary-OXY | 80.000 | 2029.38 | 29348.12 | FEDERAL INCOME | 713.43 | 6799.4 |
| OT Pay - OXY | 24.000 | 281.04 | 5714.48 | FEDERAL MEDICAR | 50.83 | 538.6 |
| ATW - OXY | 48.500 | 1309.50 | 3762.00 | FEDERAL SOCIAL | 217.35 | 2303.1 |
| SA-ATW-ERS-BB | 3.000 | 81.00 | 108.00 | Dental Ins | 41.35 | 620.2 |
| | | | | Health Ins. | 111.33 | 1669.9 |
| | | | | Cancer Coverage | 18.95 | 284.2 |
| | | | | United Way | 5.00 | 75.00 |
| | | | | Per Accident | 6.80 | 102.00 |
| | | | | Per Recovey 45 | 16.89 | 162.09 |
| | | | | 401K Loan | 54.10 | 811.50 |

| PAY RATE | CURRENT EARNINGS | CURRENT DEDUCTIONS | NET PAY | Y.T.D. EARNINGS | Y.T.D. DEDUCTIONS | Y.T.D. NET PAY |
|---|---|---|---|---|---|---|
| 25.37 | 3700.92 | 1236.03 | 2464.89 | 39985.60 | 13366.23 | 26619.37 |



**REFINERY TERMINAL FIRE COMPANY**
PAYROLL ACCOUNT
P.O. BOX 4162
CORPUS CHRISTI, TX 78469-4162

FROST NATIONAL BANK
MEMBER: CULLEN/FROST BANKERS, A FAMILY OF TEXAS BANKS
CORPUS CHRISTI, TX 78403

CHECK NO. 90028

DATE 08/15/2007

AMOUNT $2464.89

PAY TWO THOUSAND FOUR HUNDRED SIXTY FOUR DOLLARS and 89 CENTS

TO THE ORDER OF
Joe Dale Martinez
1005 Dolphin Place
Corpus Christi, TX 78411

Bank Routing No.   Bank Account Number


Deposit Amount
2464.89

**DIRECT DEPOSIT ADVICE   NON-NEGOTIABLE**

**EXHIBIT "A"**