

361 / 882-6253

# REFINERY TERMINAL FIRE COMPANY

P.O. BOX 4162 • 78469-4162    4802 UP RIVER ROAD • 78407-1722    CORPUS CHRISTI, TEXAS

**NON-EXEMPT SALARIED PAY SCALE AND RANK STRUCTURE**
Effective 01 January 2011

|  |  |  | Captain | Sr. Captain | *Coverage | **Callout |
|---|---|---|---|---|---|---|
| 8 Hour | 2080 | Semi-Monthly Base Salary | 2412.12 | 2778.84 |  |  |
| OT |  |  |  |  | 30.41 | 45.00 |
| 12 Hour | 1872 | Semi-Monthly Base Salary | 2226.57 | 2565.08 |  |  |
| OT | 312 |  | 14.28 | 16.45 | 30.41 | 45.00 |
| 24 Hour | 2080 | Semi-Monthly Base Salary | 2010.00 | 2315.70 |  |  |
| OT | 832 |  | 11.60 | 13.36 | 30.41 | 45.00 |
| Est. Yrly Scheduled Pay |  |  | $57,890.85 | $66,692.15 |  |  |

|  |  |  | Firefighter 2 | Sr. Firefighter | *Coverage | **Callout |
|---|---|---|---|---|---|---|
| 8 Hour | 2080 | Semi-Monthly Base Salary | 2257.344 | 2356.01 |  |  |
| OT |  |  |  |  | 24.48 | 38.50 |
| 12 Hour | 1872 | Semi-Monthly Base Salary | 2083.70 | 2174.78 |  |  |
| OT | 312 |  | 13.37 | 13.95 | 24.48 | 38.50 |
| 24 Hour | 2080 | Semi-Monthly Base Salary | 1881.12 | 1963.34 |  |  |
| OT | 832 |  | 10.86 | 11.33 | 24.48 | 38.50 |
| Est. Yrly Scheduled Pay |  |  | $54,176.25 | $56,544.33 |  |  |

|  |  |  | Firefighter 1 | Sr. Firefighter 1 | *Coverage | **Callout |
|---|---|---|---|---|---|---|
| 8 Hour | 2080 | Semi-Monthly Base Salary | 1925.78 | 2104.25 |  |  |
| OT |  |  |  |  | 18.57 | 34.00 |
| 12 Hour | 1872 | Semi-Monthly Base Salary | 1777.64 | 1942.39 |  |  |
| OT | 312 |  | 11.40 | 12.46 | 18.57 | 34.00 |
| 24 Hour | 2080 | Semi-Monthly Base Salary | 1604.81 | 1753.54 |  |  |
| OT | 832 |  | 9.26 | 10.12 | 18.57 | 34.00 |
| Est. Yrly Scheduled Pay |  |  | $46,218.67 | $50,502.08 |  |  |

|  |  |  | Trainees | *Coverage | **Callout |
|---|---|---|---|---|---|
| 8 Hour | 2080 | Semi-Monthly Base Salary | 1,550.98 |  |  |
| OT |  |  |  | 16.15 | 30.00 |
| 12 Hour | 1872 | Semi-Monthly Base Salary | 1,431.68 |  |  |
| OT | 312 |  | 9.18 | 16.15 | 30.00 |
| 24 Hour | 2080 | Semi-Monthly Base Salary | 1,292.48 |  |  |
| OT | 832 |  | 7.46 | 16.15 | 30.00 |
| Est. Yrly Scheduled Pay |  | $37,223.55 |  |  |  |

Approved by the BOD

**EXHIBIT "C"**