# REFINERY TERMINAL FIRE COMPANY
# POLICIES AND PROCEDURES MANUAL

| SUBJECT: Call Out Pay Policy | Page 1 of Page 2 |
|---|---|
| CATEGORY: Administration | SUB-CATEGORY: |

**I. Purpose:** To outline the procedures and requirements for when call-out pay will be issued.

**II. Scope:** This policy applies to all firefighters who respond to a call-out issued by CMD.

**III. Policy:** Unless on "out of service" status, all RTFC firefighting personnel are required to report to their designated "Call Out" Station or other designated location within 30 minutes of being advised to do so, either verbally or by pager message. While call-outs are a necessary part of the Company's mission, the Company recognizes that responding to call-outs creates some level of inconvenience to employees. This policy sets forth the conditions for which call-out pay may be awarded. The Company will retain the sole discretion to terminate call-out pay program at any time and without advance notice.

**IV. Procedure:**

Reporting: Employees responding to a call-out are required to sign in and sign out utilizing Personnel Form 0008 (Payroll Sign in Sheet for Call-outs). **In addition to other disciplinary action that may be taken, failure to properly sign in and out will result in forfeiture of any reporting pay or call-out pay.**

**If an employee properly signs in but not out, only the reporting pay will be paid.**

Initial Reporting: Employees who timely respond to a designated call-out will be paid $50.00 as initial reporting pay.

Additional Call-out pay: If the call-out is cancelled and/or firefighters are released within 30 minutes of the designated reporting time, no additional call-out pay will be issued.

EXHIBIT "D"

| SUBJECT: Call Out Pay Policy | Page 2 of Page 2 |
|---|---|
| CATEGORY: Administration | SUB-CATEGORY: |

If the call-out is cancelled more than 30 minutes but less than two hours after the report time, all firefighters who timely responded and held over will be paid the $50.00 reporting pay and two hours of call-out pay, paid at the employee's established call-out rate.

If the call-out lasts two hours or more, in addition to the reporting pay, employees who timely reported and held over will be paid for <u>all time actually worked</u> at the call-out rate.

Per normal time-keeping requirements, employees who respond **must sign in and out themselves**. Employees signing in or out for others or allowing other to do so for them, are subject to the same disciplinary action as for filling out another's time card.

<u>Shift pay</u>: Persons who are on their scheduled shift are not entitled to call-out pay. Persons on their way in for their scheduled shift will receive reporting pay and call-out pay until their scheduled shift begins. Persons who are carried over from their assigned shift due to a call-out will receive call-out pay but not reporting pay.

<u>Overtime:</u> Reporting pay and additional pay for call-out will be used to offset any overtime that otherwise will be due for hours actually worked.

| INITIATED BY: Mary Gene Garbutt | DATE EFFECTIVE: 01 January 2006 |
|---|---|
| DEPARTMENT HEAD APPROVAL:<br><br>Roy A. Rivera, Jr.<br>Paul P. Swetish<br>Christopher L. Nelson<br>John D. Lowe<br>Damien R. Forneris | DATE REVISED:<br><br>**CHIEF EXE. OFFICER and/or FIRE CHIEF APPROVAL:**<br>Lonnie K. Bartlett<br>Geoffrey N. Atwood |

# EXAMPLE

**Page goes out at 0900 hours** and unless on "out of service" status, **all** RTFC firefighting personnel are required to report to their designated "call out" station or other designated location within 30 minutes of being advised to do so.

Your **REPORTING TIME is 0930 hours – you are REQUIRED to sign in and sign out.** Once you have reported and signed in, you are to remain at your designated "call out" station until officially released by "Command".

If you are released by "Command" between 0930 hours and 1000 hours, **you will receive $50.00 initial REPORTING PAY.**

If the call-out is cancelled **more than 30 minutes** (1001 hours) but **less than two hours** (1129 hours) **after the reporting time,** all firefighters who timely responded and were held over **will be paid the $50.00 reporting pay and two hours of call-out pay, paid at the employee's established call-out rate.**

If the call-out lasts **two hours or more (1130 hours plus),** in addition to the reporting pay of $50.00, employees who timely reported and were held over will **be paid for all time actually worked at the call-out rate.**