# FHR DAY CREW AND SPECIAL PROJECTS PERSONNEL HOLIDAYS AND PAY FOR 2008

Scheduled Work Week is 0700 hours Sunday through 0700 hours following Sunday, **with scheduled work days being, Monday through Thursday, 10 hours a day from 0700 to 1700 hours.**

- **ANNUAL PTO HOURS**

  Annual PTO hours for vacation will be 40 hours taken at a time (Monday through Thursday). **ANYTHING LESS WILL BE OCNSIDERED A FLOATER.**

  Emergency or scheduled floaters will be taken in 10 hours and/or 5 hour increments and will be taken Monday through Thursday.

- **HOLIDAYS / HOLIDAY PAY** - ALL RTFC employees receive 80 hours of holiday pay. For the 10 hour day personnel (Day Crew and Special Projects personnel) the following paid holidays FOR 2008 have been designated:

  - January 1, 2008      Tuesday – OFF, paid 10 hours
  - March 21, 2008       Friday – OFF, NO PAY
  - May 26, 2008         Monday – OFF, paid 10 hours
  - July 4, 2006         Friday – OFF, paid 10 hours
  - August 29, 2008      Friday – OFF, paid 10 hours
  - September 1, 2008    Monday – OFF, paid 10 hours
  - November 27, 2008    Thursday – OFF, paid 10 hours
  - November 28, 2008    Friday – OFF, NO PAY
  - December 25. 2008    Thursday – OFF, paid 10 hours
  - December 26, 2008    Friday – OFF, paid 10 hours

- **OT (overtime)** – stays the same – any hours worked over 40 in a week will be at the ATW rate.

- **Work schedules will not be changed during the week.** For example: you cannot work Tuesday – Friday, because you want Monday off; if you want off, you will utilize your annual PTO. **If you are required to work on a Friday, Saturday or Sunday, this time will be ATW.**

**EXHIBIT "E"**