IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| JOE DALE MARTINEZ AND FIDENCIO LOPEZ, JR., Individually and on behalf of all others similarly situated; | § § § § § § § | |
| *Plaintiffs,* | § § | |
| v. | § § | Civil Action No. 2:11-CV-295 |
| REFINERY TERMINAL FIRE COMPANY | § § § § | JURY TRIAL DEMANDED |
| | § § | COLLECTIVE ACTION |
| *Defendant* | § § | PURSUANT TO 29 U.S.C. § 216(b) |

## NOTICE OF CONSENT

I hereby consent to become a party plaintiff in the lawsuit brought pursuant to the Fair Labor Standards Act ("FLSA") to recover unpaid wages and overtime from my current and/or former employer, Refinery Terminal Fire Company. I have been provided with a copy of the Attorney Employment Contract with Sico, White, Hoelscher & Braugh, L.L.P., and agree to be bound by its terms.

Jason Flores
Full Legal Name (print)

7130 Everhart #22, Corpus Christi, TX 78413
Street Address

Corpus Christi          Texas          78413
City                    State          Zip Code

(361) 876-1057
Phone

_____
Signature

9-21-11
_____
Date



Return this form to:        Sico, White, Hoelscher & Braugh, L.L.P.
802 N. Carancahua, Suite 900
Corpus Christi, Texas 78401

Re:   Refinery Terminal Fire Company Unpaid Wage Litigation