IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| JOE DALE MARTINEZ AND FIDENCIO LOPEZ, JR., Individually and on behalf of all others similarly situated; <br><br> Plaintiffs, <br><br> v. <br><br> REFINERY TERMINAL FIRE COMPANY <br><br> Defendant | § § § § § § § § § § § § § § § § | Civil Action No. 2:11-CV-295 <br><br> JURY TRIAL DEMANDED <br><br> COLLECTIVE ACTION PURSUANT TO 29 U.S.C. § 216(b) |

## NOTICE OF CONSENT

I hereby consent to become a party plaintiff in the lawsuit brought pursuant to the Fair Labor Standards Act ("FLSA") to recover unpaid wages and overtime from my current and/or former employer, Refinery Terminal Fire Company. I have been provided with a copy of the Attorney Employment Contract with Sico, White, Hoelscher & Braugh, L.L.P., and agree to be bound by its terms.

_Herman Contreras, Jr._
Full Legal Name (print)

_6830 Sahara Dr._
Street Address

_Corpus Christi_  _TX_  _78412_
City  State  Zip Code

_(361) 947-6321_
Phone

Case 2:11-cv-00295   Document 17   Filed in TXSD on 11/30/11   Page 2 of 2

_____
Signature

_11-24-11_____
Date

Return this form to:        Sico, White, Hoelscher & Braugh, L.L.P.
                            802 N. Carancahua, Suite 900
                            Corpus Christi, Texas 78401

                      Re:   Refinery Terminal Fire Company Unpaid Wage Litigation