IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| JOE DALE MARTINEZ AND FIDENCIO LOPEZ, JR., Individually and on behalf of all others similarly situated; <br><br> *Plaintiffs,* <br><br> v. <br><br> REFINERY TERMINAL FIRE COMPANY <br><br> *Defendant* | § § § § § § § § § § § § § § § § | Civil Action No. 2:11-CV-295 <br><br> JURY TRIAL DEMANDED <br><br> COLLECTIVE ACTION PURSUANT TO 29 U.S.C. § 216(b) |

## NOTICE OF CONSENT

I hereby consent to become a party plaintiff in the lawsuit brought pursuant to the Fair Labor Standards Act ("FLSA") to recover unpaid wages and overtime from my current and/or former employer, Refinery Terminal Fire Company. I have been provided with a copy of the Attorney Employment Contract with Sico, White, Hoelscher & Braugh, L.L.P., and agree to be bound by its terms.

_CHRISTOPHER ANTHONY GARCIA_
Full Legal Name (print)

_6813 NORTHWIND DR._
Street Address

_CORPUS CHRISTI_,  _TX._   _78414_
City                   State         Zip Code

_361-548-8823_
Phone

_____
Signature

11-21-11
_____
Date


Return this form to:	Sico, White, Hoelscher & Braugh, L.L.P.
802 N. Carancahua, Suite 900
Corpus Christi, Texas 78401

Re:	Refinery Terminal Fire Company Unpaid Wage Litigation