IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| JOE DALE MARTINEZ AND FIDENCIO LOPEZ, JR., Individually and on behalf of all others similarly situated; | § § § § § § | |
| *Plaintiffs,* | § § | |
| v. | § § | Civil Action No. 2:11-CV-295 |
| REFINERY TERMINAL FIRE COMPANY | § § § § | JURY TRIAL DEMANDED |
| | § § | COLLECTIVE ACTION |
| *Defendant* | § § | PURSUANT TO 29 U.S.C. § 216(b) |

## NOTICE OF CONSENT

I hereby consent to become a party plaintiff in the lawsuit brought pursuant to the Fair Labor Standards Act ("FLSA") to recover unpaid wages and overtime from my current and/or former employer, Refinery Terminal Fire Company. I have been provided with a copy of the Attorney Employment Contract with Sico, White, Hoelscher & Braugh, L.L.P., and agree to be bound by its terms.

_Chase Andrew Zweck_
Full Legal Name (print)

_187 S. LHS Dr #241_
Street Address

_Lumberton_        _TX_        _77657_
City            State        Zip Code

_713-826-0402_
Phone


Signature

9-19-11
Date

Return this form to:        Sico, White, Hoelscher & Braugh, L.L.P.
                            802 N. Carancahua, Suite 900
                            Corpus Christi, Texas 78401

                       Re:  Refinery Terminal Fire Company Unpaid
                            Wage Litigation