## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## CORPUS CHRISTI DIVISION

| | |
|---|---|
| JOE DALE MARTINEZ AND FIDENCIO LOPEZ, JR., Individually and on behalf of all others similarly situated; §§§§§§§§ | |
| *Plaintiffs,* §§ | |
| v. § | **Civil Action No. 2:11-CV-295** |
| REFINERY TERMINAL FIRE COMPANY §§§§ | **JURY TRIAL DEMANDED** |
| *Defendant* §§ | **COLLECTIVE ACTION PURSUANT TO 29 U.S.C. § 216(b)** |

## NOTICE OF CONSENT

I hereby consent to become a party plaintiff in the lawsuit brought pursuant to the Fair Labor Standards Act ("FLSA") to recover unpaid wages and overtime from my current and/or former employer, Refinery Terminal Fire Company.  I have been provided with a copy of the Attorney Employment Contract with Sico, White, Hoelscher & Braugh, L.L.P., and agree to be bound by its terms.

Juan Manuel Rodriguez
_____
Full Legal Name (print)

5614 Palo Verde
_____
Street Address

Corpus Christi          TX          78417
_____
City                 State          Zip Code

(361)548- 4748
_____
Phone

_____
Signature

9-24-11
_____
Date


Return this form to:          Sico, White, Hoelscher & Braugh, L.L.P.
                              802 N. Carancahua, Suite 900
                              Corpus Christi, Texas 78401

                         Re:  Refinery Terminal Fire Company Unpaid
                              Wage Litigation