IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| JOE DALE MARTINEZ AND FIDENCIO LOPEZ, JR., Individually and on behalf of all others similarly situated; | § § § § § § § | |
| Plaintiffs, | § § | |
| v. | § § | Civil Action No. 2:11-CV-295 |
| REFINERY TERMINAL FIRE COMPANY | § § § § | JURY TRIAL DEMANDED |
| | § § | COLLECTIVE ACTION |
| Defendant | § | PURSUANT TO 29 U.S.C. § 216(b) |

## NOTICE OF CONSENT

I hereby consent to become a party plaintiff in the lawsuit brought pursuant to the Fair Labor Standards Act ("FLSA") to recover unpaid wages and overtime from my current and/or former employer, Refinery Terminal Fire Company. I have been provided with a copy of the Attorney Employment Contract with Sico, White, Hoelscher & Braugh, L.L.P., and agree to be bound by its terms.

BALTAZAR BERNAL
Full Legal Name (print)

4602 GALWAY DR.
Street Address

Corpus Christi      Texas          78413
City                State           Zip Code

(361) 853-3038 Home   (361) 673-5145 Cell
Phone

_____
Signature

28 NOVEMBER 2011
_____
Date

Return this form to:	Sico, White, Hoelscher & Braugh, L.L.P.
802 N. Carancahua, Suite 900
Corpus Christi, Texas 78401

Re:	Refinery Terminal Fire Company Unpaid Wage Litigation