IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| JOE DALE MARTINEZ AND FIDENCIO LOPEZ, JR., Individually and on behalf of all others similarly situated; | § § § § § § § | |
| *Plaintiffs,* | § § | |
| v. | § § | Civil Action No. 2:11-CV-295 |
| REFINERY TERMINAL FIRE COMPANY | § § § § | JURY TRIAL DEMANDED |
| *Defendant* | § § § | COLLECTIVE ACTION PURSUANT TO 29 U.S.C. § 216(b) |

## NOTICE OF CONSENT

I hereby consent to become a party plaintiff in the lawsuit brought pursuant to the Fair Labor Standards Act ("FLSA") to recover unpaid wages and overtime from my current and/or former employer, Refinery Terminal Fire Company. I have been provided with a copy of the Attorney Employment Contract with Sico, White, Hoelscher & Braugh, L.L.P., and agree to be bound by its terms.

_Carlos Soliz_
Full Legal Name (print)

_4658 Vail St._
Street Address

_Corpus Christi_     _TX._     _78413_
City                       State              Zip Code

_(361) 728-1255_
Phone

_____
Signature

11-30-11
_____
Date

Return this form to:	Sico, White, Hoelscher & Braugh, L.L.P.
802 N. Carancahua, Suite 900
Corpus Christi, Texas 78401

Re:	Refinery Terminal Fire Company Unpaid Wage Litigation