IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| JOE DALE MARTINEZ AND FIDENCIO LOPEZ, JR., Individually and on behalf of all others similarly situated; <br><br> *Plaintiffs,* <br><br> v. <br><br> REFINERY TERMINAL FIRE COMPANY <br><br> *Defendant* | § § § § § § § § § § § § § § § § | <br><br><br><br><br><br><br>Civil Action No. 2:11-CV-295 <br><br>JURY TRIAL DEMANDED <br><br>COLLECTIVE ACTION PURSUANT TO 29 U.S.C. § 216(b) |

## NOTICE OF CONSENT

I hereby consent to become a party plaintiff in the lawsuit brought pursuant to the Fair Labor Standards Act ("FLSA") to recover unpaid wages and overtime from my current and/or former employer, Refinery Terminal Fire Company. I have been provided with a copy of the Attorney Employment Contract with Sico, White, Hoelscher & Braugh, L.L.P., and agree to be bound by its terms.

__Vadim Zakharchuk__
Full Legal Name (print)

__2520 Fredericksburg Dr.__
Street Address

__League City__   __Tx__   __77573__
City           State        Zip Code

__281 919-8679__
Phone

_____
Signature

Date   12/09/11
_____

Return this form to:   Sico, White, Hoelscher & Braugh, L.L.P.
802 N. Carancahua, Suite 900
Corpus Christi, Texas 78401

Re:   Refinery Terminal Fire Company Unpaid Wage Litigation