IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| JOE DALE MARTINEZ AND FIDENCIO LOPEZ, JR., Individually and on behalf of all others similarly situated;<br><br>Plaintiffs,<br><br>v.<br><br>REFINERY TERMINAL FIRE COMPANY<br><br>Defendant | § § § § § § § § § § § § § § § § | Civil Action No. 2:11-CV-295<br><br>JURY TRIAL DEMANDED<br><br>COLLECTIVE ACTION PURSUANT TO 29 U.S.C. § 216(b) |

## NOTICE OF CONSENT

I hereby consent to become a party plaintiff in the lawsuit brought pursuant to the Fair Labor Standards Act ("FLSA") to recover unpaid wages and overtime from my current and/or former employer, Refinery Terminal Fire Company. I have been provided with a copy of the Attorney Employment Contract with Sico, White, Hoelscher & Braugh, L.L.P., and agree to be bound by its terms.

_Roy Camacho_
Full Legal Name (print)

_4618 Green Grove_
Street Address

_Corpus Christi_   _TX_   _78415_
City            State       Zip Code

_(361) 434-4842_
Phone

_____
Signature

_____
Date: 11/21/11

Return this form to:   Sico, White, Hoelscher & Braugh, L.L.P.
802 N. Carancahua, Suite 900
Corpus Christi, Texas 78401

Re:   Refinery Terminal Fire Company Unpaid Wage Litigation