IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| JOE DALE MARTINEZ AND FIDENCIO LOPEZ, JR., Individually and on behalf of all others similarly situated; <br><br> Plaintiffs, <br><br> v. <br><br> REFINERY TERMINAL FIRE COMPANY <br><br> Defendant | § § § § § § § § § § § § § § § § | <br><br><br><br><br><br><br><br>Civil Action No. 2:11-CV-295<br><br>JURY TRIAL DEMANDED<br><br><br>COLLECTIVE ACTION<br>PURSUANT TO 29 U.S.C. § 216(b) |

## NOTICE OF CONSENT

I hereby consent to become a party plaintiff in the lawsuit brought pursuant to the Fair Labor Standards Act ("FLSA") to recover unpaid wages and overtime from my current and/or former employer, Refinery Terminal Fire Company. I have been provided with a copy of the Attorney Employment Contract with Sico, White, Hoelscher & Braugh, L.L.P., and agree to be bound by its terms.

_Johnny Gonzales_
Full Legal Name (print)

_3209 Halfpenny St._
Street Address

_Corpus Christi_      _TX_      _78414_
City                  State     Zip Code

_(361) 510-5864_
Phone

_____ *[signature: J A Douglres]* _____
Signature

_____ 21 oct. 2011 _____
Date


Return this form to:     Sico, White, Hoelscher & Braugh, L.L.P.
                         802 N. Carancahua, Suite 900
                         Corpus Christi, Texas 78401

                         Re:   Refinery Terminal Fire Company Unpaid
                               Wage Litigation