**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**CORPUS CHRISTI DIVISION**

| | | |
|---|---|---|
| **JOE DALE MARITNEZ AND** | § | |
| **FIDENCIO LOPEZ, JR. Individually** | § | |
| **And on behalf of all others similarly** | § | |
| **Situated;** | § | |
| | § | |
| **v.** | § | **Civil Action No. 2:11-cv-295** |
| | § | |
| **REFINERY TERMINAL FIRE** | § | **JURY TRIAL DEMAND** |
| **COMPANY** | § | |
| | § | **COLLECTIVE ACTION** |
| | § | **PURSUANT TO 29 U.S.C. §216(b)** |

## NOTICE OF CONSENT

I hereby consent to become a party plaintiff in the lawsuit brought pursuant to the Fair Labor Standards Act ("FLSA") to recover unpaid wages and overtime from my current and/or former employer, Refinery Terminal Fire Company.

I am represented by _____
(name)

_____
(address)

_____
(City, State. Zip Code)

_____
Phone

_____
Signature

_____
Date

File this completed form with:   Clerk of Court
113 N. Shoreline Blvd.
Corpus Christi, Texas 78401