IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| JOE DALE MARTINEZ AND<br>FIDENCIO LOPEZ, JR., Individually<br>and on behalf of all others similarly<br>situated;<br><br>     *Plaintiffs,*<br><br>v.<br><br>REFINERY TERMINAL FIRE<br>COMPANY<br><br>     *Defendant* | § § § § § § § § § § § § § § § | Civil Action No. 2:11-CV-295<br><br>JURY TRIAL DEMANDED<br><br>COLLECTIVE ACTION<br>PURSUANT TO 29 U.S.C. § 216(b) |

## NOTICE OF CONSENT

    I hereby consent to become a party plaintiff in the lawsuit brought pursuant to the Fair Labor Standards Act ("FLSA") to recover unpaid wages and overtime from my current and/or former employer, Refinery Terminal Fire Company.  I have been provided with a copy of the Attorney Employment Contract with Sico, White, Hoelscher & Braugh, L.L.P., and agree to be bound by its terms.

_Eric Frank Lopez_
Full Legal Name (print)

_11822 Elmont Ave._
Street Address

_Corpus Christi_     _TX_     _78410_
City        State        Zip Code

_979 236 7044_
Phone

_____

Signature

_____
12/14/11
_____

Date


Return this form to:          Sico, White, Hoelscher & Braugh, L.L.P.
                              802 N. Carancahua, Suite 900
                              Corpus Christi, Texas 78401

                              Re:    Refinery  Terminal  Fire  Company  Unpaid
                                     Wage Litigation