IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| JOE DALE MARTINEZ AND FIDENCIO LOPEZ, JR., Individually and on behalf of all others similarly situated; <br><br> *Plaintiffs,* <br><br> v. <br><br> REFINERY TERMINAL FIRE COMPANY <br><br> *Defendant* | § § § § § § § § § § § § § § § § | Civil Action No. 2:11-CV-295 |

## NOTICE OF CONSENT

I hereby consent to become a party plaintiff in the lawsuit brought pursuant to the Fair Labor Standards Act ("FLSA") to recover unpaid wages and overtime from my current and/or former employer, Refinery Terminal Fire Company. I have been provided with a copy of the Attorney Employment Contract with Sico, White, Hoelscher & Braugh, L.L.P., and agree to be bound by its terms.

_Bryan Patrick Schroeder_
Full Legal Name (print)

_P.O. Box 923_
Street Address

_Orange Grove_     _TX_     _78372_
City                State           Zip Code

_(361) 228-1946_
Phone

_____
Signature

_1-27-12_____
Date

Return this form to:      Sico, White, Hoelscher & Braugh, L.L.P.
                          802 N. Carancahua, Suite 900
                          Corpus Christi, Texas 78401

                          Re:   Refinery Terminal Fire Company Unpaid Wage Litigation