UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

Clerk, U.S. District Court
Southern District of Texas
FILED

FEB 1 3 2012

David J. Bradley, Clerk of Court

| | | |
|---|---|---|
| JOE DALE MARTINEZ, *et al*, | § § | |
| Plaintiffs, | § | |
| VS. | § § | CIVIL ACTION NO. C-11-295 |
| REFINERY TERMINAL FIRE COMPANY, | § § § | |
| Defendant. | § § | |

## NOTICE OF CONSENT

I hereby consent to become a party plaintiff in the lawsuit brought pursuant to the Fair Labor Standards Act (FLSA) to recover unpaid wages and overtime from my current and/or former employer, Refinery Terminal Fire Company.

| |
|---|
| Full Legal Name (print): |
| Ura Lara III |
| Street Address: |
| 5230 Ada |
| City, State, and Zip Code: |
| Beaumont TX 77708 |
| Phone: |
| 832-541-5972 |

I am represented by:

| | |
|---|---|
| Firm Name (print): | Sico, White, Hoelscher & Braugh |
| Street Address: | 802 North Carancahua, Suite 900 |
| City, State, and Zip Code: | Corpus Christi TX 78401 |
| Phone: | 361-653-3300 |

_____
Signature

2/9/12
Date


Return this form to:     Clerk, United States District Court
                        1133 N. Shoreline Blvd.
                        Corpus Christi, TX 78401



Mr. Ura Lara, III
5230 Ada St.
Beaumont, TX 77708



NORTH HOUSTON TX 773
09 FEB 2012 PM 4 L

Clerk, United States District Court
1133 N. Shoreline Blvd.
Corpus Christi, TX 78401

Clerk, U.S. District Court
Southern District of Texas
FILED

FEB 1 3 2012

David J. Bradley, Clerk of Court

7840132042