UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

Clerk, U.S. District Court
Southern District of Texas
FILED

FEB 29 2012

David J. Bradley, Clerk of Court

| | |
|---|---|
| JOSE ANGEL LOPEZ, *et al*, § § Plaintiffs, § VS. § § ALLIS-CHALMERS ENERGY INC., *et al*, § § Defendants. § | CIVIL ACTION NO. C-11-353 |

## NOTICE OF CONSENT

I hereby consent to become a party plaintiff in the lawsuit brought pursuant to the Fair Labor Standards Act (FLSA) to recover unpaid wages and overtime from my current and/or former employer, Archer Tubular Services LLC, formerly known as Allis-Chalmers Tubular Services LLC.

| Full Legal Name (print): |
|---|
| John Scotty Gaspar |
| Street Address: |
| CR 400 #169 |
| City, State, and Zip Code: |
| 3-Rivers Texas 78071 |
| Phone: |
| 210 268 2694 |

6 / 7

I am represented by:

| | |
|---|---|
| Firm Name (print): | Sico White Hoelscher & Braugh ~~Myself~~ |
| Street Address: | 802 N Carancahua Suite 900 |
| City, State, and Zip Code: | Corpus Christi, Texas 78401 |
| Phone: | 361-653-3300 |

_____
Signature

2-27-12
_____
Date

Return this form to:    Clerk, United States District Court
                        1133 N. Shoreline Blvd.
                        Corpus Christi, TX 78401