UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

Clerk, U.S. District Court
Southern District of Texas
FILED

APR 1 0 2012

David J. Bradley, Clerk of Court

| | | |
|---|---|---|
| JOE DALE MARTINEZ, *et al*, | § § | |
| Plaintiffs, | § | |
| VS. | § § | CIVIL ACTION NO. C-11-295 |
| REFINERY TERMINAL FIRE COMPANY, | § § § | |
| Defendant. | § § | |

## NOTICE OF CONSENT

I hereby consent to become a party plaintiff in the lawsuit brought pursuant to the Fair Labor Standards Act (FLSA) to recover unpaid wages and overtime from my current and/or former employer, Refinery Terminal Fire Company.

| |
|---|
| Full Legal Name (print): Travis Alan French |
| Street Address: 2303 Parkwood Dr |
| City, State, and Zip Code: Portland, Texas 78374 |
| Phone: 361-877-6886 |

5 / 6

I am represented by:

| Firm Name (print): |
|---|
| Street Address: |
| City, State, and Zip Code: |
| Phone: |

_____
Signature

4/7/12
_____
Date

Return this form to:    Clerk, United States District Court
1133 N. Shoreline Blvd.
Corpus Christi, TX 78401