UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

Clerk, U.S. District Court
Southern District of Texas
FILED

APR 1 6 2012

David J. Bradley, Clerk of Court

| | | |
|---|---|---|
| JOE DALE MARTINEZ, *et al*, | § § § | |
| Plaintiffs, | § | |
| VS. | § § | CIVIL ACTION NO. C-11-295 |
| REFINERY TERMINAL FIRE COMPANY, | § § § | |
| Defendant. | § § | |

**NOTICE OF CONSENT**

I hereby consent to become a party plaintiff in the lawsuit brought pursuant to the Fair Labor Standards Act (FLSA) to recover unpaid wages and overtime from my current and/or former employer, Refinery Terminal Fire Company.

| |
|---|
| Full Legal Name (print):<br>Marcos Francisco Muñoz |
| Street Address:<br>1802 Ennis Joslin # 326 |
| City, State, and Zip Code:<br>Corpus Christi TX 78412 |
| Phone:<br>361 224 3368 |

I am represented by:

| Firm Name (print): |
| --- |
| Street Address: |
| City, State, and Zip Code: |
| Phone: |

_____
Signature

_____4/12/12_____
Date

Return this form to:    Clerk, United States District Court
                        1133 N. Shoreline Blvd.
                        Corpus Christi, TX 78401