Clerk, U.S. District Court
Southern District of Texas
FILED

APR 1 6 2012

David J. Bradley, Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| JOE DALE MARTINEZ, *et al*, | § |
| | § |
| Plaintiffs, | § |
| VS. | § CIVIL ACTION NO. C-11-295 |
| | § |
| REFINERY TERMINAL FIRE | § |
| COMPANY, | § |
| | § |
| Defendant. | § |

## NOTICE OF CONSENT

I hereby consent to become a party plaintiff in the lawsuit brought pursuant to the Fair Labor Standards Act (FLSA) to recover unpaid wages and overtime from my current and/or former employer, Refinery Terminal Fire Company.

| |
|---|
| Full Legal Name (print): <br> Matthew Allan Wright |
| Street Address: <br> P. O. Box 292 |
| City, State, and Zip Code: <br> China, TX, 77613 |
| Phone: <br> 409-673-2118 |

I am represented by:

| | |
|---|---|
| Firm Name (print): | SICO, White, Hoelscher & Braugh LLP |
| Street Address: | 900 Frost Bank Plaza 802 W. Carancahua |
| City, State, and Zip Code: | Corpus Christi, TX, 78401-0013 |
| Phone: | 361-653-3300 |

_____
Signature

4-12-12
Date


Return this form to:    Clerk, United States District Court
                        1133 N. Shoreline Blvd.
                        Corpus Christi, TX 78401