UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

Clerk, U.S. District Court
Southern District of Texas
FILED

APR 16 2012

David J. Bradley, Clerk of Court

| | |
|---|---|
| JOE DALE MARTINEZ, *et al*, | § |
| | § |
| Plaintiffs, | § |
| VS. | § CIVIL ACTION NO. C-11-295 |
| | § |
| REFINERY TERMINAL FIRE | § |
| COMPANY, | § |
| | § |
| Defendant. | § |

## NOTICE OF CONSENT

I hereby consent to become a party plaintiff in the lawsuit brought pursuant to the Fair Labor Standards Act (FLSA) to recover unpaid wages and overtime from my current and/or former employer, Refinery Terminal Fire Company.

| |
|---|
| Full Legal Name (print): Edward Ray Morgan |
| Street Address: 7034 Laramie Ln |
| City, State, and Zip Code: Corpus Christi Texas 78414 |
| Phone: 361-728-1645   361-548-3099 |

I am represented by:

| Firm Name (print): |
| --- |
| Street Address: |
| City, State, and Zip Code: |
| Phone: |

_____
Signature

_____
Date

Return this form to:     Clerk, United States District Court
                         1133 N. Shoreline Blvd.
                         Corpus Christi, TX 78401