UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

Clerk, U.S. District Court
Southern District of Texas
FILED

APR 1 8 2012

David J. Bradley, Clerk of Court

| | |
|---|---|
| JOE DALE MARTINEZ, *et al*, | § § § |
| Plaintiffs, | § |
| VS. | § CIVIL ACTION NO. C-11-295 |
| | § |
| REFINERY TERMINAL FIRE COMPANY, | § § § § |
| Defendant. | § |

## NOTICE OF CONSENT

I hereby consent to become a party plaintiff in the lawsuit brought pursuant to the Fair Labor Standards Act (FLSA) to recover unpaid wages and overtime from my current and/or former employer, Refinery Terminal Fire Company.

| Full Legal Name (print): |
|---|
| Sean Ross Williams |
| Street Address: |
| |
| City, State, and Zip Code: |
| |
| Phone: |
| |

I am represented by:

| | |
|---|---|
| **Firm Name (print):** | |
| Sico, White, Hoelscher + Braugh L.L.P. | |
| **Street Address:** | |
| 900 Frost Bank Plaza    802 N. Carancahua | |
| **City, State, and Zip Code:** | |
| Corpus Christi, TX, 78401-0013 | |
| **Phone:** | |
| 361-653-3300 | |

_S. White_
Signature

4/17/12
Date

Return this form to:    Clerk, United States District Court
1133 N. Shoreline Blvd.
Corpus Christi, TX 78401