2778
SICO, WHITE, HOELSCHER & BRAUGH L.L.P.
900 Frost Bank Plaza
802 N. Carancahua
Corpus Christi, TX 78401-0013

US POSTAGE $000.45
MAILED FROM ZIP CODE 78401
02 1P
0003134162

Clerk, U.S. District Court
Southern District of Texas
FILED
APR 1 8 2012
David J. Bradley, Clerk of Court

Clerk, United States District Court
1133 N. Shoreline Blvd.
Corpus Christi, Texas 78401

78401+2003