UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

Clerk, U.S. District Court
Southern District of Texas
FILED

APR 1 9 2012

David J. Bradley, Clerk of Court

| | | |
|---|---|---|
| JOE DALE MARTINEZ, et al, | § § § | |
| Plaintiffs, | § | |
| VS. | § | CIVIL ACTION NO. C-11-295 |
| | § | |
| REFINERY TERMINAL FIRE COMPANY, | § § § | |
| | § | |
| Defendant. | § | |

## NOTICE OF CONSENT

I hereby consent to become a party plaintiff in the lawsuit brought pursuant to the Fair Labor Standards Act (FLSA) to recover unpaid wages and overtime from my current and/or former employer, Refinery Terminal Fire Company.

| Full Legal Name (print): |
|---|
| Elridge Gums III |
| Street Address: |
| [redacted] |
| City, State, and Zip Code: |
| [redacted] |
| Phone: |
| [redacted] |

5 / 6

I am represented by:

| Firm Name (print): |
| --- |
| Street Address: |
| City, State, and Zip Code: |
| Phone: |

_____
Signature

_____
Date

Return this form to:   Clerk, United States District Court
1133 N. Shoreline Blvd.
Corpus Christi, TX 78401