UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States Courts
Southern District of Texas
FILED

APR 23 2012

David J. Bradley, Clerk of Court

JOE DALE MARTINEZ, et al, §
  §
  Plaintiffs, §
VS. §
  § CIVIL ACTION NO. C-11-295
REFINERY TERMINAL FIRE §
COMPANY, §
  §
  Defendant. §

## NOTICE OF CONSENT

I hereby consent to become a party plaintiff in the lawsuit brought pursuant to the Fair Labor Standards Act (FLSA) to recover unpaid wages and overtime from my current and/or former employer, Refinery Terminal Fire Company.

| Full Legal Name (print): |
|---|
| JAMES COWAN DINGUS JR. |
| Street Address: |
| ████████████████ |
| City, State, and Zip Code: |
| ████████████████ |
| Phone: |
| ████████████████ |

5/6

I am represented by:

| Firm Name (print): |
| --- |
| SICO, WHITE, HOELSCHER, & BRAUGH L.L.P. |
| Street Address: |
| 900 FROST BANK PLAZA, 802 N. CARANCAHUA |
| City, State, and Zip Code: |
| CORPUS CHRISTI, TX, 78401-0013 |
| Phone: |
| 1 (361) 653-3300 |

SR. FIREFIGHTER II

_____
Signature

19 April 2012
Date

Return this form to:    Clerk, United States District Court
                        1133 N. Shoreline Blvd.
                        Corpus Christi, TX 78401

6/6