

2778
SICO, WHITE, HOELSCHER & BRAUGH L.L.P.
900 Frost Bank Plaza
802 N. Carancahua
Corpus Christi, TX 78401-0013

Clerk, United States District Court
1133 N. Shoreline Blvd.
Corpus Christi, Texas 78401