Clerk, U.S. District Court
Southern District of Texas
FILED

APR 2 4 2012

David J. Bradley, Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| JOE DALE MARTINEZ, *et al*, § § § Plaintiffs, § VS. § REFINERY TERMINAL FIRE § COMPANY, § § Defendant. § | CIVIL ACTION NO. C-11-295 |

## NOTICE OF CONSENT

I hereby consent to become a party plaintiff in the lawsuit brought pursuant to the Fair Labor Standards Act (FLSA) to recover unpaid wages and overtime from my current and/or former employer, Refinery Terminal Fire Company.

| Full Legal Name (print): |
|---|
| James Leslie Carroll |
| Street Address: |
| 13957 Windjammer |
| City, State, and Zip Code: |
| Corpus Christi, TX 78418 |
| Phone: |
| (361) 244-1589 |

I am represented by:

| | |
|---|---|
| Firm Name (print): | Sico, White, Hoelscher & Braugh L.L.P. |
| Street Address: | 900 Frost Bank Plaza   802 N. Caranc'ahua |
| City, State, and Zip Code: | Corpus Christi, TX 78401-0013 |
| Phone: | (361) 653-3300 |

_____
Signature

4/21/2012
Date


Return this form to:        Clerk, United States District Court
                            1133 N. Shoreline Blvd.
                            Corpus Christi, TX 78401