Clerk, U.S. District Court
Southern District of Texas
FILED

APR 2 4 2012

David J. Bradley, Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| JOE DALE MARTINEZ, *et al*, | § | |
| | § | |
| Plaintiffs, | § | |
| VS. | § | CIVIL ACTION NO. C-11-295 |
| | § | |
| REFINERY TERMINAL FIRE | § | |
| COMPANY, | § | |
| | § | |
| Defendant. | § | |

## NOTICE OF CONSENT

I hereby consent to become a party plaintiff in the lawsuit brought pursuant to the Fair Labor Standards Act (FLSA) to recover unpaid wages and overtime from my current and/or former employer, Refinery Terminal Fire Company.

Full Legal Name (print): Kenneth Randall Young II

Street Address: P.O. Box 628

City, State, and Zip Code: Aransas Pass, TX 78335

Phone: 361-249-1514

I am represented by:

| | |
|---|---|
| Firm Name (print): | Sico, White, Hoelscher and Braugh LLP |
| Street Address: | 900 Frost Bank Plaza, 802 N. Carancahua |
| City, State, and Zip Code: | Corpus Christi, TX 78401-0013 |
| Phone: | 361-653-3300 |

_____
Signature

4-22-12
Date


Return this form to:       Clerk, United States District Court
                           1133 N. Shoreline Blvd.
                           Corpus Christi, TX 78401