UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

Clerk, U.S. District Court
Southern District of Texas
FILED

APR 25 2012

David J. Bradley, Clerk of Court

| | |
|---|---|
| JOE DALE MARTINEZ, *et al*, § § | |
| Plaintiffs, § | |
| VS. § | CIVIL ACTION NO. C-11-295 |
| § | |
| REFINERY TERMINAL FIRE § | |
| COMPANY, § § | |
| Defendant. § | |

**NOTICE OF CONSENT**

I hereby consent to become a party plaintiff in the lawsuit brought pursuant to the Fair Labor Standards Act (FLSA) to recover unpaid wages and overtime from my current and/or former employer, Refinery Terminal Fire Company.

| |
|---|
| Full Legal Name (print): |
| Juan M. Farias, Jr. |
| Street Address: |
| 3825 Fred's Folly Dr. |
| City, State, and Zip Code: |
| C.C. Tx 78414 |
| Phone: |
| 361-945-3345 |

I am represented by:

| Firm Name (print): |
| --- |
| Sico, White, Hoelscher + Braugh L.L.P. |
| Street Address: |
| 802 North Carancahua Suite 900 |
| City, State, and Zip Code: |
| C.C. Tx 78401 |
| Phone: |
| 361-653-3300 |

_____
Signature

4-24-12
Date


Return this form to:    Clerk, United States District Court
                        1133 N. Shoreline Blvd.
                        Corpus Christi, TX 78401