Clerk, U.S. District Court
Southern District of Texas
FILED

APR 25 2012

David J. Bradley, Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| JOE DALE MARTINEZ, *et al*, § § § Plaintiffs, § VS. § CIVIL ACTION NO. C-11-295 § REFINERY TERMINAL FIRE § COMPANY, § § Defendant. § | |

## NOTICE OF CONSENT

I hereby consent to become a party plaintiff in the lawsuit brought pursuant to the Fair Labor Standards Act (FLSA) to recover unpaid wages and overtime from my current and/or former employer, Refinery Terminal Fire Company.

| |
|---|
| Full Legal Name (print):<br>Alberto Vega |
| Street Address:<br>6709 County Rd 49A |
| City, State, and Zip Code:<br>Corpus Christi Tx 78415 |
| Phone:<br>361 815 2904 |

I am represented by:

| Firm Name (print): |
|---|
| Sico, White, Hoelscher & Braugh LLP |
| Street Address: |
| 900 Frost Bank Plaza 802 N. Carancahua |
| City, State, and Zip Code: |
| Corpus Christi TX 78401-0013 |
| Phone: |
| 361 653 3300 |

_____*Albert Vega*_____
Signature

_____4/23/12_____
Date

Return this form to:   Clerk, United States District Court
1133 N. Shoreline Blvd.
Corpus Christi, TX 78401