Clerk, U.S. District Court
Southern District of Texas
FILED

APR 25 2012

David J. Bradley, Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| JOE DALE MARTINEZ, *et al*, § § § Plaintiffs, § VS. § CIVIL ACTION NO. C-11-295 § REFINERY TERMINAL FIRE § COMPANY, § § Defendant. § | |

## NOTICE OF CONSENT

I hereby consent to become a party plaintiff in the lawsuit brought pursuant to the Fair Labor Standards Act (FLSA) to recover unpaid wages and overtime from my current and/or former employer, Refinery Terminal Fire Company.

| Full Legal Name (print): |
|---|
| Albert Soliz |
| Street Address: |
|   |
| City, State, and Zip Code: |
|   |
| Phone: |
|   |

I am represented by:

| Firm Name (print): |
| --- |
| Sico, White, Hoelscher |
| Street Address: |
| 900 Frost Bank Plaza 802 N. Carancahua |
| City, State, and Zip Code: |
| C.C. TX 78401 |
| Phone: |
|  |

_____
Signature

4-24-12
Date

Return this form to:   Clerk, United States District Court
                       1133 N. Shoreline Blvd.
                       Corpus Christi, TX 78401