UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

Clerk, U.S. District Court
Southern District of Texas
FILED

APR 3 0 2012

David J. Bradley, Clerk of Court

| | |
|---|---|
| JOE DALE MARTINEZ, *et al*, § | |
| § | |
| Plaintiffs, § | |
| VS. § | CIVIL ACTION NO. C-11-295 |
| § | |
| REFINERY TERMINAL FIRE § | |
| COMPANY, § | |
| § | |
| Defendant. § | |

## NOTICE OF CONSENT

I hereby consent to become a party plaintiff in the lawsuit brought pursuant to the Fair Labor Standards Act (FLSA) to recover unpaid wages and overtime from my current and/or former employer, Refinery Terminal Fire Company.

| |
|---|
| Full Legal Name (print): <br> Daniel Rodriguez |
| Street Address: <br> 6926 Boardwalk |
| City, State, and Zip Code: <br> Corpus Christi, Texas 78414 |
| Phone: <br> 361-739-7969 |

I am represented by:

| | |
|---|---|
| Firm Name (print): | Sico, White, Hoelscher, and Braugh L.L.P. |
| Street Address: | 802 N. Carancahua, Frost bank Plaza 900 |
| City, State, and Zip Code: | Corpus Christi, Texas 78401-0013 |
| Phone: | 361-653-3300 |

_____
Signature

_9/27/12_____
Date

Return this form to:     Clerk, United States District Court
                         1133 N. Shoreline Blvd.
                         Corpus Christi, TX 78401

6/6