UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

Clerk, U.S. District Court
Southern District of Texas
FILED

APR 30 2012

David J. Bradley, Clerk of Court

JOE DALE MARTINEZ, *et al*,  §
§
            Plaintiffs,  §
§
VS.  §          CIVIL ACTION NO. C-11-295
§
REFINERY TERMINAL FIRE  §
COMPANY,  §
§
            Defendant.  §

## NOTICE OF CONSENT

I hereby consent to become a party plaintiff in the lawsuit brought pursuant to the Fair

Labor Standards Act (FLSA) to recover unpaid wages and overtime from my current

and/or former employer, Refinery Terminal Fire Company.

| Full Legal Name (print): |
| --- |
| ~~Chris Cardona~~  Christopher Paul Cardona |
| Street Address: |
| 4769  Willowick  Dr. |
| City, State, and Zip Code: |
| Corpus Christi   TX   78413 |
| Phone: |
| 361- 548-7642 |

I am represented by:

| Firm Name (print): |
| --- |
| Huerta Guerra + Beam |
| Street Address: |
| |
| City, State, and Zip Code: |
| |
| Phone: |
| |

_____
Signature

4/26/12
_____
Date

Return this form to:     Clerk, United States District Court
                         1133 N. Shoreline Blvd.
                         Corpus Christi, TX 78401