UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

Clerk, U.S. District Court
Southern District of Texas
FILED

APR 3 0 2012

David J. Bradley, Clerk of Court

| | |
|---|---|
| JOE DALE MARTINEZ, *et al*, § | |
| § | |
| Plaintiffs, § | |
| VS. § | CIVIL ACTION NO. C-11-295 |
| § | |
| REFINERY TERMINAL FIRE § | |
| COMPANY, § | |
| § | |
| Defendant. § | |

### NOTICE OF CONSENT

I hereby consent to become a party plaintiff in the lawsuit brought pursuant to the Fair Labor Standards Act (FLSA) to recover unpaid wages and overtime from my current and/or former employer, Refinery Terminal Fire Company.

| |
|---|
| Full Legal Name (print): |
| MARTIN QUINTANILLA |
| Street Address: |
| 4905 SHADOWBEND DRIVE |
| City, State, and Zip Code: |
| CORPUS CHRISTI, TEXAS, 78413 |
| Phone: |
| Home: (361) 857-2037    Cell: (361) 774-1507 |

I am represented by:

| | |
|---|---|
| Firm Name (print): | SICO, WHITE, HOELSCHER & BRAUGH, LLP |
| Street Address: | 802 N. CARANCAHUA, SUITE 900 |
| City, State, and Zip Code: | CORPUS CHRISTI, TEXAS 78401 |
| Phone: | 361-653-3300 |

_____
Signature

4/20/12
Date


Return this form to:    Clerk, United States District Court
                        1133 N. Shoreline Blvd.
                        Corpus Christi, TX 78401