Clerk, U.S. District Court
Southern District of Texas
FILED

APR 3 0 2012

David J. Bradley, Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| JOE DALE MARTINEZ, *et al*, | § | |
| | § | |
| Plaintiffs, | § | |
| VS. | § | CIVIL ACTION NO. C-11-295 |
| | § | |
| REFINERY TERMINAL FIRE | § | |
| COMPANY, | § | |
| | § | |
| Defendant. | § | |

## NOTICE OF CONSENT

I hereby consent to become a party plaintiff in the lawsuit brought pursuant to the Fair Labor Standards Act (FLSA) to recover unpaid wages and overtime from my current and/or former employer, Refinery Terminal Fire Company.

| | |
|---|---|
| Full Legal Name (print): | John Hernandez Perez Jr. |
| Street Address: | 1024 España Drive Portland |
| City, State, and Zip Code: | Portland Texas 78374 |
| Phone: | 361-442-3355    361-442-3178 |

I am represented by:

| | |
|---|---|
| Firm Name (print): | SICO, WHITE, HOELSCHER & BRAUGH LLP |
| Street Address: | 900 FROST BANK PLAZA · 802 N. CARANCAHUA |
| City, State, and Zip Code: | Corpus Christi, Texas 78401-0013 |
| Phone: | 361-653-3300     361-884-1632 |

_____ John Perez Jr. _____
Signature

_____ 4/26/2012 _____
Date

Return this form to:     Clerk, United States District Court
1133 N. Shoreline Blvd.
Corpus Christi, TX 78401