Clerk, U.S. District Court
Southern District of Texas
FILED

APR 3 0 2012

David J. Bradley, Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| JOE DALE MARTINEZ, *et al*, | § | |
| | § | |
| Plaintiffs, | § | |
| VS. | § | CIVIL ACTION NO. C-11-295 |
| | § | |
| REFINERY TERMINAL FIRE | § | |
| COMPANY, | § | |
| | § | |
| Defendant. | § | |

## NOTICE OF CONSENT

I hereby consent to become a party plaintiff in the lawsuit brought pursuant to the Fair

Labor Standards Act (FLSA) to recover unpaid wages and overtime from my current

and/or former employer, Refinery Terminal Fire Company.

| |
|---|
| Full Legal Name (print): |
| Ruben Cortez III |
| Street Address: |
| 1007 Livermore |
| City, State, and Zip Code: |
| Portland TX 78374 |
| Phone: |
| 361-813-0991 |

I am represented by:

| Firm Name (print): |
| --- |
| Huerta Guerra Beam PLLC |
| Street Address: |
| C.C. TX 78401 |
| City, State, and Zip Code: |
| 361- 884-1632 |
| Phone: |
| |

Signature

4-27-12

Date

Return this form to:        Clerk, United States District Court
1133 N. Shoreline Blvd.
Corpus Christi, TX 78401