UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

Clerk, U.S. District Court
Southern District of Texas
FILED

MAY 01 2012

David J. Bradley, Clerk of Court

| | |
|---|---|
| JOE DALE MARTINEZ, *et al*, § § § Plaintiffs, § VS. § CIVIL ACTION NO. C-11-295 § REFINERY TERMINAL FIRE § COMPANY, § § Defendant. § | |

## NOTICE OF CONSENT

I hereby consent to become a party plaintiff in the lawsuit brought pursuant to the Fair Labor Standards Act (FLSA) to recover unpaid wages and overtime from my current and/or former employer, Refinery Terminal Fire Company.

| |
|---|
| Full Legal Name (print): Rudy Agoscian |
| Street Address: 1611 Amber Dr. Corpus Christi, TX 78418 |
| City, State, and Zip Code: 361-446-1846 |
| Phone: |

I am represented by:

| | |
|---|---|
| Firm Name (print): | Huerta Curra & Beam |
| Street Address: | CC. TX 78401 |
| City, State, and Zip Code: | 884-1632 |
| Phone: | |

_Rudy A_____
Signature

_4-27-12_____
Date

Return this form to:     Clerk, United States District Court
                         1133 N. Shoreline Blvd.
                         Corpus Christi, TX 78401