Clerk, U.S. District Court
Southern District of Texas
FILED

MAY 0 1 2012

David J. Bradley, Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| JOE DALE MARTINEZ, *et al*, § <br> § <br> Plaintiffs, § <br> VS. § CIVIL ACTION NO. C-11-295 <br> § <br> REFINERY TERMINAL FIRE § <br> COMPANY, § <br> § <br> Defendant. § | |

## NOTICE OF CONSENT

I hereby consent to become a party plaintiff in the lawsuit brought pursuant to the Fair Labor Standards Act (FLSA) to recover unpaid wages and overtime from my current and/or former employer, Refinery Terminal Fire Company.

| Full Legal Name (print): |
|---|
| Steven Hernandez |
| Street Address: |
| 2214 Cleo St. |
| City, State, and Zip Code: |
| Corpus Christi Texas 78405 |
| Phone:  Home                    Cell |
| (361) 884-2751  (361) 960 3749 |

5 / 6

I am represented by:

| |
|---|
| Firm Name (print): Sico, White, Hoelscher & Braugh LLP |
| Street Address: 802 N. Carancahua, Suite 900 |
| City, State, and Zip Code: Corpus Christi, Texas 78401 |
| Phone: (361) 653-3300 |

_Steven Hernandez_
Signature

April 29 2012
Date

Return this form to:   Clerk, United States District Court
1133 N. Shoreline Blvd.
Corpus Christi, TX 78401