UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

Clerk, U.S. District Court
Southern District of Texas
FILED

MAY 0 1 2012

David J. Bradley, Clerk of Court

| | |
|---|---|
| JOE DALE MARTINEZ, *et al*, § § § Plaintiffs, § VS. § § REFINERY TERMINAL FIRE § COMPANY, § § Defendant. § § | CIVIL ACTION NO. C-11-295 |

## NOTICE OF CONSENT

I hereby consent to become a party plaintiff in the lawsuit brought pursuant to the Fair Labor Standards Act (FLSA) to recover unpaid wages and overtime from my current and/or former employer, Refinery Terminal Fire Company.

| Full Legal Name (print): |
|---|
| Herman Contreras |
| Street Address: |
| 6830 Sahara |
| City, State, and Zip Code: |
| Corpus Christi, TX 78412 |
| Phone: |
| (361)947-6321 |

I am represented by:

| | |
|---|---|
| Firm Name (print): | Huerta, Guerra, Beam |
| Street Address: | 924 Leopard |
| City, State, and Zip Code: | Corpus Christi, TX 78401 |
| Phone: | (361)-884-1432 |

_____
Signature

4-27-12
Date

Return this form to:   Clerk, United States District Court
                      1133 N. Shoreline Blvd.
                      Corpus Christi, TX 78401