UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

Clerk, U.S. District Court
Southern District of Texas
FILED

MAY 0 1 2012

David J. Bradley, Clerk of Court

| JOE DALE MARTINEZ, *et al*, | § |
|  | § |
| Plaintiffs, | § |
| VS. | § CIVIL ACTION NO. C-11-295 |
|  | § |
| REFINERY TERMINAL FIRE | § |
| COMPANY, | § |
|  | § |
| Defendant. | § |

## NOTICE OF CONSENT

I hereby consent to become a party plaintiff in the lawsuit brought pursuant to the Fair Labor Standards Act (FLSA) to recover unpaid wages and overtime from my current and/or former employer, Refinery Terminal Fire Company.

| Full Legal Name (print): |
| Gabriel Salinas |
| Street Address: |
| 4513 S. Corniela Cir. |
| City, State, and Zip Code: |
| Corpus Christi TX. 78408 |
| Phone: |
| 361-947-1505 |

5 / 6

I am represented by:

| | |
|---|---|
| Firm Name (print): | Huerta Guerra Beam |
| Street Address: | 924 Leopard K |
| City, State, and Zip Code: | Corpus Christi TX. 78401 |
| Phone: | 361. 884-1632 |

_____
Signature

4-27-10
Date


Return this form to:   Clerk, United States District Court
1133 N. Shoreline Blvd.
Corpus Christi, TX 78401