UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

Clerk, U.S. District Court
Southern District of Texas
FILED

MAY 0 1 2012

David J. Bradley, Clerk of Court

| | |
|---|---|
| JOE DALE MARTINEZ, *et al*, | § § § |
| Plaintiffs, | § |
| VS. | §  CIVIL ACTION NO. C-11-295 |
| | § |
| REFINERY TERMINAL FIRE COMPANY, | § § § |
| Defendant. | § § |

## NOTICE OF CONSENT

I hereby consent to become a party plaintiff in the lawsuit brought pursuant to the Fair Labor Standards Act (FLSA) to recover unpaid wages and overtime from my current and/or former employer, Refinery Terminal Fire Company.

Full Legal Name (print):
Marcus Anthony Stephen Collins

Street Address:
4618 Apt B Cedar Pass

City, State, and Zip Code:
CC, TX 78413

Phone:
361-232-9149

5/6

I am represented by:

| Firm Name (print): |
| --- |
| Huerta Guerra & Beam |
| Street Address: |
| 924 Leopard |
| City, State, and Zip Code: |
| CC, TX 78403 |
| Phone: |
| 361-884-1632 |

_Marcus Bellin_
Signature

04/27/12
Date

Return this form to:     Clerk, United States District Court
                        1133 N. Shoreline Blvd.
                        Corpus Christi, TX 78401