UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| JOE DALE MARTINEZ, et al, § | |
| § | |
| Plaintiffs, § | |
| VS. § | CIVIL ACTION NO. C-11-295 |
| § | |
| REFINERY TERMINAL FIRE § | |
| COMPANY, § | |
| § | |
| Defendant. § | |

## NOTICE OF CONSENT

I hereby consent to become a party plaintiff in the lawsuit brought pursuant to the Fair Labor Standards Act (FLSA) to recover unpaid wages and overtime from my current and/or former employer, Refinery Terminal Fire Company.

| |
|---|
| Full Legal Name (print): Jarrod Jamaal Brannon |
| Street Address: 2435 Guzman St |
| City, State, and Zip Code: Port Arthur TX 77640 |
| Phone: 409-293-5738 |

5/6

I am represented by:

| Firm Name (print): |
|---|
| Sico white hoelsher and Braugn |
| Street Address: |
| |
| City, State, and Zip Code: |
| |
| Phone: |
| |

*Jarrod Bronson*
Signature

5/1/12
Date

Return this form to:   Clerk, United States District Court
1133 N. Shoreline Blvd.
Corpus Christi, TX 78401