United States Courts
Southern District of Texas
FILED

MAY - 1 2012

David J. Bradley, Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| JOE DALE MARTINEZ, *et al*, § <br> § <br> Plaintiffs, § <br> VS. § <br> § <br> REFINERY TERMINAL FIRE § <br> COMPANY, § <br> § <br> Defendant. § | CIVIL ACTION NO. C-11-295 |

## NOTICE OF CONSENT

I hereby consent to become a party plaintiff in the lawsuit brought pursuant to the Fair Labor Standards Act (FLSA) to recover unpaid wages and overtime from my current and/or former employer, Refinery Terminal Fire Company.

| Full Legal Name (print): |
|---|
| Stephen Paniagua |
| Street Address: |
| 11413 Woodway Creek |
| City, State, and Zip Code: |
| Corpus Christi TX 78410 |
| Phone: |
| 361-876-6926 |

I am represented by:

| Firm Name (print): |
|---|
| Sico White Hoelscher and Baugh LLP |
| Street Address: |
|  |
| City, State, and Zip Code: |
|  |
| Phone: |
|  |

_____
Signature

_____1 May 12_____
Date

Return this form to: Clerk, United States District Court
1133 N. Shoreline Blvd.
Corpus Christi, TX 78401