UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States Courts
Southern District of Texas
FILED

MAY - 1 2012

David J. Bradley, Clerk of Court

| | | |
|---|---|---|
| JOE DALE MARTINEZ, et al, | § § | |
| Plaintiffs, | § § | CIVIL ACTION NO. C-11-295 |
| VS. | § § | |
| REFINERY TERMINAL FIRE COMPANY, | § § § | |
| Defendant. | § | |

## NOTICE OF CONSENT

I hereby consent to become a party plaintiff in the lawsuit brought pursuant to the Fair Labor Standards Act (FLSA) to recover unpaid wages and overtime from my current and/or former employer, Refinery Terminal Fire Company.

| |
|---|
| Full Legal Name (print): Juan Santiago Mireles |
| Street Address: 4306 Odell |
| City, State, and Zip Code: Corpus Christi, TX. 78413 |
| Phone: 361-854-9583 |

5 / 6

I am represented by:

| | |
|---|---|
| Firm Name (print): | Sico, White and Braugham LLP |
| Street Address: | |
| City, State, and Zip Code: | |
| Phone: | |

_____
Signature

1 May 2012
_____
Date

Return this form to:     Clerk, United States District Court
1133 N. Shoreline Blvd.
Corpus Christi, TX 78401

6 / 6