United States Courts
Southern District of Texas
FILED

MAY - 1 2012

David J. Bradley, Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| JOE DALE MARTINEZ, et al, § § Plaintiffs, § VS. § REFINERY TERMINAL FIRE § COMPANY, § Defendant. § | CIVIL ACTION NO. C-11-295 |

## NOTICE OF CONSENT

I hereby consent to become a party plaintiff in the lawsuit brought pursuant to the Fair Labor Standards Act (FLSA) to recover unpaid wages and overtime from my current and/or former employer, Refinery Terminal Fire Company.

| | |
|---|---|
| Full Legal Name (print): | Raul Trejo |
| Street Address: | 5905 O'toole |
| City, State, and Zip Code: | Corpus Christi, Texas 78413 |
| Phone: | 361-853-6656 |

I am represented by:

| | |
|---|---|
| Firm Name (print): | Sico, White, HoElscher and Braugh LLP |
| Street Address: | 802 North Carancahua |
| City, State, and Zip Code: | Corpus Christi, Texas 78401 |
| Phone: | 361-653-3300 |

_____
Signature

_____
4-30-12
Date

Return this form to:   Clerk, United States District Court
                      1133 N. Shoreline Blvd.
                      Corpus Christi, TX 78401