United States Courts
Southern District of Texas
FILED

MAY - 1 2012

David J. Bradley, Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| JOE DALE MARTINEZ, *et al*, | § | |
| | § | |
| Plaintiffs, | § | |
| VS. | § | CIVIL ACTION NO. C-11-295 |
| | § | |
| REFINERY TERMINAL FIRE COMPANY, | § | |
| | § | |
| Defendant. | § | |

## NOTICE OF CONSENT

I hereby consent to become a party plaintiff in the lawsuit brought pursuant to the Fair Labor Standards Act (FLSA) to recover unpaid wages and overtime from my current and/or former employer, Refinery Terminal Fire Company.

| |
|---|
| Full Legal Name (print): |
| Alfredo Martinez Jr. |
| Street Address: |
| 3621 Glenway Dr. |
| City, State, and Zip Code: |
| Corpus Christi Tx. 78415 |
| Phone: |
| (361) 585-8383 |

I am represented by:

| Firm Name (print): |
|---|
| Sico, White, Hoelscher & Braugh L.L.P. |
| Street Address: |
| |
| City, State, and Zip Code: |
| |
| Phone: |
| |

_____
Signature

4-30-12
Date


Return this form to:        Clerk, United States District Court
                            1133 N. Shoreline Blvd.
                            Corpus Christi, TX 78401