UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States Courts
Southern District of Texas
FILED

MAY - 1 2012

David J. Bradley, Clerk of Court

| | | |
|---|---|---|
| JOE DALE MARTINEZ, *et al*, | § § | |
| Plaintiffs, | § | |
| VS. | § § | CIVIL ACTION NO. C-11-295 |
| REFINERY TERMINAL FIRE COMPANY, | § § § § | |
| Defendant. | § | |

### NOTICE OF CONSENT

I hereby consent to become a party plaintiff in the lawsuit brought pursuant to the Fair Labor Standards Act (FLSA) to recover unpaid wages and overtime from my current and/or former employer, Refinery Terminal Fire Company.

| |
|---|
| Full Legal Name (print):<br>Joe Navarro Jr. |
| Street Address: |
| City, State, and Zip Code: |
| Phone: |

I am represented by:

| |
|---|
| Firm Name (print): Sico, White, Hoelscher & Braugh |
| Street Address: 802 N. Carancahua, Ste. 900 |
| City, State, and Zip Code: Corpus Christi, TX 78470 |
| Phone: 361.653.3300 |

_____
Signature

5-1-2012
Date

Return this form to:   Clerk, United States District Court
                      1133 N. Shoreline Blvd.
                      Corpus Christi, TX 78401