

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States Courts
Southern District of Texas
FILED

MAY - 1 2012

David J. Bradley, Clerk of Court

| | | |
|---|---|---|
| JOE DALE MARTINEZ, *et al*, | § § § | |
| Plaintiffs, | § | |
| VS. | § | CIVIL ACTION NO. C-11-295 |
| | § | |
| REFINERY TERMINAL FIRE COMPANY, | § § § | |
| Defendant. | § § | |

## NOTICE OF CONSENT

I hereby consent to become a party plaintiff in the lawsuit brought pursuant to the Fair Labor Standards Act (FLSA) to recover unpaid wages and overtime from my current and/or former employer, Refinery Terminal Fire Company.

| |
|---|
| Full Legal Name (print): |
| Justin Rex Newcomb |
| Street Address: |
| 1314 Meadowlane Dr. |
| City, State, and Zip Code: |
| Corpus Christi, TX, 78412 |
| Phone: |
| 361-290-0493 |

I am represented by:

| | |
|---|---|
| Firm Name (print): | Sico, White, Hoelscher & Braugh LLP |
| Street Address: | 802 N. Carancahua, Suite 900 |
| City, State, and Zip Code: | CC, TX 78401 |
| Phone: | (361) 653-3300 |

_____
Signature

29 April 2012
_____
Date


Return this form to:  Clerk, United States District Court
1133 N. Shoreline Blvd.
Corpus Christi, TX 78401

6 / 6