UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States Courts
Southern District of Texas
FILED

MAY - 1 2012

David J. Bradley, Clerk of Court

| | |
|---|---|
| JOE DALE MARTINEZ, *et al*, § § | |
| Plaintiffs, § | |
| VS. § | CIVIL ACTION NO. C-11-295 |
| § | |
| REFINERY TERMINAL FIRE § COMPANY, § § | |
| Defendant. § | |

## NOTICE OF CONSENT

I hereby consent to become a party plaintiff in the lawsuit brought pursuant to the Fair Labor Standards Act (FLSA) to recover unpaid wages and overtime from my current and/or former employer, Refinery Terminal Fire Company.

| | |
|---|---|
| Full Legal Name (print): | Neri Garcia |
| Street Address: | 1333 W. Cherrystone |
| City, State, and Zip Code: | Corpus Christi TX 78412 |
| Phone: | (361) 877-4507 |

I am represented by:

| | |
|---|---|
| Firm Name (print): | Sico White, Hoelscher & Braugh, LLP. |
| Street Address: | 802 N. Carancahua, Suite 900 |
| City, State, and Zip Code: | C.C. TX 78401 |
| Phone: | (361) 653-3300 |

_____
Signature

4/30/2012
Date

Return this form to:     Clerk, United States District Court
1133 N. Shoreline Blvd.
Corpus Christi, TX 78401