UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States Courts
Southern District of Texas
FILED

MAY - 1 2012

David J. Bradley, Clerk of Court

| | | |
|---|---|---|
| JOE DALE MARTINEZ, *et al*, | § | |
| | § | |
| Plaintiffs, | § | |
| VS. | § | CIVIL ACTION NO. C-11-295 |
| | § | |
| REFINERY TERMINAL FIRE | § | |
| COMPANY, | § | |
| | § | |
| Defendant. | § | |

## NOTICE OF CONSENT

I hereby consent to become a party plaintiff in the lawsuit brought pursuant to the Fair Labor Standards Act (FLSA) to recover unpaid wages and overtime from my current and/or former employer, Refinery Terminal Fire Company.

| |
|---|
| Full Legal Name (print): |
| ANDRES VASQUEZ IV |
| Street Address: |
| 3601 BRUSHWOOD LANE |
| City, State, and Zip Code: |
| CORPUS CHRISTI, TEXAS 78415 |
| Phone: |
| 361-549-7622 |

I am represented by:

| | |
|---|---|
| Firm Name (print): | SICO, WHITE, HOELSCHER + BRAUGH L.L.P. |
| Street Address: | 802 N. CARANCAHUA, SUITE 900 |
| City, State, and Zip Code: | CORPUS CHRISTI, TEXAS 78401-0013 |
| Phone: | 361-653-3300 |

_____
Signature

29 APRIL 2012
Date

Return this form to:    Clerk, United States District Court
1133 N. Shoreline Blvd.
Corpus Christi, TX 78401