United States Courts
Southern District of Texas
FILED

MAY − 1 2012

David J. Bradley, Clerk of Court

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### CORPUS CHRISTI DIVISION

JOE DALE MARTINEZ, *et al*,    §
                               §
        Plaintiffs,            §
VS.                            §    CIVIL ACTION NO. C-11-295
                               §
REFINERY TERMINAL FIRE         §
COMPANY,                       §
                               §
        Defendant.             §

## NOTICE OF CONSENT

I hereby consent to become a party plaintiff in the lawsuit brought pursuant to the Fair

Labor Standards Act (FLSA) to recover unpaid wages and overtime from my current

and/or former employer, Refinery Terminal Fire Company.

| Full Legal Name (print): |
|---|
| David Allen White |
| Street Address: |
| 5217 Crosford PL |
| City, State, and Zip Code: |
| Corpes Christi, Texas    78413 |
| Phone: |
| 361-992-1915 |

I am represented by:

| Firm Name (print): |
| --- |
| *Sico, White, Hoelscher + Braugh* |
| Street Address: |
| *802 W. Carancahua, Suite 900* |
| City, State, and Zip Code: |
| *Corpus Christi, Texas 78401* |
| Phone: |
| *653-3300* |

_____
Signature

*4-30-12*
_____
Date

Return this form to:       Clerk, United States District Court
                           1133 N. Shoreline Blvd.
                           Corpus Christi, TX 78401