United States Courts
Southern District of Texas
FILED

MAY - 1 2012

David J. Bradley, Clerk of Court

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### CORPUS CHRISTI DIVISION

JOE DALE MARTINEZ, *et al*,    §
                             §
     Plaintiffs,    §
VS.                          §    CIVIL ACTION NO. C-11-295
                             §
REFINERY TERMINAL FIRE       §
COMPANY,                     §
                             §
     Defendant.    §

## NOTICE OF CONSENT

I hereby consent to become a party plaintiff in the lawsuit brought pursuant to the Fair

Labor Standards Act (FLSA) to recover unpaid wages and overtime from my current

and/or former employer, Refinery Terminal Fire Company.

| |
|---|
| Full Legal Name (print): <br> Frank Cavazos III |
| Street Address: <br> 1254 Tyler |
| City, State, and Zip Code: <br> Corpus Christi, Texas 78404 |
| Phone: <br> (361) 765-2937 |

I am represented by:

| Firm Name (print): |
| --- |
| Sico, White, Hoelcher + Braugh |
| Street Address: |
| 802 N. Carancahua |
| City, State, and Zip Code: |
| Corpus Christi, TX. 78401 |
| Phone: |
| (761) 653-7300 |

_____
Signature

4-30-12
_____
Date

Return this form to:     Clerk, United States District Court
                         1133 N. Shoreline Blvd.
                         Corpus Christi, TX 78401