IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| JOE DALE MARTINEZ AND FIDENCIO LOPEZ, JR., Individually, and on behalf of all others similarly situated;<br><br>*Plaintiffs,*<br><br>v.<br><br>REFINERY TERMINAL FIRE COMPANY<br><br>*Defendant* | §<br>§<br>§<br>§<br>§<br>§<br>§ CIVIL ACTION NO. 2:11-CV-295<br>§<br>§ JURY TRIAL DEMAND<br>§<br>§ COLLECTIVE ACTION<br>§ PURSUANT TO 29 U.S.C. §216(b) |

## ORDER ON DEFENDANT'S UNOPPOSED MOTION FOR LEAVE TO FILE DEFENDANT'S FIRST AMENDED ANSWER TO PLAINTIFFS' FIRST AMENDED COLLECTIVE ACTION COMPLAINT

On this date came on to be considered Defendant's Unopposed Motion for Leave to File its First Amended Answer to Plaintiffs' First Amended Collective Action Complaint. The Court having considered the motion, is of the opinion that it should be granted.

It is accordingly ORDERED that Defendant's Unopposed Motion for Leave to File Defendant's its First Amended Answer to Plaintiffs' First Amended Collective Action Complaint is hereby GRANTED.

It is further ORDERED that the clerk shall file the Defendant's First Amended Answer to Plaintiffs' First Amended Collective Action Complaint, which is attached to Defendant's unopposed motion as Exhibit "A".

SIGNED and ENTERED this ___4th___ day of ___May___ 2012.

_____
UNITED STATES DISTRICT JUDGE

{C0656714.DOCX:2}                                                                   1