UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

Clerk, U.S. District Court
Southern District of Texas
FILED

MAY 1 4 2012

David J. Bradley, Clerk of Court

| | |
|---|---|
| JOE DALE MARTINEZ, *et al*, § § | |
| Plaintiffs, § | |
| VS. § | CIVIL ACTION NO. C-11-295 |
| § | |
| REFINERY TERMINAL FIRE § | |
| COMPANY, § § | |
| Defendant. § | |

## NOTICE OF CONSENT

I hereby consent to become a party plaintiff in the lawsuit brought pursuant to the Fair Labor Standards Act (FLSA) to recover unpaid wages and overtime from my current and/or former employer, Refinery Terminal Fire Company.

| |
|---|
| Full Legal Name (print): |
| GRANT WILLIAM FUNDERBURG |
| Street Address: |
| 113 S. LAKESIDE DR. |
| City, State, and Zip Code: |
| MATHIS, TX 78368 |
| Phone: |
| 361 547 2992 |

I am represented by:

| | |
|---|---|
| Firm Name (print): | SICO, WHITE, HOELSCHER & BRAUGH LLP. |
| Street Address: | 802 N. Carancahua, Suite 900 |
| City, State, and Zip Code: | Corpus Christi, TX 78401 |
| Phone: | 361 653 3300 |

_____
Signature

11 MAY 12
Date

Return this form to:   Clerk, United States District Court
1133 N. Shoreline Blvd.
Corpus Christi, TX 78401