IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| JOE DALE MARTINEZ AND FIDENCIO LOPEZ, JR., Individually, and on behalf of all others similarly situated;<br><br>*Plaintiffs*,<br><br>v.<br><br>REFINERY TERMINAL FIRE COMPANY<br><br>*Defendant* | § § § § § § § § § § § § § § CIVIL ACTION NO. 2:11-CV-295<br><br>JURY TRIAL DEMAND<br><br>COLLECTIVE ACTION PURSUANT TO 29 U.S.C. §216(b) |

## ORDER ON AGREED MOTION TO EXTEND PRETRIAL DEADLINES

RAMOS, District Judge:

This matter having come before the Court upon Agreed Motion to Extend Deadlines, the Court having considered the submissions and for good cause, the Court is of the opinion that the motion should be GRANTED.

It is therefore ORDERED that Agreed Motion is GRANTED.

Further ORDERED, the following deadlines will be extended as follows and replace any deadlines found on the Scheduling Order:

    a. July Selection/Trial – June 17, 2013 at 8:30 a.m.

    b. Designation of Experts by Plaintiffs – February 4, 2013

    c. Designation of Experts by Defendants – February 5, 2013

    d. Settlement Demand Letter to Defendants – February 18, 2013

    e. Statement of Intent Regarding Mediation – April 1, 2013

    f. Discovery shall end – April 1, 2013

    g. Status Conference – April 10, 2013 at 8:30 a.m.

    h. Filing of Dispositive and Daubert Motions – April 1, 2013

    i. Joint Pretrial Order – May 17, 2013

    j. Final Pretrial Conference – June 13, 2013 at 8:30 a.m.

ORDERED this 23rd day of May, 2012.

                                            _____
                                            NELVA GONZALES RAMOS
                                            UNITED STATES DISTRICT JUDGE