UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| JOE DALE MARTINEZ, *et al*, | § | |
| | § | |
| Plaintiffs, | § | |
| VS. | § | CIVIL ACTION NO. C-11-295 |
| | § | |
| REFINERY TERMINAL FIRE COMPANY, | § | |
| | § | |
| | § | |
| Defendant. | § | |

## ORDER

Pursuant to the Court's Order (D.E. 124) of July 13, 2012, the issue of whether the Defendant's Motion to Dismiss (D.E. 119) should be granted as to potential plaintiffs, Jeremy Keith Williams and Grant William Funderburg was taken under advisement pending presentation of evidence to support arguments made in the Plaintiffs' Response (D.E. 121) as to the reasons for the filing of their respective Notices of Consent after the May 1, 2012 deadline.  On July 31, 2012, Plaintiffs filed supplemental evidence and argument (D.E. 125).  After reviewing the documents on file, the Court DENIES the Defendant's Motion to Dismiss (D.E. 119) as to Jeremy Keith Williams and Grant William Funderburg.

ORDERED this 2nd day of August, 2012.

_____
NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE