UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

Joe Dale Martinez, et al.

          Plaintiff

v.               Case No.: 2:11−cv−00295
               Judge Nelva Gonzales Ramos

Refinery Terminal Fire Company

         Defendant

## NOTICE OF RESETTING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.**

**Before the Honorable**

Nelva Gonzales Ramos

**PLACE:**

United States District Court
1133 N. Shoreline Blvd.
Corpus Christi, TX

**DATE:** 6/17/13

**TIME:** 09:00 AM

**TYPE OF PROCEEDING:** Jury Trial

Date: September 27, 2012

                       David J. Bradley, Clerk