IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| JOE DALE MARTINEZ AND FIDENCIO LOPEZ, JR., Individually, and on behalf of all others similarly situated; § § § § § *Plaintiffs*, § § v. § § REFINERY TERMINAL FIRE COMPANY § § *Defendant* § § | CIVIL ACTION NO. 2:11-CV-295 JURY TRIAL DEMAND COLLECTIVE ACTION PURSUANT TO 29 U.S.C. §216(b) |

## DEFENDANT'S NOTICE OF UNAVAILABILITY

**TO THE HONORABLE JUDGE OF SAID COURT:**

Defendant Refinery Terminal Fire Company, ("RTFC") gives notice that its counsel will be out of the office beginning December 24, 2012 through January 1, 2013 and will be unavailable to attend any proceedings during this period. Therefore, Defendant requests that no matters be set in this case until after January 1, 2013.

{C0720507.DOCX:1}

Respectfully submitted,

BRANSCOMB | PC
802 North Carancahua, Suite 1900
Corpus Christi, Texas  78401
Telephone:  (361) 886-3800
Facsimile:    (361) 886-3805

By:   /s/ Keith B. Sieczkowski
Keith B. Sieczkowski
Attorney in Charge
TSB # 18341650
Fed. I.D. # 7118
Allison E. Moore
TSB # 24077616
Fed. I.D. # 1512930

ATTORNEYS FOR DEFENDANT
REFINERY TERMINAL FIRE COMPANY

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was forwarded to counsel of record via ECF and facsimile in accordance with the Local and FED.R.CIV.P. on this 1st day of November, 2012.

| | |
|---|---|
| Craig M. Sico<br>Roger S. Braugh, Jr.<br>Clif Alexander<br>SICO, WHITE, HOELSCHER & BRAUGH LLP<br>802 N. Carancahua, Suite 900<br>Corpus Christi, Texas  78401 | *Via Facsimile: 653-3300* |
| Jerry Guerra<br>HUERTA GUERRA BEAM PLLC<br>924 Leopard Street<br>Corpus Christi, Texas  78401 | *Via Facsimile: 884-7013* |

/s/ Keith B. Sieczkowski
Keith B. Sieczkowski

{C0720507.DOCX:1}