UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| JOE DALE MARTINEZ, *et al*, | § | |
| | § | |
| Plaintiffs, | § | |
| VS. | § | CIVIL ACTION NO. 2:11-CV-00295 |
| | § | |
| REFINERY TERMINAL FIRE COMPANY, | § | |
| | § | |
| | § | |
| Defendant. | § | |

## ORDER

On December 14, 2012, Defendant filed Objections to Plaintiffs' Notice of Intention to Take Deposition Pursuant to Fed. R. Civ. P. 30(b)(6) and Motion to Limit Scope of Corporate Representative Deposition (D.E. 131).

Pursuant to Local Rule 7.1(D), all such motions are required to contain an averment that the movant has conferred with the respondent and state whether counsel can agree about the disposition of the motion. No such averment was included in the Motion (D.E. 131). Consequently, Defendant is ORDERED to confer with opposing counsel and file the required averment in a certificate of conference within 24 hours of the entry of this Order.

Additionally, the Motion was filed without a proposed order as required by Local Rule 7.1(C). Defendant is ORDERED to file its proposed order.

Failure to comply with these orders may result in the Motion (D.E. 131) being stricken without further notice.

Any response to said Motion, if the Motion is not stricken and is opposed, is ORDERED to be filed on or before December 21, 2012.

ORDERED this 17th day of December, 2012.

_____
NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE