IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| JOE DALE MARTINEZ AND FIDENCIO LOPEZ, JR., Individually, and on behalf of all others similarly situated;<br><br>*Plaintiffs*,<br><br>v.<br><br>REFINERY TERMINAL FIRE COMPANY<br><br>*Defendant* | § § § § § § § § § § § § § § CIVIL ACTION NO. 2:11-CV-295<br><br>JURY TRIAL DEMAND<br><br>COLLECTIVE ACTION PURSUANT TO 29 U.S.C. §216(b) |

## AGREED ORDER ON JOINT MOTION TO EXTEND EXPERT DESIGNATION AND REPORT DEADLINES

This matter having come before the Court upon Joint Motion to Extend Expert Designation and Report Deadlines, the Court having considered the submissions and for good cause, the Court is of the opinion that the motion should be GRANTED.

It is therefore ORDERED that Agreed Motion is GRANTED.

Further ORDERED, the following deadlines will be extended as follows and replace any deadlines found on the Scheduling Order:

    a. Designation of Experts by Plaintiffs – March 11, 2013

    b. Designation of Experts by Defendant – March 11, 2013

    c. Submission of Expert Report(s) by Plaintiffs – March 11, 2013

    d. Submission of Expert Report(s) by Defendant – March 11, 2013

    e. Submission of Rebuttal Expert Report(s) by Plaintiffs – April 9, 2013

    f. Submission of Rebuttal Expert Report(s) by Defendant – April 9, 2013

    g. Discovery shall end – April 10, 2013

    h.  Statement of Intent Regarding Mediation – April 17, 2013

    i.  Status Conference – April 24, 2013 at 9:00 a.m.

    j.  Filing of Dispositive and Daubert Motions – April 29, 2013

ORDERED this 29th day of January, 2013.

_____
NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE


AGREED AS TO FORM AND SUBSTANCE:

/s/ Craig M. Sico
Craig M. Sico
Roger S. Braugh, Jr.
Attorneys for Plaintiffs


/s/ Keith B. Sieczkowski
Keith B. Sieczkowski
Allison E. Moore
Attorneys for Defendant

{C0745909.DOCX:1}   2