IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| JOE DALE MARTINEZ AND FIDENCIO LOPEZ, JR., Individually, and on behalf of all others similarly situated;<br><br>*Plaintiffs,*<br><br>v.<br><br>REFINERY TERMINAL FIRE COMPANY<br><br>*Defendant* | § § § § § § § § § § § § § CIVIL ACTION NO. 2:11-CV-295<br><br>JURY TRIAL DEMAND<br><br>COLLECTIVE ACTION PURSUANT TO 29 U.S.C. §216(b) |

## ORDER ON UNOPPOSED MOTION TO RESET TRIAL DATE

RAMOS, District Judge:

This matter having come before the Court upon Unopposed Motion to Reset Trial Date, the Court having considered the submissions and for good cause, the Court is of the opinion that the motion should be GRANTED.

It is therefore ORDERED that the Unopposed Motion is GRANTED.

Further ORDERED, the following deadline will be extended as follows and replace any deadline found on the Scheduling Order or otherwise reset: Trial Date – August 26, 2013 at 9:00 a.m. Final Pretrial Conference is set for August 22, 2013 at 9:00am.

ORDERED this 6th day of February 2013.

_____
NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE

{C0749384.DOCX:1}