IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| JOE DALE MARTINEZ AND FIDENCIO LOPEZ, JR., Individually, and on behalf of all others similarly situated; <br><br> *Plaintiffs,* <br><br> v. <br><br> REFINERY TERMINAL FIRE COMPANY <br><br> *Defendant* | § § § § § § § § § § § § § CIVIL ACTION NO. 2:11-CV-295 <br><br> JURY TRIAL DEMAND <br><br> COLLECTIVE ACTION PURSUANT TO 29 U.S.C. §216(b) |

## AGREED ORDER ON UNOPPOSED JOINT MOTION TO EXTEND EXPERT DESIGNATION AND REPORT DEADLINES

This matter having come before the Court upon Unopposed Joint Motion to Extend Expert Designation and Report Deadlines, the Court having considered the submissions and for good cause, the Court is of the opinion that the motion should be GRANTED.

It is therefore ORDERED that Agreed Motion is GRANTED.

Further ORDERED, the following deadlines will be extended as follows and replace any deadlines found on the Scheduling Order:

a. Designation of Experts by Plaintiffs – May 10, 2013

b. Designation of Experts by Defendant – May 10, 2013

c. Submission of Expert Report(s) by Plaintiffs – May 10, 2013

d. Submission of Expert Report(s) by Defendant – May 10, 2013

e. Submission of Rebuttal Expert Report(s) by Plaintiffs – June 10, 2013

f. Submission of Rebuttal Expert Report(s) by Defendant – June 10, 2013

g. Discovery shall end – June 11, 2013

h. Statement of Intent Regarding Mediation – June 18, 2013

1

  i. Status Conference – June 25, 2013 at 9:00 a.m.

  j. Filing of Dispositive and Daubert Motions – July 15, 2013


ORDERED this 22nd day of February, 2013.

            _____
            NELVA GONZALES RAMOS
            UNITED STATES DISTRICT JUDGE


AGREED AS TO FORM AND SUBSTANCE:

  /s/ Craig M. Sico
Craig M. Sico
Roger S. Braugh, Jr.
Attorneys for Plaintiffs

  /s/ Keith B. Sieczkowski
Keith B. Sieczkowski
Allison E. Moore
Attorneys for Defendant