IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| JOE DALE MARTINEZ AND FIDENCIO LOPEZ, JR., Individually, and on behalf of all others similarly situated;<br><br>*Plaintiffs*,<br><br>v.<br><br>REFINERY TERMINAL FIRE COMPANY<br><br>*Defendant* | § § § § § § § § § § § § § | CIVIL ACTION NO. 2:11-CV-295<br><br>JURY TRIAL DEMAND<br><br>COLLECTIVE ACTION PURSUANT TO 29 U.S.C. §216(b) |

**AGREED ORDER ON UNOPPOSED JOINT
MOTION TO EXTEND PRETRIAL DEADLINES**

This matter having come before the Court upon Unopposed Joint Motion to Extend Pretrial Deadlines, the Court having considered the submissions and for good cause, the Court is of the opinion that the motion should be GRANTED.

It is therefore ORDERED that Agreed Motion is GRANTED.

Further ORDERED, the following deadlines will be extended as follows and replace any deadlines found on the Scheduling Order:

   a. Designation of Experts by Plaintiffs – May 31, 2013

   b. Designation of Experts by Defendant – May 31, 2013

   c. Submission of Expert Report(s) by Plaintiffs – May 31, 2013

   d. Submission of Expert Report(s) by Defendant – May 31, 2013

   e. Submission of Rebuttal Expert Report(s) by Plaintiffs – July 1, 2013

   f. Submission of Rebuttal Expert Report(s) by Defendant – July 1, 2013

   g. Discovery shall end – July 12, 2013

{C0745909.DOCX:1}                              1

      h.  Statement of Intent Regarding Mediation – July 16, 2013

      i.  Status Conference – July 16, 2013 at _____

      j.  Filing of Dispositive and Daubert Motions – July 22, 2013

ORDERED this \_\_\_\_\_ day of _____, 2013.

_____
NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE

AGREED AS TO FORM AND SUBSTANCE:

/s/ Craig M. Sico
Craig M. Sico
Roger S. Braugh, Jr.
Attorneys for Plaintiffs

/s/ Keith B. Sieczkowski
Keith B. Sieczkowski
Allison E. Moore
Attorneys for Defendant