IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| JOE DALE MARTINEZ AND | § | |
| FIDENCIO LOPEZ, JR., Individually, | § | |
| and on behalf of all others similarly | § | |
| situated; | § | |
| | § | |
| *Plaintiffs,* | § | |
| | § | CIVIL ACTION NO. 2:11-CV-295 |
| v. | § | |
| | § | JURY TRIAL DEMAND |
| REFINERY TERMINAL FIRE COMPANY | § | |
| | § | COLLECTIVE ACTION |
| *Defendant* | § | PURSUANT TO 29 U.S.C. §216(b) |

## AGREED ORDER ON UNOPPOSED JOINT
## MOTION TO EXTEND PRETRIAL DEADLINES

This matter having come before the Court upon Unopposed Joint Motion to Extend Pretrial Deadlines, the Court having considered the submissions and for good cause, the Court is of the opinion that the motion should be GRANTED.

It is therefore ORDERED that Agreed Motion is GRANTED.

Further ORDERED, the following deadlines will be extended as follows and replace any deadlines found on the Scheduling Order:

      a.  Designation of Experts by Plaintiffs – May 31, 2013

      b.  Designation of Experts by Defendant – May 31, 2013

      c.  Submission of Expert Report(s) by Plaintiffs – May 31, 2013

      d.  Submission of Expert Report(s) by Defendant – May 31, 2013

      e.  Submission of Rebuttal Expert Report(s) by Plaintiffs – July 1, 2013

      f.  Submission of Rebuttal Expert Report(s) by Defendant – July 1, 2013

      g.  Discovery shall end – July 12, 2013

h.   Statement of Intent Regarding Mediation – July 16, 2013

i.   Status Conference – July 10, 2013 at ___9 : 00 am___

j.   Filing of Dispositive and Daubert Motions – July 15, 2013

ORDERED this __30th__ day of __April__ , 2013.

_____
NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE

AGREED AS TO FORM AND SUBSTANCE:

/s/ Craig M. Sico
Craig M. Sico
Roger S. Braugh, Jr.
Attorneys for Plaintiffs


/s/ Keith B. Sieczkowski
Keith B. Sieczkowski
Allison E. Moore
Attorneys for Defendant