**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**CORPUS CHRISTI DIVISION**

| | | |
|---|---|---|
| **JOE DALE MARTINEZ AND** | § | |
| **FIDENCIO LOPEZ, JR., Individually** | § | |
| **and on behalf of all others similarly** | § | |
| **situated;** | § | |
| | § | |
| | § | |
| *Plaintiffs,* | § | |
| | § | |
| **v.** | § | **Civil Action No. 2:11-cv-295** |
| | § | |
| **REFINERY TERMINAL FIRE** | § | |
| **COMPANY** | § | |
| | § | |
| *Defendant* | § | |

## PLAINTIFFS' DESIGNATION OF EXPERTS

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW, Joe Dale Martinez and Fidencio Lopez, Jr., Individually and on behalf of all others similarly situated, Plaintiffs herein, and file this their Designation of Experts pursuant to the Scheduling Order entered by this Court.

### I.

### RETAINED EXPERTS

Plaintiffs have retained the following experts. Their resume or curriculum vitae are attached hereto and incorporated by reference, and the files are hereby made available for inspection and copying at a mutually convenient time and location:

    Name:    Scott Turner
                   W. Scott Turner & Co.

Address:     710 N. Mesquite Street
             Corpus Christi, TX  78401

Telephone:   (361) 883-0795

Opinions:    W. Scott Turner is an economist who will testify regarding
             damages owed to Plaintiffs by RTFC.  Mr. Turner may also
             testify about the opinions and credentials of experts designated
             by other parties in this litigation.   Mr. Turner's report,
             curriculum vitae, list of testimony and fee schedule are attached
             hereto as Docev Nos. 2778-000352/801 and are incorporated by
             reference the same as if set forth fully herein.   Further,
             Plaintiffs incorporate Mr. Turner's testimony and his complete
             file in this matter as if set forth herein.  Plaintiffs hereby tender
             Mr. Turner's file for inspection and copying at the offices of Sico,
             White, Hoelscher, Harris & Braugh L.L.P. at a time mutually
             convenient to all counsel.

Tender for
Deposition:  Plaintiffs tender W. Scott Turner for his deposition at a time
             mutually agreeable to all counsel.

Name:        Brian T. Farrington
             Cowles & Thompson, P.C.

Address:     Bank of America Plaza
             901 Main St., Suite 3900
             Dallas, TX  75202

Telephone:   (214) 672-2117

Opinions:    Brian T. Farrington is a liability expert who worked for the
             Department of Labor from 1975–1989 and will testify regarding
             RTFC's violations of the FLSA and Plaintiffs' non-exempt status
             under the FLSA. Mr. Farrington may also testify about the
             opinions and credentials of experts designated by other parties
             in this litigation.  Mr. Farrington's report, curriculum vitae, list
             of testimony and fee schedule are attached hereto as Docev Nos.
             2778-000802/000871 and are incorporated by reference the same
             as if set forth fully herein. Further, Plaintiffs incorporate Mr.
             Farrington's testimony and his complete file in this matter as if
             set forth herein.   Plaintiffs hereby tender Mr. Farrington's file

for inspection and copying at the offices of Sico, White, Hoelscher, Harris & Braugh L.L.P. at a time mutually convenient to all counsel.

Tender for
Deposition:     Plaintiffs tender Brian T. Farrington for his deposition at a time mutually agreeable to all counsel.

Name:           David L. Kern
                Kern Law Firm

Address:        309 East Robinson Ave.
                El Paso, TX  79902

Telephone:      (915) 542-1900

Opinions:       David L. Kern is a Board Certified Labor and Employment lawyer in the State of Texas who will testify in support of the attorneys' fee petition of the Plaintiffs' attorneys in this case. His testimony may include, but is not limited to the following: the reasonable amount of attorney time required to prosecute an FLSA collective action such as that of Plaintiffs under the present circumstances; whether the work performed by Craig M. Sico, Roger S. Braugh, Jr., Clif Alexander, Stuart R. White, Tara A. Hoelscher, and Jerry Guerra was reasonable and necessary to prosecute the case on behalf of the Plaintiffs; the reasonable hourly rate for these attorneys to charge for such services; the reasonable value of such services in the State of Texas, the Southern District of Texas, and Nueces County; other *Johnson* factors relevant to the attorney fee petition; and other information pertinent to support the fee petition of the Plaintiffs' in this case. Mr. Kern may also testify about the opinions and credentials of experts designated by other parties in this litigation.    Mr. Kern's curriculum vitae, list of publications and fee schedule are attached hereto as Docev Nos. 2778-000872/000875 and are incorporated by reference the same as if set forth fully herein.  Further, Plaintiffs incorporate Mr. Kern's testimony and his complete file in this matter as if set forth herein. Plaintiffs hereby tender Mr. Kern's file for inspection and copying at the offices of Sico, White, Hoelscher,

Harris & Braugh L.L.P. at a time mutually convenient to all counsel.

Tender for
Deposition:    Plaintiffs tender David L. Kern for his deposition at a time mutually agreeable to all counsel.

Name:          Craig M. Sico
               Sico, White, Hoeslcher, Harris & Braugh L.L.P.

Address:       900 Frost Bank Plaza
               802 N. Carancahua
               Corpus Christi, TX  78401

Telephone:     (361) 653-3300

Opinions:      Craig M. Sico is a Board Certified Personal Injury lawyer in the State of Texas who will testify in support of the attorneys' fee petition of the Plaintiffs' attorneys in this case. His testimony may include, but is not limited to the following: the reasonable amount of attorney time required to prosecute an FLSA collective action such as that of Plaintiffs under the present circumstances; whether the work performed by himself, Roger S. Braugh, Jr., Clif Alexander, Stuart R. White, Tara A. Hoelscher, and Jerry Guerra was reasonable and necessary to prosecute the case on behalf of the Plaintiffs; the reasonable hourly rate for these attorneys to charge for such services; the reasonable value of such services in the State of Texas, the Southern District of Texas, and Nueces County; and other information pertinent to support the fee petition of the Plaintiffs' in this case. Mr. Sico's curriculum vitae is attached hereto as Docev Nos. 2778-000876/000877 and is incorporated by reference the same as if set forth fully herein.

Tender for
Deposition:    Plaintiffs tender Craig M. Sico for his deposition at a time mutually agreeable to all counsel.

Name:          David L. Kern
               Kern Law Firm

Address:       309 East Robinson Ave.
               El Paso, TX  79902

4

| | |
|---|---|
| Telephone: | (915) 542-1900 |
| Opinions: | David L. Kern is also a consulting expert whose opinions have been relied upon by testifying experts W. Scott Turner and Brian T. Farrington. His testimony may include, but is not limited to the following: the damages owed to Plaintiffs by RTFC in this case, RTFC's violations of the FLSA, and Plaintiffs' non-exempt status under the FLSA. |
| Tender for Deposition: | Plaintiffs tender David L. Kern for his deposition at a time mutually agreeable to all counsel. |

## II.

## CROSS-DESIGNATION OF EXPERTS

Plaintiffs hereby cross-designate and state that they may call any expert identified or designated by an adverse party or an employee or representative of an adverse party to elicit expert opinions subject to any objections Plaintiffs make concerning the designation of such experts and the admissibility of their opinions.

Plaintiffs reserve the right to elicit opinion testimony, either through direct examination or cross-examination, of all witnesses designated or identified by any party. Plaintiffs reserve the right to call unidentified rebuttal witnesses, whose testimony cannot be predicted at this time to offer opinion testimony in response to opinions offered by witnesses of any party.  Any fact witnesses designated by Plaintiffs may offer lay opinions regarding matters within their knowledge.

Plaintiffs expressly reserve the right to withdraw the designation of any expert and to aver positively that any such previously designated expert will not be

called as a witness at trial, and to re-designate same as a consulting expert only, who cannot be called by opposing counsel.

Plaintiffs reserve the right to supplement the foregoing expert designations pursuant to the Federal Rules of Civil Procedure and the Rules of this Court as discovery proceeds and information is obtained and in accordance with future rulings of this Court.

Respectfully submitted,

/s/ Craig M. Sico
Craig M. Sico
Federal I.D. No. 13540
Texas Bar No. 18339850
SICO, WHITE, HOELSCHER, HARRIS & BRAUGH, L.L.P
802 N. Carancahua, Suite 900
Corpus Christi, Texas 78401
Telephone: (361) 653-3300
Facsimile:   (361) 653-3333

**ATTORNEY IN CHARGE FOR PLAINTIFFS**

OF COUNSEL:

Roger S. Braugh, Jr.
Federal I.D. No. 21326
Texas Bar No. 00796244
Clif Alexander
Federal I.D. No.
Texas Bar No. 24064805
Stuart R. White
Federal I.D. No.
Texas Bar No. 24075268
Tara A. Hoelscher
Federal I.D. No.
Texas Bar No. 24012189
SICO, WHITE, HOELSCHER, HARRIS & BRAUGH, L.L.P
802 N. Carancahua, Suite 900

Corpus Christi, Texas 78401
Telephone: (361) 653-3300
Facsimile:  (361) 653-3333

Jerry Guerra
Federal I.D. No. 18166
Texas Bar No. 00789326
HUERTA GUERRA BEAM, PLLC
924 Leopard Street
Corpus Christi, Texas 78401
Telephone: (361) 884-1632
Facsimile:  (361) 884-7013

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 31st day of May 2013, a copy of the foregoing instrument was served on counsel of record by electronic filing at the website for the Southern District of Texas at <u>http://www.txsd.uscourts.gov</u>.

<u>/s/ Craig M. Sico</u>
Craig M. Sico

Keith B. Sieczkowski
Allison E. Moore
**BRANSCOMB PC**
802 N. Carancahua
Suite 1900
Corpus Christi, TX  78401-0036

***Attorneys for Defendant Refinery Terminal Fire Company***