# EXHIBIT D
Sample Invoices for Goods



361 / 882-6253

# REFINERY TERMINAL FIRE COMPANY

P.O. BOX 4162 • 78469-4162    4802 UP RIVER ROAD • 78407-1722    CORPUS CHRISTI, TEXAS

| | |
|---|---|
| Invoice No.: | ERS 09-092 |
| Date: | 18-Aug-09 |

CITGO - Corpus Christi Refinery
P. O. Box 9176
Corpus Christi, TX 78469-9176
Attn: Lyn Barrett

| Customer ID | | | Work Order No. | Payment Terms |
|---|---|---|---|---|
| | | | 40454693 | Net Due |
| | | | Date of Standby / Callout | Due Date |
| | | | 19-Jul-09 | Upon Receipt |

| Quantity | Unit | Item | Description | Unit Price | Extension |
|---|---|---|---|---|---|
| 1.00 | | | Personell utilized at Citgo Level III - Alky Unit Fire / Release & Critique RTFC 2009-201 | 40,625.4925 | 40,625.49 |
| 1.00 | | | Call Out Pay | 0.0000 | 0.00 |
| 1.00 | | | Consumables    3514 | 25,708.1330 | 25,708.13 |
| | | | 3315 | | 9595.55 |
| | | | 3510 | | 31,029.94 |
| | | | **\*\* Note\*\*** **This is not a complete billing of services for the Alky callout.** | | |

POSTED
08/25/09
INT. _____

| | |
|---|---|
| **TOTAL:** | **$66,333.63** |

RTFC 100489

Hourly Wage Worksheet

Name: **Fire Captain**          Rank:                Step: **Senior / Entry**    07/19/09

Hourly Rate:              $53.62          $79.53

| | | | | | HOURS | | | | | |
| DATE | HOURS | EMPLOYEE | Additional Time Worked | COST | Callout | COST | | COST | | COST |
|---|---|---|---|---|---|---|---|---|---|---|
| 07/28/09 | 0.00 | Dean, David | | $0.00 | 13.00 | $1,033.89 | | $0.00 | | $0.00 |
| 07/26/09 | 0.00 | Garcia, Chris | | $0.00 | 3.00 | $238.59 | | $0.00 | | $0.00 |
| 07/27/09 | 13.00 | Vega, Alberto | | $0.00 | 13.00 | $1,033.89 | | $0.00 | | $0.00 |
| 07/27/09 | 5.00 | Herr, David | | $0.00 | 5.00 | $397.65 | | $0.00 | | $0.00 |
| 07/28/09 | 5.00 | Herr, David | | $0.00 | 5.00 | $397.65 | | $0.00 | | $0.00 |
| 07/29/09 | 5.00 | Herr, David | | $0.00 | 5.00 | $397.65 | | $0.00 | | $0.00 |
| 07/30/09 | 6.00 | Herr, David | 6.00 | $321.72 | | $0.00 | | $0.00 | | $0.00 |
| 07/31/09 | 7.00 | Herr, David | 7.00 | $375.34 | | $0.00 | | $0.00 | | $0.00 |
| 08/03/09 | 4.00 | Herr, David | 4.00 | $214.48 | | $0.00 | | $0.00 | | $0.00 |
| 08/04/09 | 4.00 | Herr, David | 4.00 | $214.48 | | $0.00 | | $0.00 | | $0.00 |
| 08/05/09 | 4.00 | Herr, David | 4.00 | $214.48 | | $0.00 | | $0.00 | | $0.00 |
| 08/06/09 | 4.00 | Herr, David | 4.00 | $214.48 | | $0.00 | | $0.00 | | $0.00 |
| 07/29/09 | 12.50 | Cantu, Raul | | $0.00 | 12.50 | $994.13 | | $0.00 | | $0.00 |
| 07/27/09 | 13.00 | Drake, Brandon | | $0.00 | 13.00 | $1,033.89 | | $0.00 | | $0.00 |
| 07/28/09 | 13.00 | Reed, Ronny | | $0.00 | 13.00 | $1,033.89 | | $0.00 | | $0.00 |
| 08/14/09 | 2.50 | Howard, Robert | 2.50 | $134.05 | | $0.00 | | $0.00 | | $0.00 |
| 08/14/09 | 2.50 | Vega, Alberto | 2.50 | $134.05 | | $0.00 | | $0.00 | | $0.00 |
| 08/14/09 | 2.50 | Martinez, JD | 2.50 | $134.05 | | $0.00 | | $0.00 | | $0.00 |
| 08/14/09 | 2.50 | Harris, Charles | 2.50 | $134.05 | | $0.00 | | $0.00 | | $0.00 |
| 08/14/09 | 2.50 | Reed, Ronny | 2.50 | $134.05 | | $0.00 | | $0.00 | | $0.00 |
| 08/14/09 | 2.50 | Herr, David | 2.50 | $134.05 | | $0.00 | | $0.00 | | $0.00 |
| TOTALS | 110.50 | | 44.00 | $2,359.28 | 82.50 | $6,561.23 | 0.00 | $0.00 | 0.00 | $0.00 |

INVOICE TOTAL:          $8,920.51

Hourly Wage Worksheet

::

Name: **Fire Captain**      Rank:      Step: **Senior / Entry**      07/19/09

Hourly Rate:      $53.62      $79.53

| | | | | | | HOURS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| DATE | HOURS | EMPLOYEE | Additional Time Worked | COST | Callout | COST | | COST | | COST |
| 08/13/09 | 0.00 | Rodriguez, Daniel | 2.75 | $147.46 | | $0.00 | | $0.00 | | $0.00 |
| 08/13/09 | 0.00 | Chavez, Carlos | 2.75 | $147.46 | | $0.00 | | $0.00 | | $0.00 |
| 08/13/09 | 2.75 | Burnell, Jason | 2.75 | $147.46 | | $0.00 | | $0.00 | | $0.00 |
| 08/13/09 | 2.75 | Caffey, Randall | 2.75 | $147.46 | | $0.00 | | $0.00 | | $0.00 |
| 08/13/09 | 2.75 | Drake, Brandon | 2.75 | $147.46 | | $0.00 | | $0.00 | | $0.00 |
| 08/13/09 | 2.75 | Dean, David | 2.75 | $147.46 | | $0.00 | | $0.00 | | $0.00 |
| 08/13/09 | 2.75 | Perez, John | 2.75 | $147.46 | | $0.00 | | $0.00 | | $0.00 |
| 08/13/09 | 2.75 | Wilkey, Jimmy | 2.75 | $147.46 | | $0.00 | | $0.00 | | $0.00 |
| | 0.00 | | | $0.00 | | $0.00 | | $0.00 | | $0.00 |
| | 0.00 | | | $0.00 | | $0.00 | | $0.00 | | $0.00 |
| | 0.00 | | | $0.00 | | $0.00 | | $0.00 | | $0.00 |
| | 0.00 | | | $0.00 | | $0.00 | | $0.00 | | $0.00 |
| | 0.00 | | | $0.00 | | $0.00 | | $0.00 | | $0.00 |
| | 0.00 | | | $0.00 | | $0.00 | | $0.00 | | $0.00 |
| | 0.00 | | | $0.00 | | $0.00 | | $0.00 | | $0.00 |
| | 0.00 | | | $0.00 | | $0.00 | | $0.00 | | $0.00 |
| | 0.00 | | | $0.00 | | $0.00 | | $0.00 | | $0.00 |
| | 0.00 | | | $0.00 | | $0.00 | | $0.00 | | $0.00 |
| | 0.00 | | | $0.00 | | $0.00 | | $0.00 | | $0.00 |
| | 0.00 | | | $0.00 | | $0.00 | | $0.00 | | $0.00 |
| TOTALS | 16.50 | | 22.00 | $1,179.64 | 0.00 | $0.00 | 0.00 | $0.00 | 0.00 | $0.00 |

INVOICE TOTAL:      $1,179.64

RTFC 100491

| Name: | **Firefighter 2** | | | Rank: | | Step: **Senior / Entry** | 07/19/09 | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | Hourly Rate: | | | $45.87 | | $71.39 | | |

| | | | | | | HOURS | | |
| DATE | HOURS | EMPLOYEE | Additional Time Worked | COST | Callout | COST | | COST |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 08/03/09 | 4.00 | Navarro, Joe | 4.00 | $183.48 | | $0.00 | | $0.00 |
| 07/28/09 | 13.00 | Quintanilla, David | | $0.00 | 13.00 | $928.07 | | $0.00 |
| 07/27/09 | 13.00 | White, David | | $0.00 | 13.00 | $928.07 | | $0.00 |
| 07/29/09 | 2.00 | Cantu, David | | $0.00 | 2.00 | $142.78 | | $0.00 |
| 07/30/09 | 3.00 | Cantu, David | 3.00 | $137.61 | | $0.00 | | $0.00 |
| 07/27/09 | 12.75 | Tijerina, David | | $0.00 | 12.75 | $910.22 | | $0.00 |
| 07/27/09 | 12.00 | Aguilar, Rudy | | $0.00 | 12.00 | $856.68 | | $0.00 |
| 07/28/09 | 12.50 | Quintanilla, Martin | | $0.00 | 12.50 | $892.38 | | $0.00 |
| 08/14/09 | 2.50 | Mireles, Juan | 2.50 | $114.68 | | $0.00 | | $0.00 |
| 08/14/09 | 2.50 | Quintanilla, Martin | 2.50 | $114.68 | | $0.00 | | $0.00 |
| 08/14/09 | 2.50 | Navarro, Joe | 2.50 | $114.68 | | $0.00 | | $0.00 |
| 08/14/09 | 2.50 | Gunter, Matthew | 2.50 | $114.68 | | $0.00 | | $0.00 |
| 08/14/09 | 2.50 | Castillo, Jesse | 2.50 | $114.68 | | $0.00 | | $0.00 |
| 08/14/09 | 2.50 | Quintanilla, David | 2.50 | $114.68 | | $0.00 | | $0.00 |
| 08/14/09 | 2.50 | Tijerina, David | 2.50 | $114.68 | | $0.00 | | $0.00 |
| 08/13/09 | 2.75 | Skoruppa, Jason | 2.75 | $126.14 | | $0.00 | | $0.00 |
| 08/13/09 | 2.75 | Vasquez, Andy | 2.75 | $126.14 | | $0.00 | | $0.00 |
| 08/13/09 | 2.75 | Aguilar, Rudy | 2.75 | $126.14 | | $0.00 | | $0.00 |
| 08/13/09 | 2.75 | Cavazos, Frank | 2.75 | $126.14 | | $0.00 | | $0.00 |
| 08/13/09 | 2.75 | White, David | 2.75 | $126.14 | | $0.00 | | $0.00 |
| 08/13/09 | 2.75 | Trejo, Raul | 2.75 | $126.14 | | $0.00 | | $0.00 |
| TOTALS | 106.25 | | 41.00 | $1,880.67 | 65.25 | $4,658.20 | 0.00 | $0.00 |

INVOICE TOTAL:          $6,538.87

Hourly Wage Worksheet

Name: **Firefighter 2**          Rank:          Step: **Senior / Entry**          07/19/09

Hourly Rate:          $45.87          $71.39

| DATE | HOURS | EMPLOYEE | Additional Time Worked | COST | Callout | HOURS COST | | COST |
|------|-------|----------|------------------------|------|---------|------------|---|------|
| 08/13/09 | 2.75 | Paniagua, Stephen | 2.75 | $126.14 | | $0.00 | | |
| 08/13/09 | 2.75 | Elizaldi, Erik | 2.75 | $126.14 | | $0.00 | | $0.00 |
| | 0.00 | | | $0.00 | | $0.00 | | $0.00 |
| | 0.00 | | | $0.00 | | $0.00 | | $0.00 |
| | 0.00 | | | $0.00 | | $0.00 | | $0.00 |
| | 0.00 | | | $0.00 | | $0.00 | | $0.00 |
| | 0.00 | | | $0.00 | | $0.00 | | $0.00 |
| | 0.00 | | | $0.00 | | $0.00 | | $0.00 |
| | 0.00 | | | $0.00 | | $0.00 | | $0.00 |
| | 0.00 | | | $0.00 | | $0.00 | | $0.00 |
| | 0.00 | | | $0.00 | | $0.00 | | $0.00 |
| | 0.00 | | | $0.00 | | $0.00 | | $0.00 |
| | 0.00 | | | $0.00 | | $0.00 | | $0.00 |
| | 0.00 | | | $0.00 | | $0.00 | | $0.00 |
| | 0.00 | | | $0.00 | | $0.00 | | $0.00 |
| | 0.00 | | | $0.00 | | $0.00 | | $0.00 |
| | 0.00 | | | $0.00 | | $0.00 | | $0.00 |
| | 0.00 | | | $0.00 | | $0.00 | | $0.00 |
| | 0.00 | | | $0.00 | | $0.00 | | $0.00 |
| | 0.00 | | | $0.00 | | $0.00 | | $0.00 |
| | 0.00 | | | $0.00 | | $0.00 | | $0.00 |
| TOTALS | 5.50 | | 2.75 | $252.29 | 0.00 | $0.00 | 0.00 | $0.00 |

INVOICE TOTAL:          $252.29

# Hourly Wage Worksheet

Name: **Firefighter 1**        Rank:        Step: **Senior / Entry**    7/19/09

Hourly Rate:        $40.51        $65.75

| DATE | HOURS | EMPLOYEE | Additional Time Worked | COST | Callout | COST | | COST |
|---|---|---|---|---|---|---|---|---|
| 07/28/09 | 7.00 | Cavazos, Frank | | $0.00 | 7.00 | $460.25 | | $0.00 |
| 07/27/09 | 12.75 | Dingus, James | | $0.00 | 12.75 | $838.31 | | $0.00 |
| 07/27/09 | 13.00 | Farias, Juan | | $0.00 | 13.00 | $854.75 | | $0.00 |
| 07/27/09 | 12.75 | Maxson, Riley | | $0.00 | 12.75 | $838.31 | | $0.00 |
| 07/26/09 | 12.50 | Munoz, Marcos | | $0.00 | 12.50 | $821.88 | | $0.00 |
| 07/28/09 | 12.75 | Flores, Jason | | $0.00 | 12.75 | $838.31 | | $0.00 |
| 07/26/09 | 13.00 | Lopez, Arturo | | $0.00 | 13.00 | $854.75 | | $0.00 |
| 07/29/09 | 12.75 | Lopez, Arturo | | $0.00 | 12.75 | $838.31 | | $0.00 |
| 07/27/09 | 12.75 | Lopez, Gustavo | | $0.00 | 12.75 | $838.31 | | $0.00 |
| 07/27/09 | 13.00 | Martinez, Andrew | | $0.00 | 13.00 | $854.75 | | $0.00 |
| 07/28/09 | 12.50 | Martinez, Joe | | $0.00 | 12.50 | $821.88 | | $0.00 |
| 07/28/09 | 13.00 | Odom, John | | $0.00 | 13.00 | $854.75 | | $0.00 |
| 07/27/09 | 12.75 | Schroeder, Bryan | | $0.00 | 12.75 | $838.31 | | $0.00 |
| 07/31/09 | 0.25 | Bernal, Baltazar | | $0.00 | 0.25 | $16.44 | | $0.00 |
| 07/28/09 | 13.00 | Cardona, Chris | | $0.00 | 13.00 | $854.75 | | $0.00 |
| 07/26/09 | 12.50 | Dowty, James | | $0.00 | 12.50 | $821.88 | | $0.00 |
| 07/27/09 | 11.25 | Garza, Andrew | | $0.00 | 11.25 | $739.69 | | $0.00 |
| 07/26/09 | 14.00 | Lopez, Fidencio | | $0.00 | 14.00 | $920.50 | | $0.00 |
| 07/28/09 | 13.00 | Major, William | | $0.00 | 13.00 | $854.75 | | $0.00 |
| 07/29/09 | 13.00 | Mireles, David | | $0.00 | 13.00 | $854.75 | | $0.00 |
| 07/27/09 | 13.00 | Morreale, Mitchell | | $0.00 | 13.00 | $854.75 | | $0.00 |
| TOTALS | 250.50 | | 0.00 | $0.00 | | $16,470.38 | 0.00 | $0.00 |

$16,470.38

Hourly Wage Worksheet

Name: **Firefighter 1**          Rank:          Step: **Senior / Entry**     7/19/09

Hourly Rate:          $40.51          $65.75

| DATE | HOURS | EMPLOYEE | Additional Time Worked | COST | Callout | HOURS COST | | COST |
|---|---|---|---|---|---|---|---|---|
| 08/14/09 | 2.50 | Rodriguez, Mario | 2.50 | $101.28 | | $0.00 | | $0.00 |
| 08/14/09 | 2.50 | Schroeder, Bryan | 2.50 | $101.28 | | $0.00 | | |
| 08/14/09 | 2.50 | Hernandez, Steven | 2.50 | $101.28 | | $0.00 | | $0.00 |
| 08/14/09 | 2.50 | Cardona, Chris | 2.50 | $101.28 | | $0.00 | | $0.00 |
| 08/14/09 | 2.50 | Walton, Adam | 2.50 | $101.28 | | $0.00 | | $0.00 |
| 08/14/09 | 2.50 | Hoefel, Steve | 2.50 | $101.28 | | $0.00 | | $0.00 |
| 08/14/09 | 2.50 | Major, William | 2.50 | $101.28 | | $0.00 | | $0.00 |
| 08/14/09 | 2.50 | Lopez, Gustavo | 2.50 | $101.28 | | $0.00 | | $0.00 |
| 08/14/09 | 2.50 | Camacho, Roy | 2.50 | $101.28 | | $0.00 | | $0.00 |
| 08/14/09 | 2.50 | Salinas, Gabriel | 2.50 | $101.28 | | $0.00 | | $0.00 |
| 08/14/09 | 2.50 | Maxson, Riley | 2.50 | $101.28 | | $0.00 | | $0.00 |
| 08/14/09 | 2.50 | Tong, Marshall | 2.50 | $101.28 | | $0.00 | | $0.00 |
| 08/14/09 | 2.50 | Farias, Juan | 2.50 | $101.28 | | $0.00 | | $0.00 |
| 08/14/09 | 2.50 | Dingus, James | 2.50 | $101.28 | | $0.00 | | $0.00 |
| 08/14/09 | 2.50 | Carroll, James | 2.50 | $101.28 | | $0.00 | | $0.00 |
| 08/13/09 | 2.75 | Barbato, Ryan | 2.75 | $111.40 | | $0.00 | | $0.00 |
| 08/13/09 | 2.75 | Soliz, Albert | 2.75 | $111.40 | | $0.00 | | $0.00 |
| 08/13/09 | 2.75 | Martinez, Andrew | 2.75 | $111.40 | | $0.00 | | $0.00 |
| 08/13/09 | 2.75 | Soliz, Carlos | 2.75 | $111.40 | | $0.00 | | $0.00 |
| 08/13/09 | 2.75 | Flores, Jason | 2.75 | $111.40 | | $0.00 | | $0.00 |
| 08/13/09 | 2.75 | Odom, John | 2.75 | $111.40 | | $0.00 | | $0.00 |
| 08/13/09 | 2.75 | Contreras, Herman | 2.75 | $111.40 | | $0.00 | | $0.00 |
| TOTALS | 56.75 | | 56.75 | $2,298.94 | | $0.00 | 0.00 | $0.00 |

$2,298.94

Hourly Wage Worksheet

Name: **Firefighter 1**          Rank:                    Step: **Senior / Entry**      7/19/09

Hourly Rate:                    $40.51                 $65.75

| DATE | HOURS | EMPLOYEE | Additional Time Worked | COST | Callout | HOURS | | | COST |
|------|-------|----------|------------------------|------|---------|-------|---|---|------|
| | | | | | | COST | | | |
| 08/13/09 | 2.75 | Lopez, Arturo | 2.75 | $111.40 | | $0.00 | | | $0.00 |
| 08/13/09 | 2.75 | Garza, Andrew | 2.75 | $111.40 | | $0.00 | | | $0.00 |
| 08/13/09 | 2.75 | Morreale, Mitchell | 2.75 | $111.40 | | $0.00 | | | $0.00 |
| 08/13/09 | 2.75 | Mixon, Anthony | 2.75 | $111.40 | | $0.00 | | | $0.00 |
| 08/13/09 | 2.75 | Holloway, Daniel | 2.75 | $111.40 | | $0.00 | | | $0.00 |
| 08/13/09 | 2.75 | Solis, Ernesto | 2.75 | $111.40 | | $0.00 | | | $0.00 |
| | 0.00 | | | $0.00 | | $0.00 | | | $0.00 |
| | 0.00 | | | $0.00 | | $0.00 | | | $0.00 |
| | 0.00 | | | $0.00 | | $0.00 | | | $0.00 |
| | 0.00 | | | $0.00 | | $0.00 | | | $0.00 |
| | 0.00 | | | $0.00 | | $0.00 | | | $0.00 |
| | 0.00 | | | $0.00 | | $0.00 | | | $0.00 |
| | 0.00 | | | $0.00 | | $0.00 | | | $0.00 |
| | 0.00 | | | $0.00 | | $0.00 | | | $0.00 |
| | 0.00 | | | $0.00 | | $0.00 | | | $0.00 |
| | 0.00 | | | $0.00 | | $0.00 | | | $0.00 |
| | 0.00 | | | $0.00 | | $0.00 | | | $0.00 |
| | 0.00 | | | $0.00 | | $0.00 | | | $0.00 |
| | 0.00 | | | $0.00 | | $0.00 | | | $0.00 |
| | 0.00 | | | $0.00 | | $0.00 | | | $0.00 |
| | 0.00 | | | $0.00 | | $0.00 | | | $0.00 |
| TOTALS | 16.50 | | 16.50 | $668.42 | | $0.00 | 0.00 | | $0.00 |

$668.42

RTFC 100496

Hourly Wage Worksheet

| Name: | **FF Trainee** | | Rank: | | Step: | **Trainee** | 7/19/09 |

Hourly Rate:      $35.75      $60.73

| | | | | | | HOURS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| DATE | HOURS | EMPLOYEE | Additional Time Worked | COST | Callout | COST | | COST | | COST |
| 07/28/09 | 13.00 | Commons, Douglas | | $0.00 | 13.00 | $789.49 | | $0.00 | | $0.00 |
| 07/28/09 | 12.50 | Contreras, Herman | | $0.00 | 12.50 | $759.13 | | $0.00 | | $0.00 |
| 07/26/09 | 12.25 | Garza, Leonel | | $0.00 | 12.25 | $743.94 | | $0.00 | | $0.00 |
| 07/28/09 | 7.00 | Fritz, Zachary | | $0.00 | 7.00 | $425.11 | | $0.00 | | $0.00 |
| 07/27/09 | 10.25 | Mitchell, Matthew | | $0.00 | 10.25 | $622.48 | | $0.00 | | $0.00 |
| 08/14/09 | 2.50 | Cruz, Thomas | 2.50 | $89.38 | | $0.00 | | $0.00 | | $0.00 |
| 08/14/09 | 2.50 | Fritz, Zachary | 2.50 | $89.38 | | $0.00 | | $0.00 | | $0.00 |
| 08/14/09 | 2.50 | Serna, Justin | 2.50 | $89.38 | | $0.00 | | $0.00 | | $0.00 |
| 08/13/09 | 2.75 | McDaniel, Jacob | 2.75 | $98.31 | | $0.00 | | $0.00 | | $0.00 |
| 08/13/09 | 2.75 | Reimer, Jacob | 2.75 | $98.31 | | $0.00 | | $0.00 | | $0.00 |
| 08/13/09 | 2.75 | Garza, Leonel | 2.75 | $98.31 | | $0.00 | | $0.00 | | $0.00 |
| 08/13/09 | 2.75 | Means, Gordon | 2.75 | $98.31 | | $0.00 | | $0.00 | | $0.00 |
| 08/13/09 | 2.75 | Commons, Douglas | 2.75 | $98.31 | | $0.00 | | $0.00 | | $0.00 |
| 08/13/09 | 2.75 | Burgos, Matthew | 2.75 | $98.31 | | $0.00 | | $0.00 | | $0.00 |
| 08/13/09 | 2.75 | Laso, Jason | 2.75 | $98.31 | | $0.00 | | $0.00 | | $0.00 |
| | 0.00 | | | $0.00 | | $0.00 | | $0.00 | | $0.00 |
| | 0.00 | | | $0.00 | | $0.00 | | $0.00 | | $0.00 |
| | 0.00 | | | $0.00 | | $0.00 | | $0.00 | | $0.00 |
| | 0.00 | | | $0.00 | | $0.00 | | $0.00 | | $0.00 |
| | 0.00 | | | $0.00 | | $0.00 | | $0.00 | | $0.00 |
| | 0.00 | | | $0.00 | | $0.00 | | $0.00 | | $0.00 |
| TOTALS | 81.75 | | 26.75 | $956.31 | 55.00 | $3,340.15 | 0.00 | $0.00 | 0.00 | $0.00 |

INVOICE TOTAL:      $4,296.46

RTFC 100497

**Refinery Terminal Fire Company**
**EQUIPMENT REPAIR / REPLACEMENT / MAINTENANCE**

| DATE | QTY. | UNIT | DESCRIPTION | UNIT PRICE | TOTAL |
|---|---|---|---|---|---|
| 07/30/09 | 1 | 7312 | Discount Tire | 785.28 | 785.28 |
| 08/07/09 | 1 | 7323 | Firestone | 837.88 | 837.88 |
| 08/07/09 | 1 | 7330 | Firestone | 758.16 | 758.16 |
| 07/13/09 | 1 | SU-1 | Strouhal Tire | 614.79 | 614.79 |
| 07/30/09 | 1 | | Mobile Mini | 378.50 | 378.50 |
| | | | | Subtotal | 3,374.61 |

## MISCELLANEOUS

| DATE | QTY. | UNIT | DESCRIPTION | UNIT PRICE | TOTAL |
|---|---|---|---|---|---|
| 07/19/09 | 1 | | Sam's - Rehab | 273.37 | 273.37 |
| 07/19/09 | 1 | | Sam's - Rehab | 1187.29 | 1187.29 |
| 07/19/09 | 1 | | Sam's - Rehab | 190.49 | 190.49 |
| 07/19/09 | 1 | | Sam's - Rehab | 85.48 | 85.48 |
| 07/19/09 | 1 | | HEB - Meals | 340.97 | 340.97 |
| 07/19/09 | 1 | | Peoples - Meals | 719.78 | 719.78 |
| 07/19/09 | 1 | | Hurbs - Meals | 334.22 | 334.22 |
| 07/19/09 | 1 | | Whataburger - Meals | 58.54 | 58.54 |
| 07/19/09 | 1 | | Pure Water & Ice | 74.40 | 74.40 |
| 07/20/09 | 1 | | Sam's - Rehab | 449.53 | 449.53 |
| 07/20/09 | 1 | | Sam's - Rehab | 1756.84 | 1756.84 |
| 07/20/09 | 1 | | S & J Bakery - Meals | 237.65 | 237.65 |
| 07/20/09 | 1 | | Schitzsky's - Meals | 311.40 | 311.40 |
| 07/20/09 | 1 | | Miller's BBQ - Meals | 329.95 | 329.95 |
| 07/20/09 | 1 | | Pure Water & Ice | 44.00 | 44.00 |
| 07/20/09 | 1 | | Whataburger - Meals | 5.80 | 5.80 |
| 07/20/09 | 1 | | Snappy Foods | 11.26 | 11.26 |
| 07/20/09 | 1 | | Speedy Stop | 66.00 | 66.00 |
| 07/20/09 | 1 | | Buc-EE's | 52.31 | 52.31 |
| 07/20/09 | 1 | | McDonalds - Meals | 39.63 | 39.63 |
| 07/21/09 | 1 | | Churchs | 36.48 | 36.48 |
| 07/21/09 | 1 | | Jack in the Box | 26.86 | 26.86 |
| 07/21/09 | 1 | | Jason's Deli | 217.00 | 217.00 |
| 07/21/09 | 1 | | Peoples - Meals | 101.67 | 101.67 |
| 07/21/09 | 1 | | Stripes - Ice | 15.59 | 15.59 |
| 07/21/09 | 1 | | Ole Café | 126.19 | 126.19 |
| 07/21/09 | 1 | | Stripes - Meals | 25.81 | 25.81 |
| 07/21/09 | 1 | | Peoples - Meals | 435.00 | 435.00 |
| 07/21/09 | 1 | | Sam's - Rehab | 218.21 | 218.21 |
| 07/21/09 | 1 | | Sam's - Rehab | 63.71 | 63.71 |
| 07/22/09 | 1 | | Stripes - Drinks | 9.28 | 9.28 |
| 07/22/09 | 1 | | Whataburger - Meals | 5.69 | 5.69 |
| 07/22/09 | 1 | | Chick-fil-A - Meals | 113.74 | 113.74 |
| 07/22/09 | 1 | | Peoples - Meals | 497.00 | 497.00 |
| 07/22/09 | 1 | | Peoples - Meals | 95.50 | 95.50 |
| 07/22/09 | 1 | | S & J Bakery - Meals | 110.96 | 110.96 |
| 07/22/09 | 1 | | Pure Water & Ice | 57.00 | 57.00 |
| 07/23/09 | 1 | | Sam's - Rehab | 897.91 | 897.91 |
| 07/23/09 | 1 | | Sam's - Rehab | 211.09 | 211.09 |
| 07/23/09 | 1 | | Chick-fil-A - Meals | 182.65 | 182.65 |
| 07/23/09 | 1 | | Peoples - Meals | 324.80 | 324.80 |
| 07/23/09 | 1 | | Whataburger - Meals | 82.32 | 82.32 |
| 07/23/09 | 1 | | McDonalds - Meals | 47.36 | 47.36 |
| 07/23/09 | 1 | | Burger King - Meals | 62.57 | 62.57 |
| 07/23/09 | 1 | | Whataburger - Meals | 57.64 | 57.64 |
| 07/24/09 | 1 | | Peoples - Meals | 344.70 | 344.70 |
| 07/24/09 | 1 | | Chicken Shack | 213.59 | 213.59 |
| 07/24/09 | 1 | | Sam's - Rehab | 631.84 | 631.84 |
| 07/24/09 | 1 | | Pizza Hut - Meals | 73.04 | 73.04 |
| 07/24/09 | 1 | | Stripes - Drinks | 10.81 | 10.81 |
| 07/24/09 | 1 | | Subway - Meals | 229.63 | 229.63 |
| 07/24/09 | 1 | | S & J Bakery - Meals | 130.98 | 130.98 |
| 07/25/09 | 1 | | Jason's Deli | 282.68 | 282.68 |
| 07/25/09 | 1 | | Sam's - Rehab | 96.51 | 96.51 |
| 07/25/09 | 1 | | Peoples - Meals | 40.03 | 40.03 |
| 07/25/09 | 1 | | El Charro - Meals | 113.40 | 113.40 |
| 07/25/09 | 1 | | HEB - Meals | 149.40 | 149.40 |
| 07/26/09 | 1 | | El Charro - Meals | 40.50 | 40.50 |
| 07/26/09 | 1 | | El Charro - Meals | 113.00 | 113.00 |
| 07/26/09 | 1 | | Peoples - Meals | 380.00 | 380.00 |
| 07/27/09 | 1 | | McDonalds - Meals | 352.90 | 352.90 |
| 07/27/09 | 1 | | Subway - Meals | 233.64 | 233.64 |
| 07/27/09 | 1 | | Denny's - Meals | 99.15 | 99.15 |
| 07/27/09 | 1 | | Café Maya - Meals | 493.07 | 493.07 |
| 07/28/09 | 1 | | Miller's BBQ - Meals | 196.35 | 196.35 |
| 07/28/09 | 1 | | Schitzsky's - Meals | 197.22 | 197.22 |
| 07/28/09 | 1 | | El Charro - Meals | 80.45 | 80.45 |
| 07/28/09 | 1 | | Sam's - Rehab | 386.94 | 386.94 |
| 07/29/09 | 1 | | Chicken Shack | 261.82 | 261.82 |
| 07/29/09 | 1 | | Café Maya - Meals | 533.04 | 533.04 |
| 07/29/09 | 1 | | Whataburger - Meals | 135.75 | 135.75 |
| 07/29/09 | 1 | | Sam's - Rehab | 372.25 | 372.25 |
| 08/14/09 | 1 | | Texas Roadhouse | 1922.26 | 1922.26 |
| 08/20/09 | 1 | | Sam's - Rehab | 1290.53 | 1290.53 |
| | | | | **Subtotal** | 19,996.42 |
| | | | | **10% Overhead Charge** | 2,337.10 |
| | | | | **TOTAL** | **$25,708.13** |

RTFC 100498



# DISCOUNT TIRE®

DDB

## AMERICA'S LARGEST INDEPENDENT TIRE DEALER

**Financing Available**
See store for details

7711694
7711694

DATE: 07-30-2009 TIME: 11:11 PM

| CUSTOMER INFORMATION | VEHICLE INFORMATION | STORE LOCATION |
|---|---|---|
| LONNIE BARTLETT | 2001 TOYOTA | TXC 05 |
| 5828 S OSO PKWY | 4 RUNNER | 1817 S.PADRE ISLAND DR. |
| | 4WD LIMITED | CORPUS CHRISTI TX 78416 |
| CORPUS CHRISTI TX 78414 | | PHONE: 361-814-7050 |
| 361-438-2790 | PLATE # 06T-ZR6 | 275 MICHAEL S HOLLINGWORTH |
| | TORQUE SPECS: 085 | WORK ORDER# _____ |

| CODE | CC | QTY | SIZE | DESCRIPTION | F.E.T. | PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 35640 | NRM | 4 | P265/70R-16 | 111S MICHELIN LTX M/S SL ORWL | .00 | 165.00 | 660.00 |
| WARRANTY: | | | | SEE REVERSE SIDE FOR WARRANTY DETAILS | | | |
| COMMENT: | | | BOLT PATTERN: 6-139.7 | | | | |
| COMMENT: | | | INFLATION F:29 R:32 | | | | |
| 80224 | NRM | 4 | WASTE TIRE DISPOSAL | FEE | .00 | 2.50 | 10.00 |
| 80219 | NRM | 4 | INSTALLATION & | LIFETIME SPIN BALANCING | .00 | 15.00 | 60.00 |
| 80402 | NRM | 4 | VALVES, ROTATIONS & | LIFETIME REPAIRS INCLUDED | .00 | .00 | .00 |
| 87103 | NRM | 4 | $70 REB MICH/BFG | 07/19/09 - 08/08/09 | .00 | .00 | .00 |
| COMMENT: | | | b\o SAVE OLD TIRES | | | | |
| COMMENT: | | | APPOINTMENT: 07-30-2009 11:30 AM | | | | |



unt
7312

| | |
|---|---|
| SUBTOTAL: | 730.00 |
| TAX: | 55.28 |
| TOTAL: | 785.28 |
| VISA: | 785.28 |
| TENDERED: | 785.28 |

6365

## WORK ORDER

| LF | RF |
| LR | RR |
| | S |

- [ ] Air Check
- [ ] Return Tires
- [ ] Change Snows
- [ ] Repair
- [ ] Rotation
- [ ] Rebalance
- [ ] Wheel Lock Key

Installed / Pretorque _____ / _____
Torqued by: _____ Ft. Lbs. _____
Bay Coordinator: _____
Comments: _____

x _____
**Customer Signature**

Cardholder acknowledges receipt of goods and/or services in the amount of the Total shown hereon and agrees to perform the obligations set forth in the Cardholder's agreement with the Issuer. Upon refund or credit of sales tax, Customer hereby acknowledges such credit or refund. The additional acknowledge satisfies a technical requirement in the sales tax statutes and/or regulations for many jurisdictions that a signed receipt must be obtained upon the refund or credit of sales taxes.

## discounttire.com

RTFC 100499

| Customer Invoice | FIRESTONE COMPLETE AUTO CARE | Service Advisor: |
|---|---|---|
| 101889 | GULFWAY | 02 JAIME |
| 08/07/2009 | 6050 S PADRE ISLAND DR | 361.991.3970 |
| | CORPUS CHRISTI, TX. 78412 | |

RTFC
4820 UP RIVER RD
CORPUS CHRISTI, TX  78407-1722
361.438.3506

2009 CHEVROLET SILVERADO 2500 HD
Lic #: 42MZ89 TX    Vin #: 1GCHK53K59F132074
In:  08/07/09  8:22AM    Mileage:  7,475
Out: 08/07/09  9:40AM

| Store # 007919 | | | RETAIL SALE | | | | |
|---|---|---|---|---|---|---|---|
| **Description** | | Rev Hist /Article # | ID | Qty | Unit Price | Extended Price | Job Total |
| **BRIDGESTONE TIRES WITH UNI-T, PACKAGE** | | | 02 | | | | 837.88 |
| 190840 DURAVIS M700 BL LT265/70R17 E121Q NO MILEAGE WARRANTY | | 190840 | 27NN | 4 | 212.99 | 851.96 | |
| DOT# 7XAHP714408 | | | | | | | |
| DOT# 7XAHP714408 | | | | | | | |
| DOT# 7XAHP714408 | | | | | | | |
| DOT# 7XAHP710209 | | | | | | | |
| TIRE-DISC DISCOUNT | | 7099105 | 27NN | -1 | 34.08 | -34.08 | |
| NEW TIRE WHEEL BALANCE PARTS | | 7018708 | 27NN | 4 | 2.99 | 11.96 | |
| NEW TIRE WHEEL BALANCE LABOR | | 7018716 | 27NN | 4 | 6.00 | 24.00 | |
| RUBBER VALVE STEM | | 7015040 | 27NN | 4 | 2.00 | 8.00 | |
| LOW PROFILE LARGE DIAMETER TIRE MOUNTING | | 7006472 | 27NN | 4 | N/C | N/C | |
| PRT-DISC DISCOUNT BRIDGESTONE TIRES WITH UNI-T, PACKAGE | | 7009199 | 27N | -1 | 8.55 | -8.55 | |
| LBR-DISC DISCOUNT BRIDGESTONE TIRES WITH UNI-T, PACKAGE | | 7009199 | 27N | -1 | 15.41 | -15.41 | |

Technician(s):
27  JONATHON SALAZAR

Payment History:

| Visa | 6704 | 837.88 | 065446 |
|---|---|---|---|
| Total Tendered | | 837.88 | |

| **Summary:** | |
|---|---|
| **Parts** | 829.29 |
| **Labor** | 8.59 |
| **Shop Supplies** | 0.00 |
| **Sub-Total** | 837.88 |
| Tax Exempt(060229171) | 0.00 |
| **Total** | **$837.88** |

I have received the above goods and/or services. If this is a credit
card purchase, I agree to pay and comply with my cardholder
agreement with the issuer.

_____
Customer Signature

___ Initial here to indicate you have received
the Tire Maintenance Warranty Book.

*All parts are new unless otherwise specified.*

truck  7323

**TELL US ABOUT YOUR EXPERIENCE AND RECEIVE $10 OFF YOUR NEXT PURCHASE OF $25 OR MORE!**
1) For a short survey Call 1-800-859-9203 or logon to www.FirestoneSurvey.com; enter code 007919-101889
2) Write redemption code here: _____ Offer expires 6 months from date of invoice, good at all participating locations.
Must have valid redemption code. May not be combined with any other offer or to reduce existing debt. No copies accepted

COMMITTED TO PROVIDING A POSITIVE CUSTOMER EXPERIENCE

MOTORIST ASSURANCE PROGRAM
STANDARDS FOR AUTOMOTIVE REPAIR

STD FCAC LASER 48110392 REV 01/09

We Support ASE
Testing and

See reverse side for Warranty Information

### FIRESTONE COMPLETE AUTO CARE
### GULFWAY
### 6050 S PADRE ISLAND DR
### CORPUS CHRISTI, TX. 78412

**Service Advisor:**
01 JUSTIN
361.991.3970

RTFC, COMMERCIAL ACCOUNT
4802 UP RIVER RD.
PO BOX 4162
CORPUS CHRISTI, TX    78469
361.877.9444

2008  CHEVROLET  SILVERADO 2500 HD
**Lic #:** 77RXM8  TX    **Vin #:** 1GCHK23K88F215902
**In:**  08/07/09  9:00AM
**Out:** 08/07/09  10:30AM    **Mileage:** 36,369

Store # 007919                                        **COMMERCIAL**

| Description | Rev Hist /Article # | ID | Qty | Unit Price | Extended Price | Job Total |
|---|---|---|---|---|---|---|
| **BRIDGESTONE TIRES WITH UNI-T,  PACKAGE** | | 01 | | | | 758.16 |
| 206548 DUELER A/T REVO 2 - LT OWL LT265/75R16 | 206548 | 26NN | 4 | 178.55 | 714.20 | |
| E123R NO MILEAGE WARRANTY | | | | | | |
| DOT#  7XW8RV32309 | | | | | | |
| DOT#  7XW8RV32309 | | | | | | |
| DOT#  7XW8RV32309 | | | | | | |
| DOT#  7XW8RV32409 | | | | | | |
| NEW TIRE WHEEL BALANCE PARTS | 7018708 | 26NN | 4 | 2.99 | 11.96 | |
| NEW TIRE WHEEL BALANCE LABOR | 7018716 | 26NN | 4 | 6.00 | 24.00 | |
| RUBBER VALVE STEM | 7015040 | 26NN | 4 | 2.00 | 8.00 | |
| TIRE INSTALLATION | 7015016 | 26NN | 4 | N/C | N/C | |

**Technician(s):**
26  JOE MARTINEZ

Payment History:

| | | | | Summary: | |
|---|---|---|---|---|---|
| Visa | 6357 | 758.16 | 044584 | **Parts** | 734.16 |
| Total Tendered | | 758.16 | | **Labor** | 24.00 |
| | | | | **Shop Supplies** | 0.00 |
| | | | | Sub-Total | 758.16 |
| | | | | Tax Exempt(741073223) | 0.00 |
| | | | | **Total** | **$758.16** |

I have received the above goods and/or services. If this is a credit
card purchase, I agree to pay and comply with my cardholder
agreement with the issuer.

_____
Customer Signature

_____ Initial here to indicate you have received
the Tire Maintenance Warranty Book.

*All parts are new unless otherwise specified.*

Citgo Alky callout
Tires For 7330



www.**FirestoneCompleteAutoCare**.com
COMMITTED TO PROVIDING A POSITIVE CUSTOMER EXPERIENCE
STD FCAC LASER 48110392 REV 01/09
See reverse side for Warranty Information

RTFC.100501
Inv1.081219.305001

# STROUHAL TIRE

**BRIDGESTONE**  **MICHELIN** 

361882464776

| ACCOUNT NO. | | INVOICE DATE | INVOICE |
|---|---|---|---|
| 301822 | Charge | 07/13/09 | 9293! |

STROUHAL TIRE CORPUS
P.O. BOX 671579
DALLAS, TX 75267-1579

TELEPHONE: (361)299-1213

TELEPHONE:

MIL: 000,001

PAGE 1

VEH. ▶          LIC.NO. ▶          MIL. ▶

REFINERY TERMINAL FIRE CO
ATTN: ACCOUNTS PAYABLE
P.O. BOX 4162
CORPUS CHRISTI, TX 78469-4162
(361)882-6253

**S H I P T O**

REFINERY TERMINAL FIRE CO

(361)882-6253

| R NO. | ORDER DATE | PURCHASE ORDER NO. | SLS.NO. | TERMS | DATE SHIPPED | SHIPPED VIA | W |
|---|---|---|---|---|---|---|---|
| 498 | 07/13/09 | | 318 | NET 30 DAYS | 07/13/09 | | |

| ITEM NO. | DESCRIPTION | QUANTITY | | | F.E.T. | PRICE | EXTEN |
|---|---|---|---|---|---|---|---|
| | | ORDERED | B/O | SHIPPED | | | |
| R? | ROAD SERVICE AFTER HOURS | 2 | 0 | 2 | | 85.00 | 170. |
| | SHOP SUPPLIES | 1 | 0 | 1 | | 5.00 | 5.0 |
| | *UNIT# SU-1 | | | | | | |

Note to All Customers:

Merchandise charged to customer accounts is not the property of the customer until the account is paid in full. When sending in payment on account, please insure that all items paid on. Strouhal Tire reserves its rights in repossess merchandise during the allotted time limits granted to each account.

Any merchandise left over 30 days at any Strouhal Tire location will be sold for payment against the cost of the merchandise.

**LIKE US ON FACEBOOK.COM AND TAKE OUR SURVEY**
**WE APPRECIATE YOUR BUSINESS**

| | NON-TAX: | 175.00 | Sub-total : | 175.00 |
|---|---|---|---|---|

NCE CHARGE ADDED TO ALL BALANCES 30 DAYS PAST
OMPUTED BY A PERIODIC RATE NOT TO EXCEED THE
RATE ALLOWABLE BY LAW. PLEASE SEE YOUR
Y STATEMENT FOR THE CURRENT RATE.

ALL RETURNED GOODS MUST BE
ACCOMPANIED BY INVOICE AND ARE
SUBJECT TO A 10% HANDLING CHARGE

CHRISTOPHER A. GARCIA
PRINT SIGNATURE

SIGNATURE

**CUSTOMER DELIVERY COPY**

ERRORS ARE SUBJECT TO CORRECTION

| INVOICE TOTAL ⇒ | 175.00 |
|---|---|

RTFC 100502

09:14:30     13-07-2009     1/1

*ATTN: CAPT Garcia*

---

| 07/13/09 - Point of Sale | 03  STROUHAL TIRE CORPUS |
|---|---|

```
ORDER  TYPE CUSTOMER              LICENSE#     S1#  S2#  PO#
   0    3   REFINERY TERMINAL FIRE CO          318        .
           (361)882-6253
```

| LN# | ITEM# | DESCRIPTION | QUANTITY | FET | PRICE |
|---|---|---|---|---|---|
| 1 | *MISC-NPT | 12R22.5  KUMHO | 1.00 | 0.00 | 399.29 |
| 2 | MNT | TRUCK TIRE MOUNTING | 1.00 | 0.00 | 28.00 |
| 3 | SS | SHOP SUPPLIES | 1.00 | 0.00 | 5.00 |
| 4 | *VS-TB | TRUCK BRASS VALVE ST | 1.00 | 0.00 | 7.50 |
| 5 | | | | | |

```
Sub Tot:    439.79  Tax:     0.00  Freight:   0.00  Inv Tot:    439.79
                                                    Net Ext:      7.50
```

Enter Item#, F2 to :-), F3 for more options or F4 to end.

**mobile mini I** *inc.*

7420 S Kyrene Rd Suite # 101
Tempe, AZ 85283
Phone: (800) 456-1751
Fax: (480) 894-1505
www.mobilemini.com

## Invoice
July 30, 2009
For Pickup/Delivery Inquiries,
Please call (800) 950-6464

**Branch Location:**
8421 Up River Rd
CORPUS CHRISTI TX
78409-3100

**Customer Billing Address:**
Refinery Terminal Fire Company
PO BOX 4162
CORPUS CHRISTI TX 78469

**Container Location:**
Refinery Terminal Fire Company
3920 CARBON PLANT RD
CORPUS CHRISTI TX 78410

**Remit Payment To:**
Mobile Mini I, Inc.
P O BOX 79149
PHOENIX AZ 85062-9149

### Rental Period from July 29, 2009 to August 25, 2009

| Page: | Account Number: | Invoice Number: | Contract Number: | Invoice Date: | Due Date: |
|---|---|---|---|---|---|
| 1 | 21095340 | 129047549 | 129003843 | July 30, 2009 | **August 19, 2009** |

Purchase Order: ERS09185

| Container/Item | Quantity | Price/Rate | Amount |
|---|---|---|---|
| Container Guard Lock Keyed Alike MODEL: CG2 | 2.00 | $19.95 Sales | $39.90 |
| 25' Premium doors on both ends SN: CS25TZJ0191 MODEL: 25JZ 261449 | 1.00 | $120.00 Rental | $120.00 |
| Fuel Surcharge Delivery MODEL: DELFSCG | 1.00 | $15.00 Misc. | $15.00 |
| Pick up MODEL: PICKUP | 1.00 | $85.00 Misc. | $85.00 |
| Delivery MODEL: DELIVERY | 1.00 | $85.00 Misc. | $85.00 |
| Fuel Surcharge Pick Up MODEL: PUFSCG | 1.00 | $15.00 Misc. | $15.00 |
| Personal Property Expense MODEL: PPE1 | 1.00 | $4.20 Rental | $4.20 |
| Loss Limitation Waiver MODEL: LLW | 1.00 | $14.40 Rental | $14.40 |

| | |
|---|---|
| Total Rentals | $138.60 |
| Total Sales | $39.90 |
| Total Misc. Charges | $200.00 |
| Total Current Invoice | $378.50 |
| **Balance Due** | **$378.50** |

For billing inquiries, please call customer service at (800) 456-1751
(M-F) 6AM - 5PM MST or email custsvc@mobilemini.com
PAY ONLINE at www.mobilemini.com
Late charge/finance charge includes late fee of $15 in addition to finance
charge of 1.5% per billing cycle assessed 21 days after invoice date
**THANK YOU, MOBILE MINI**


RECEIVED
AUG 0 7 2009
BY:

---

**mobile mini I** *inc.*

7420 S Kyrene Rd Suite # 101
Tempe, AZ 85283
**ADDRESS SERVICE REQUESTED**

Phone: (800) 456-1751
Fax: (480) 894-1505
www.mobilemini.com

☐ Check here for address change
enter new address on reverse side.

### Invoice
July 30, 2009

| | |
|---|---|
| Account Number: | 21095340 |
| Invoice Number: | 129047549 |
| Total Invoice: | **$378.50** |

Amount Paid: _____

**TO ENSURE PROPER CREDIT,
PLEASE RETURN THIS PORTION WITH YOUR PAYMENT**

Refinery Terminal Fire Company
PO BOX 4162
CORPUS CHRISTI TX 78469

Remit payment to:
Mobile Mini I, Inc.
P O BOX 79149
PHOENIX AZ 85062-9149

RTFC 100504

0000210953406129047549000000000000378504

CItgo  T714
1v13



**Sam's CLUB**

CLUB MANAGER JASON LUIG
( 361 ) 857 - 0151
Fax and Pull # (361)857-0069
CORPUS CHRISTI, TX
07/19/09 16:58 2071 8267 007      1551

X MEMBER  101-******2370

# THANK YOU,
REFINERY TERMINAL FIRE CO

```
 37978 HANES CREW          12.38 E
 37978 HANES CREW          12.38 E
 37978 HANES CREW          12.38 E
 37978 HANES CREW          12.38 E
 37978 HANES CREW          12.38 E
 33449 4PK TSHIRT          15.88 E
 33473 4PK TSHIRT          15.88 E
 33473 4PK TSHIRT          15.88 E
 33473 4PK TSHIRT          15.88 E
 33473 4PK TSHIRT          15.88 E
440955 DRUM LINER          14.78 E
440955 DRUM LINER          14.78 E
780384 MM WIPES            13.28 E
H 660982 ADVIL GELS        17.88 N
H 980966 TYLENOLRAPID      15.87 N
 61050 12PKWHTHAND         13.87 E
 61050 12PKWHTHAND         13.87 E
 61050 12PKWHTHAND         13.87 E
 61050 12PKWHTHAND         13.87 E
              SUBTOTAL     273.37
                 TOTAL     273.37
         SAMS B CREDIT     273.37
ACCOUNT #                    2370
APPROVAL #                 000710
           CHANGE DUE        0.00
DISTRIBUTOR NUMBER:  00003737
```

# # ITEMS SOLD 19

TC# 7957 0505 5775 0302 8018 7

**WE VALUE YOUR OPINION**
**WE WANT TO KNOW ABOUT YOUR SHOPPING
EXPERIENCE TODAY AT SAM'S CLUB**

Please complete a survey about today's club visit at:

**http://www.survey.samsclub.com**

**IN RETURN FOR YOUR TIME YOU COULD RECEIVE
ONE OF FIVE $1,000 SAMS CLUB SHOPPING CARDS**

You must be 18 or older and a legal resident of the
United States to enter. No purchase necessary to win.
To enter without purchase and for official rules visit:

**www.entry.survey.samsclub.com**

Sweepstakes period ends on the date shown in the
official rules. Survey must be taken within TWO weeks
of today.

Esta encuesta también se encuentra en español en la
página de internet.

THANK YOU

Member's Mark: premium quality,
exceptional value. Only at Sam's Club.
        07/19/09    17:00:54

*** MEMBER COPY ***

RTFC 100505



oitgo 7714
1v13

CLUB MANAGER JASON LUIG
( 361 ) 857 - 0151
Fax and Pull # (361)857-0069
CORPUS CHRISTI, TX
07/19/09  12:59  1999 8267 007    1659

X MEMBER  101-******2370

# THANK YOU,
REFINERY TERMINAL FIRE CO

|       |         | 54 @ 3.88 |         |   |
|-------|---------|-----------|---------|---|
| E     | 949149  | PURE LIFE | 209.52  | N |
|       |         | 63 @ 10.88|         |   |
| E     | 866380  | GATORADE  | 685.44  | E |
|       | 307148  | 150QT COOLER | 68.43 | E |
|       | 307148  | 150QT COOLER | 68.43 | E |
| E     | 15131   | BIG RED CAN | 7.08  | E |
| E     | 15131   | BIG RED CAN | 7.08  | E |
| E     | 15131   | BIG RED CAN | 7.08  | E |
| E     | 21556   | A&W CAN     | 6.67  | E |
| E     | 21556   | A&W CAN     | 6.67  | E |
| E     | 21556   | A&W CAN     | 6.67  | E |
| E     | 932327  | SPRITE 32 CN | 9.78 | E |
| E     | 932327  | SPRITE 32 CN | 9.78 | E |
| E     | 932327  | SPRITE 32 CN | 9.78 | E |
| E     | 932313  | COKE 32 CAN | 9.78  | E |
| E     | 932313  | COKE 32 CAN | 9.78  | E |
| E     | 932313  | COKE 32 CAN | 9.78  | E |
| E     | 14183   | DP 32 PACK  | 9.78  | E |
| E     | 14183   | DP 32 PACK  | 9.78  | E |
| E     | 14183   | DP 32 PACK  | 9.78  | E |
|       |         | SUBTOTAL  | 1,161.09 |   |
|       |         | 10 @ 2.62 |         |   |
| E     | 30538   | ICE 20#   | 26.20   | E |
|       |         | SUBTOTAL  | 1,187.29 |   |
|       |         | TOTAL     | 1,187.29 |   |
|       |         | SAMS B CREDIT | 1,187.29 |  |

ACCOUNT #
APPROVAL #                      2370
                                000624
            CHANGE DUE          0.00
DISTRIBUTOR NUMBER:  00003737

# # ITEMS SOLD 144

TC# 9937 5153 5379 5033 2701 07

WE VALUE YOUR OPINION
WE WANT TO KNOW ABOUT YOUR SHOPPING
EXPERIENCE TODAY AT SAM'S CLUB

Please complete a survey about today's club visit at:

http://www.survey.samsclub.com

IN RETURN FOR YOUR TIME YOU COULD RECEIVE
ONE OF FIVE $1,000 SAMS CLUB SHOPPING CARDS

You must be 18 or older and a legal resident of the
United States to enter.  No purchase necessary to win.
To enter without purchase and for official rules visit:
www.entry.survey.samsclub.com

Sweepstakes period ends on the date shown in the
official rules.  Survey must be taken within TWO weeks
of today.

Esta encuesta también se encuentra en español en la
página de Internet.

THANK YOU

Member's Mark: premium quality,
exceptional value. Only at Sam's Club.
        07/19/09    13:02:15

RTFC 100506

*** MEMBER COPY ***



C490
N 3
7714

**CLUB MANAGER JASON LUIG**
( 361 ) 857 - 0151
Fax and Pull # (361)857-0069
CORPUS CHRISTI, TX
07/19/09 15:28 2371 8267 015     1690

X MEMBER  101-******2370

# THANK YOU,
REFINERY TERMINAL FIRE CO

| | | | |
|---|---|---|---|
| E | 386438 VARIETY PACK | 11.22 | N |
| E | 386438 VARIETY PACK | 11.22 | N |
| E | 386438 VARIETY PACK | 11.22 | N |
| E | 386438 VARIETY PACK | 11.22 | N |
| E | 386438 VARIETY PACK | 11.22 | N |
| E | 386438 VARIETY PACK | 11.22 | N |
| E | 406365 CHERRY MIX | 7.73 | N |
| E | 406365 CHERRY MIX | 7.73 | N |
| E | 406365 CHERRY MIX | 7.73 | N |
| E | 406365 CHERRY MIX | 7.73 | N |
| E | 406365 CHERRY MIX | 7.73 | N |
| | 828040 DVD | 19.46 | E |
| E | 738253 SEEDLESS ORA | 6.37 | N |
| E | 738253 SEEDLESS ORA | 6.37 | N |
| E | 738253 SEEDLESS ORA | 6.37 | N |
| E | 738253 SEEDLESS ORA | 6.37 | N |
| E | 749615 APPLES 8 LB | 6.81 | N |
| E | 749615 APPLES 8 LB | 6.81 | N |
| E | 749615 APPLES 8 LB | 6.81 | N |
| E | 749615 APPLES 8 LB | 6.81 | N |
| | 670744 BUS BOXES | 12.34 | E |

|  |  |
|---|---|
| SUBTOTAL | 190.49 |
| TOTAL | 190.49 |
| SAMS B CREDIT | 190.49 |
| ACCOUNT # | 2370 |
| APPROVAL # | 000627 |
| CHANGE DUE | 0.00 |

DISTRIBUTOR NUMBER:  00003737

# # ITEMS SOLD 21

TC# 7798 5919 6887 1550 4239 8



WE VALUE YOUR OPINION
WE WANT TO KNOW ABOUT YOUR SHOPPING
EXPERIENCE TODAY AT SAM'S CLUB

Please complete a survey about today's club visit at:

http://www.survey.samsclub.com

IN RETURN FOR YOUR TIME YOU COULD RECEIVE
ONE OF FIVE $1,000 SAMS CLUB SHOPPING CARDS

You must be 18 or older and a legal resident of the
United States to enter. No purchase necessary to win
To enter without purchase and for official rules visit:
www.entry.survey.samsclub.com

Sweepstakes period ends on the date shown in the
official rules. Survey must be taken within TWO weeks
of today.

Esta encuesta también se encuentra en español en la
página de Internet.

THANK YOU

Member's Mark: premium quality,
exceptional value. Only at Sam's Club.
07/19/09      15:31:08

*** MEMBER COPY ***

RTFC 100507

CHGO 7714
lvl 3



CLUB MANAGER JASON LUIG
( 361 ) 857 - 0151
Fax and Pull # (361)857-0069
CORPUS CHRISTI, TX
07/19/09 10:29 0748 8267 010     1664

X MEMBER 101-******2370

# THANK YOU,
REFINERY TERMINAL FIRE CO

**SUSPEND ITEMS FOLLOW**
2 @ 11.22

| E | 386438 VARIETY PACK | 22.44 N |
| E | 932313 COKE 32 CAN | 9.78 E |
| E | 932320 D COKE 32 CN | 9.78 E |
| E | 932327 SPRITE 32 CN | 9.78 E |
| E | 14183 DP 32 PACK | 9.78 E |
| E | 68503 COOKIE | 5.98 N |
| E | 68503 COOKIE | 5.98 N |
| E | 68503 COOKIE | 5.98 N |
| E | 68503 COOKIE | 5.98 N |



**SUSPEND ITEMS COMPLETE**
SUBTOTAL            85.48
TOTAL            85.48
SAMS B CREDIT            85.48
ACCOUNT #                      2370
APPROVAL #                   000522
CHANGE DUE            0.00
DISTRIBUTOR NUMBER:   00003737

# # ITEMS SOLD 10

TC# 0306 3832 9352 1048 3069

WE VALUE YOUR OPINION
WE WANT TO KNOW ABOUT YOUR SHOPPING
EXPERIENCE TODAY AT SAM'S CLUB

Please complete a survey about today's club visit at:

http://www.survey.samsclub.com

IN RETURN FOR YOUR TIME YOU COULD RECEIVE
ONE OF FIVE $1,000 SAMS CLUB SHOPPING CARDS

You must be 18 or older and a legal resident of the
United States to enter.  No purchase necessary to win.
To enter without purchase and for official rules visit:

www.entry.survey.samsclub.com

Sweepstakes period ends on the date  shown in the
official rules.  Survey must be taken within TWO weeks
of today.

Esta encuesta también se encuentra en español en la
página de Internet.

THANK YOU

Member's Mark: premium quality,
exceptional value. Only at Sam's Club.
07/19/09    10:30:10

*** MEMBER COPY ***

RTFC 100508

Peoples Restaurant & Lounge
9738 Up River Road
Corpus Christi, Texas 78410
(361) 241-8087

------------------------------------------

Date/Time:       2009-07-21 01:43 PM
Order Number:    141649
EDC Tran ID:     259794101
Server:          Brittany
Table:           29

------------------------------------------

CREDIT PURCHASE
APPROVAL

Entry Mode:          Swiped
Card Number:         XXXXXXXXXXXX6449
Card Expire:         XX/XX
Card Type:           Visa
Cardholder Name:     DAVID DEAN
Approval Code:       007100
Reference Number:    00000000

PURCHASE:                    $85.67
Gratuity:                    16·00
Total:                       101·67

Cardmember acknowledges receipt of
goods and/or services in the amount
of the total shown heron and agrees
to perform the obligations set forth
by cardmember's agreement with issuer

Signature: _____

2009-201 (meals)

ERS 7714

*Citgo Fire* (handwritten)

**STRIPES 9831**
**1050 Nueces Bay**
Corpus Christi
TX     *2009-201* (handwritten)
78415

*Ice for
Citgo Fire
2009-201* (handwritten, left side)

1d48566717-001

| Descr. | qty | amount |
| --- | --- | --- |
| <CUSTOMER COPY> | | |
| T  20 LB ICE EACH | 15 | 14.40 |

Subtotal      14.40
Tax       1.19
**TOTAL      15.59**
CREDIT  $    15.59

CARD TYPE: VISA
CARD NAME: DAMIEN FORNERIS
ACCT NUMBER: XXXXXXXXXXXX6464
TRANS TYPE: SALE
APPROVAL: 028088
INVOICE: 015394

APPROVED  028088
*******************************************

**THANKS,COME AGAIN**
ST# 9831  TILL XXXX DR# 1 TRAN# 1023305
CSH: JENNIFER H.       07/21/09 12:53:43

RTFC 100510

*CITGO*

```
            OLE CAFE
           4602 LEOPARD
       CORPUS CHRIST TX 78408
          361-882-3310

Merchant ID: 543052026401125
Term ID: 2424
Server ID: 1
```

## Sale

VISA
XXXXXXXXXXXX6365
Entry Method: Swiped
Apprvd: Online   Batch#: 000005
07/21/09              05:58:52

Inv#: 00000002 Appr Code: 067008

Amount:        $      121.19
Tip:
                 ------- 5.00
Total:             176.19
                 ===========

Customer Copy
THANK YOU
FOR VISITING!

**STRIPES 9831**
**1050 Nueces Bay**
Corpus Christi
TX
78415

1d48566717-001

| Descr. | qty | amount |
| --- | --- | --- |
| <CUSTOMER COPY> | | |
| BK BUTTRMLK EXTRA T | 1 | 2.79 |
| T MONSTER MEGA LO CAR | 2 | 6.98 |
| T RED SEAL FINE CUT N | 1 | 3.49 |
| BK BUTTRMLK EXTRA T | 1 | 2.79 |
| T VM AH XTR RNBW BELT | 1 | 1.09 |
| T STRBRST GMBRST SOUR | 1 | 1.09 |
| T STRBRST GMBRST SOUR | 1 | 1.09 |
| T NF CORNDOG 2 FOR | 1 | 0.99 |
| T NF DE RED HOT BF & | 1 | 0.99 |
| T NF DE RED HOT BF & | 1 | 0.99 |
| T NF DE RED HOT BF & | 1 | 0.99 |
| T NF DE RED HOT BF & | 1 | 0.99 |

| | | |
| --- | --- | --- |
| Subtotal | | 24.27 |
| Tax | | 1.54 |
| **TOTAL** | | **25.81** |
| CREDIT $ | | 25.81 |

CARD TYPE: VISA
CARD NAME: DAVID WHITE
ACCT NUMBER: XXXXXXXXXXXX6720
TRANS TYPE: SALE
APPROVAL: 045907
INVOICE: 015661

APPROVED 045907
*****************************************

**THANKS,COME AGAIN**
ST# 9831 TILL XXXX DR# 1 TRAN# 1023737
CSH: DANIEL          07/21/09 22:47:34

RTFC 100512

Server: Joe                    Station: 11
------------------------------------------
Order #: 141654                    Take Out
------------------------------------------

40 Chicken Sandwich                  331.20
   sub o/rings
40 Slice of Ch Jack                   39.60


            *** TAX EXEMPT SALE ***

SUB TOTAL:                           370.80
Sales Tax:                             0.00
                                   ========
**AMOUNT DUE:**                    **$370.80**

            >> Ticket #: 61 <<
             7/21/2009 1:31:10 PM

*****************************************
10% Gratuity = $37.08
15% Gratuity = $55.62
20% Gratuity = $74.16
25% Gratuity = $92.70

We'd love to hear from you!
Comments & Suggestions.

WWW.PEOPLESRESTAURANT.COM
 or call us at 361-241-8087 ask for Joe or Hope
Gonzalez.

GIFT CARDS AVAILABLE

*****************************************

RTFC 100513

C1490
LV13  7714



**CLUB MANAGER JASON LUIG**
( 361 ) 857 - 0151
Fax and Pull # (361)857-0069
CORPUS CHRISTI, TX
07/21/09 10:34 6079 8267 017      1418

X MEMBER  101-******2370

# THANK YOU,
REFINERY TERMINAL FIRE CO

| E | 171816 NUTTERBUTTER | 8.12 N |
|---|---|---|
| E | 171816 NUTTERBUTTER | 8.12 N |
| E | 171816 NUTTERBUTTER | 8.12 N |
| E | 788870 CHEX MIX | 9.26 N |
| E | 992525 BLUE DIAMOND | 10.48 N |
| E | 992525 BLUE DIAMOND | 10.48 N |
| E | 66993 KARNUTMIX | 6.88 E |
| E | 66993 KARNUTMIX | 6.88 E |
| E | 36483 CORNUTS ORIG | 8.12 N |
| E | 36483 CORNUTS ORIG | 8.12 N |
| E | 7255 BLACK GRAPES | 4.88 N |
| E | 7255 BLACK GRAPES | 4.88 N |
| E | 725545 GREEN GRAPES | 4.98 N |
| E | 725545 GREEN GRAPES | 4.98 N |
| E | 72553 RED GRAPES | 4.88 N |
| E | 72553 RED GRAPES | 4.88 N |
| E | 68503 COOKIE | 5.98 N |
| E | 68503 COOKIE | 5.98 N |
| E | 68503 COOKIE | 5.98 N |
| E | 68503 COOKIE | 5.98 N |
| E | 847626 NESTLE 10CT | 9.88 E |
| E | 847626 NESTLE 10CT | 9.88 E |
| H | 660982 ADVIL GELS | 17.88 N |
| H | 660982 ADVIL GELS | 17.88 N |
| | SUBTOTAL | 193.50 |
| E | 738253 SEEDLESS ORA | 6.37 N |
| E | 738253 SEEDLESS ORA | 6.37 N |
| E | 738253 SEEDLESS ORA | 6.37 N |
| E | 362153 BANANAS | 1.40 N |
| E | 362153 BANANAS | 1.40 N |
| E | 362153 BANANAS | 1.40 N |
| E | 362153 BANANAS | 1.40 N |

```
                 SUBTOTAL    218.21
                    TOTAL    218.21
            SAMS B CREDIT    218.21
ACCOUNT #                      2370
APPROVAL #                   000657
            CHANGE DUE         0.00
DISTRIBUTOR NUMBER:  00003737
```

# # ITEMS SOLD 31

TC# 1413 0282 2170 8407 1866 1



You must be 18 or older and a legal resident of the
United States to enter. No purchase necessary to win.
To enter without purchase and for official rules visit:
www.entry.survey.samsclub.com
Sweepstakes period ends on the date shown in the
official rules. Survey must be taken within TWO weeks
of today.

Esta encuesta también se encuentra en español en la
página de Internet.

THANK YOU

Member's Mark: premium quality,
exceptional value. Only at Sam's Club.
07/21/09     10:36:40

RTFC 100514

*** MEMBER COPY ***

Citgo 7714
lvl 3



X MEMBER  101-******2370

# THANK YOU,
REFINERY TERMINAL FIRE CO

| E | 569446 SUB SANDWICH | 6.34 N |
| E | 569446 SUB SANDWICH | 6.34 N |
| E | 569446 SUB SANDWICH | 6.34 N |
| E | 569446 SUB SANDWICH | 6.34 N |
| E | 569446 SUB SANDWICH | 6.34 N |
| E | 569446 SUB SANDWICH | 6.34 N |
| E | 255369 GENOASALAMI | 7.99 N |
| E | 161838 3VARIETY TUB | 8.84 N |
| E | 161838 3VARIETY TUB | 8.84 N |



```
                    SUBTOTAL    63.71
                       TOTAL    63.71
                SAMS B CREDIT   63.71
ACCOUNT #                        2370
APPROVAL #                     000502
              CHANGE DUE          0.00
```

# # ITEMS SOLD 9

TC# 9946 3231 9652 1542 5079

WE VALUE YOUR OPINION
WE WANT TO KNOW ABOUT YOUR SHOPPING
EXPERIENCE TODAY AT SAM'S CLUB

Please complete a survey about today's club visit at:

http://www.survey.samsclub.com

IN RETURN FOR YOUR TIME YOU COULD RECEIVE
ONE OF FIVE $1,000 SAMS CLUB SHOPPING CARDS

You must be 18 or older and a legal resident of the
United States to enter. No purchase necessary to win.
To enter without purchase and for official rules visit:

www.entry.survey.samsclub.com

Sweepstakes period ends on the date  shown in the
official rules.  Survey must be taken within TWO weeks
of today.

Esta encuesta también se encuentra en español en la
página de internet.

THANK YOU

Member's Mark: premium quality,
exceptional value. Only at Sam's Club.
07/21/09    14:48:56

*** MEMBER COPY ***

**STRIPES 9831**
**1050 Nueces Bay**
Corpus Christi
TX
78415

1d48566717-001   *Citgo East*

*Alky Unit*

*Callout*

| Descr. | qty | amount |
| --- | --- | --- |
| | | |
| <CUSTOMER COPY> | | |
| DASANI NR 1 LTR SIN | 2 | 3.78 |
| T DR PEPPER SINGLE | 1 | 1.49 |
| T NESTL BABY RUTH BIG | 1 | 1.59 |
| T STRIDE WINTERBLUE E | 1 | 1.59 |
| T STRIDE WINTERBLUE 2 | 1 | 0.41 |
| | Subtotal | 8.86 |
| | Tax | 0.42 |
| **TOTAL** | | **9.28** |
| | CREDIT $ | 9.28 |

CARD TYPE: VISA
CARD NAME:
ACCT NUMBER: XXXXXXXXXXXX6522
TRANS TYPE: SALE
APPROVAL: 076753
INVOICE: 015888

APPROVED  076753
*******************************************

**THANKS,COME AGAIN**
ST# 9831  TILL XXXX DR# 1 TRAN# 1024135
CSH: DANIELLE        07/22/09 13:02:06

*Citgo East Alky*
*Vait Callout*



**WHATABURGER.**

Whataburger

Restaurant 299
4444 E. Causeway
Corpus Christi, TX 78402
(361)881-8002
General Manager - Rios, LeRoy
1-800-6Burger

7/22/2009                    1:29:29 PM
Order 553910        Cashier:

| | | |
|---|---|---|
| 1 #7 ML-WHATABURGER JR | | 3.59 |
| SMALL CHEESE | | 0.39 |
| NO TOMATO | | 0.00 |
| NO ONION | | 0.00 |
| ********** | | 0.00 |
| FRIES | | 0.00 |
| MEAL LG DT DR PEPPER | | 0.00 |
| S TO L-WHATASIZE | | 1.28 |

SubTotal              5.26
Tax                   0.43

# Total            5.69
Visa                  5.69
Acct:XXXXXXXX6522

Approval:071459

********************************
## Order 553910
********************************
2 Drive Thru
Thank you for visiting!

Welcome to Chick-fil-A

Everhart FSU (#00957)
(361) 851-2135
Operator: Rex Halsey

CUSTOMER COPY
7/22/2009 11:23:30 AM
CARRY OUT
Order Number:   285

```
25 CFA Sand.              67.25
25 Fries MD               36.25
6  Brownie                 7.14
1  Swt Tea LG              1.55
1  Unswt Tea LG            1.55

   Sub. Total:         $113.74
   Tax:                  $0.00
   Total:              $113.74
   Discount Total:       $0.00

   Change                $0.00
   Visa:               $113.74
Register:6      Tran Seq No:   285
Cashier:Corinne
```
     It was a pleasure serving you!
        Have a wonderful day.


Visa
Card Num : XXXXXXXXXXXX6431

APPROVED
Result   : 00
Approval : 098740

I agree to pay the above Total Amount
according to Card Issuer Agreement.


Signature: _____

RTFC 100518

Peoples Restaurant & Lounge
9738 Up River Road
Corpus Christi, Texas 78410
(361) 241-8087

------------------------------------------

Date/Time:      2009-07-22 05:26 PM
Order Number:   141750
EDC Tran ID:    349913325
Server:         Joe

------------------------------------------

CREDIT PURCHASE
APPROVAL

Entry Mode:        Swiped
Card Number:       XXXXXXXXXXXXX6431
Card Expire:       XX/XX
Card Type:         Visa
Cardholder Name:   TANIA CLAUDIO
Approval Code:     091026
Reference Number:  00000000

PURCHASE:          $431.90
Gratuity:          65.10
Total:             497.00

Cardmember acknowledges receipt of
goods and/or services in the amount
of the total shown heron and agrees
to perform the obligations set forth
by cardmember's agreement with issuer


Signature: _____

Peoples Restaurant & Lounge
9738 Up River Road
Corpus Christi, Texas 78410
(361) 241-8087

Date/Time:      2009-07-22 01:14 PM
Order Number:   141749
EDC Tran ID:    796977899
Server:         Dana
Table:          53

CREDIT PURCHASE
APPROVAL

Entry Mode:        Swiped
Card Number:       XXXXXXXXXXXX6431
Card Expire:       XX/XX
Card Type:         Visa
Cardholder Name:   TANIA CLAUDIO
Approval Code:     020907
Reference Number:  00000000

PURCHASE:              $83.87
Gratuity:
Total:                 95.50

    Cardmember acknowledges receipt of
  goods and/or services in the amount
  of the total shown heron and agrees
  to perform the obligations set forth
 by cardmember's agreement with issuer


    Signature: _____

CITGO

S J BAKERY
9802 LEOPARD ST
CORPUS CHRIST, TX 78410

07/22/2009                           05:20:43
Merchant ID:                  000000001055962
Terminal ID:                        01535429
367596675887

CREDIT CARD

VISA SALE

CARD #                    XXXXXXXXXXXX6365
INVOICE                               0001
Batch #:                            000251
Approval Code:                      012832
Entry Method:                       Swiped
Approved:                           Online
Tax Amount:                          $0.00

## SALE AMOUNT                   $110.96

CUSTOMER COPY

RTFC 100521

# INVOICE

**Pure Water & Ice Company**
361-242-9410
10236 Leopard
Corpus Christi, Texas 78410

602779

| SOLD TO | R + FC | SHIP TO | |
|---|---|---|---|
| ADDRESS | | ADDRESS | |
| CITY, STATE, ZIP | | CITY, STATE, ZIP | |

| CUSTOMER ORDER NO. | SOLD BY | TERMS | F.O.B. | DATE |
|---|---|---|---|---|
| | Rm | Charge CAD | | 07-22-09 |

| ORDERED | SHIPPED | DESCRIPTION | PRICE | UNIT | AMOUNT |
|---|---|---|---|---|---|
| | 400 | lbs Ice | .13 | lb | 52 00 |
| | | | | | |
| | | | | | |
| | | | | Del | 5 00 |
| | | | | Thank you | |
| | | | | Total | 57 00 |

Adams 5840

RTFC 100522



CLUB MANAGER JASON LUIG
( 361 ) 857 - 0151
Fax and Pull # (361)857-0069
CORPUS CHRISTI, TX
07/23/09 12:18 3278 8267 015      1577

X MEMBER 101-******2370

# THANK YOU,
REFINERY TERMINAL FIRE CO

| E | 832325 | LIPNGRNCTRS | 12.88 N |
| E | 832325 | LIPNGRNCTRS | 12.88 N |
| E | 832325 | LIPNGRNCTRS | 12.88 N |
| | | 71 @ 9.97 | |
| E | 716052 | GATORADE | 707.87 E |
| VL | 832325 | LIPNGRNCTRS | 12.88-N |
| VL | 832325 | LIPNGRNCTRS | 12.88-N |
| VL | 832325 | LIPNGRNCTRS | 12.88-N |
| | | SUBTOTAL | 707.87 |
| | | SUBTOTAL | 707.87 |
| H | 857023 | MOTRIN IB | 13.18 N |
| H | 11739 | ALEVE | 17.88 N |
| E | 276645 | GRAB BAG | 10.88 N |
| E | 276645 | GRAB BAG | 10.88 N |
| E | 838829 | HERSHEY72CT | 32.64 E |
| E | 800861 | LSGUMMIES | 8.98 E |
| E | 132267 | SHERRIES | 5.98 N |
| E | 927916 | COOKIES | 5.54 N |
| E | 8547 | CORNNUTSCHIL | 8.12 N |
| E | 36483 | CORNUTS ORIG | 8.12 N |
| E | 15017 | STRBRST ORIG | 17.82 E |
| | | SUBTOTAL | 847.89 |
| | 475876 | ECOPWRCREW | 11.38 E |
| E | 832461 | LIPNDTCITRUS | 12.88 N |
| E | 832461 | LIPNDTCITRUS | 12.88 N |
| E | 832461 | LIPNDTCITRUS | 12.88 N |
| | | SUBTOTAL | 897.91 |
| | | TOTAL | 897.91 |
| | | SAMS B CREDIT | 897.91 |

ACCOUNT #                    2370
APPROVAL #                 001338
          CHANGE DUE        0.00
DISTRIBUTOR NUMBER:  00003737

# # ITEMS SOLD 86

TC# 4494 2060 3351 6218 2746 3



X MEMBER  101-******2370

# THANK YOU,
REFINERY TERMINAL FIRE CO

|   |   |   |   |
|---|---|---|---|
|   | 61050 12PKWHTHAND | 13.87 | E |
|   | 61050 12PKWHTHAND | 13.87 | E |
|   | 61050 12PKWHTHAND | 13.87 | E |
|   | 61050 12PKWHTHAND | 13.87 | E |
|   | 61050 12PKWHTHAND | 13.87 | E |
|   | 61050 12PKWHTHAND | 13.87 | E |
| E | 681926 CHZ HD STRNG | 6.63 | N |
| E | 681926 CHZ HD STRNG | 6.63 | N |
| E | 255369 GENDASALAMI | 7.32 | N |
| E | 569446 SUB SANDWICH | 6.34 | N |
| E | 569446 SUB SANDWICH | 6.34 | N |
| E | 569446 SUB SANDWICH | 6.34 | N |
| E | 161838 3VARIETY TUB | 8.84 | N |
| E | 161838 3VARIETY TUB | 8.84 | N |
| E | 335985 B&CPANSPRAY | 6.38 | N |
| E | 818633 PBJ | 9.42 | N |
| E | 818633 PBJ | 9.42 | N |
| E | 818633 PBJ | 9.42 | N |
| E | 23556 MARGARINE 5# | 4.12 | N |
| E | 3119 MAYONAISE | 7.84 | N |
| E | 281710 HNZ KETCHUP | 6.15 | N |
|   | 230009 18X500 FOIL | 17.84 | E |

|   |   |
|---|---|
| SUBTOTAL | 211.09 |
| TOTAL | 211.09 |
| SAMS B CREDIT | 211.09 |
| ACCOUNT # | 2370 |
| APPROVAL # | 000652 |
| CHANGE DUE | 0.00 |

DISTRIBUTOR NUMBER:  00003737

# # ITEMS SOLD 22

TC# 9386 5313 7945 2114 3505 9

WE VALUE YOUR OPINION
WE WANT TO KNOW ABOUT YOUR SHOPPING
EXPERIENCE TODAY AT SAM'S CLUB

Please complete a survey about today's club visit at:

http://www.survey.samsclub.com

IN RETURN FOR YOUR TIME YOU COULD RECEIVE
ONE OF FIVE $1,000 SAMS CLUB SHOPPING CARDS

You must be 18 or older and a legal resident of the
United States to enter. No purchase necessary to win.
To enter without purchase and /or official rules visit:

www.entry.survey.samsclub.com

Sweepstakes period ends on the date shown in the
official rules. Survey must be taken within TWO weeks
of today.

Esta encuesta también se encuentra en español en la
página de Internet.

THANK YOU

Give your college student a lesson in
saving with a Collesiate Membership.
07/23/09     14:28:34


*** MEMBER COPY ***

Welcome to Chick-fil-A

Everhart FSU (#00957)
(361) 851-2135
***********************

CUSTOMER COPY
7/23/2009 11:12:38 AM
CARRY OUT
Order Number:  1813

| | | |
|---|---|---|
| 42 | CFA Sand. | 112.98 |
| 42 | Fries MD | 60.90 |
| 1 | Swt Tea LG | 1.55 |
| 3 | Dt Lmnde LG | 5.67 |
| 1 | Dr Ppr LG | 1.55 |

Sub. Total:            $182.65
Tax:                     $0.00
Total:                 $182.65
Discount Total:          $0.00

Change                   $0.00
Visa:                  $182.65
Register:5      Tran Seq No:  1813
Cashier:J FLORES
It was a pleasure serving you!
Have a wonderful day.


Visa
Card Num : XXXXXXXXXXXX6431

APPROVED
Result  : 00
Approval : 072032

I agree to pay the above Total Amount
according to Card Issuer Agreement.


Signature: _____

```
              Peoples Restaurant & Lounge
                 9738 Up River Road
              Corpus Christi, Texas 78410
                   (361) 241-8087

------------------------------------------------
Date/Time:      2009-07-23 05:22 PM
Order Number:   141885
EDC Tran ID:    499603295
Server:         Joe
------------------------------------------------
CREDIT PURCHASE
APPROVAL

Entry Mode:        Swiped
Card Number:       XXXXXXXXXXXX6431
Card Expire:       XX/XX
Card Type:         Visa
Cardholder Name:   TANIA CLAUDIO
Approval Code:     069758
Reference Number:  00000000

PURCHASE:                   $279.80
Gratuity:
Total:                     324.80

    Cardmember acknowledges receipt of
   goods and/or services in the amount
    of the total shown heron and agrees
    to perform the obligations set forth
   by cardmember's agreement with issuer


      Signature: _____
```



Whataburger

Restaurant 3
4510 Leopard
Corpus Christi, TX 78408
(361)882-5524
General Manager - Quintanilla, Senaida R
1-800-6Burger

7/23/2009                    11:47:22 PM
Order  588759        Cashier:

9 #2 ML-DOUBLE MEAT WB        52.11
   LARGE CHEESE               4.41
   LARGE CHEESE               4.41
   **********                 0.00
   FRIES                      0.00
   MEAL LG COKE               0.00
   WHATASIZE TO LG            6.21
9 APPLE PIE                   8.91

        SubTotal             76.05
        Tax                   6.27
   Total                     82.32
        Visa                 82.32
        Acct:XXXXXXXX6571

     Approval:095837
   Customer Copy
******************************
     Order  588759
******************************
     2 Drive Thru
   Thank you for visiting!

7/23/09 Purchase Meals
for Citgo. Five. Night shift.

2009-201

CITGO

NOW HIRING APPLY AT
www.mctexas.com/27355
QUESTIONS OR COMMENTS CALL
1-888-830-2227

6306 SARATOGA
CORPUS CHRISTI, TX 78412

THANK YOU

CIMMARON              TEL# (361)991-1528

03  KS#02  **S#1**    Jul.23'09(Thu)06:16
STORE# 27355          MER# KB4B216455001

# Order #203          TO GO

| | |
|---|---|
| 5 CHEESE | 2.50 |
| 5 EGG MCMUFFIN | 12.75 |
| 5 SAU EGG BISCUIT | 12.75 |
|    5 ADD$   CHEESE | |
| 5 BAC EGG CH MCGRIDDLE | 15.75 |
| | |
| SUB TOTAL | 43.75 |
| TAKE OUT TAX | 3.61 |
| | ------- |
| | 47.36 |

CARD ISSUER    ACCOUNT #
VISA SALE      ***********6365
TRANSACTION AMOUNT            47.36
AUTH CODE 086122 SEQ# 8

THU
JUEVES

CASH TENDERED                 ).00

CHANGE                        0.00

RTFC 100528

*CITGO*

BURGER KING #15674
6610 SARATOGA BLVD
CORPUS CHRISTI, TX 78414

Merchant ID: 000000000473005
Term ID: 00657456
456160979957

## Sale

WITH FOOD PURCHASE
SEE DETAILS ON BACK
VER DETALLES AL DORSO

VISA
XXXXXXXXXXXXX6365

Entry Method: Swiped

Apprvd: Online    Batch#: 001087
07/23/09                   05:56:41

Inv #: 000003  Appr Code: 092308

Total:          $        62.57

Customer Copy

RTFC 100529

*CITGO*



Whataburger

Restaurant 658
6241 Saratoga
Corpus Christi, TX 78414
(361)993-9277
General Manager - Romero, Stacy
1-800-6Burger

7/23/2009                    5:34:37 AM
Order  239518          Cashier: Sylvia N

10 HNY BTR CKN BISCUIT        20.90
 5 BOB SAUSAGE                10.45
 5 BISCUIT BAC EGG CHEESE     10.95
 5 BISCUIT SAU EGG CHEESE     10.95

         SubTotal             53.25
         Tax                   4.39
         Total                57.64
         Visa                 57.64
         Acct:XXXX    

     Approval:097697
     Customer Copy
✗✗✗✗✗✗✗✗✗✗✗✗✗✗✗✗✗✗✗✗✗✗✗✗✗✗✗✗✗
     Table Tent #9
     Order  239518
✗✗✗✗✗✗✗✗✗✗✗✗✗✗✗✗✗✗✗✗✗✗✗✗✗✗✗✗✗
     Take Out
  Thank you for visiting!

RTFC 100530

Peoples Restaurant & Lounge
9738 Up River Road
Corpus Christi, Texas 78410
(361) 241-8087

---

```
Date/Time:      2009-07-24 05:14 PM
Order Number:   141998
EDC Tran ID:    942701969
Server:         Joe
```

---

CREDIT PURCHASE
APPROVAL

```
Entry Mode:         Swiped
Card Number:        XXXXXXXXXXXXX6472
Card Expire:        XX/XX
Card Type:          Visa
Cardholder Name:    MARY GARBUTT
Approval Code:      032309
Reference Number:   00000000
```

PURCHASE:            $299.70
Gratuity:              45.00
Total:                344.70

Cardmember acknowledges receipt of
goods and/or services in the amount
of the total shown heron and agrees
to perform the obligations set forth
by cardmember's agreement with issuer


Signature: _____

```
=====================================
** Customer Copy **
 The Chicken Shack
       Tab: 1
          POS1   7/24/2009 2:05 PM

Transaction #          372185
Visa

  Amount   $213.59


   TOTAL:$213.59
```

RTFC 100532



X MEMBER 101-******2370

# THANK YOU,
REFINERY TERMINAL FIRE CO

| | | |
|---|---|---|
| E | 386438 VARIETY PACK | 11.22 N |
| E | 915463 MISS VICKIES | 10.88 N |
| E | 90930 SMARTMIX | 10.88 N |
| E | 334735 SUN CHIPS | 10.98 N |
| E | 386438 VARIETY PACK | 11.22 N |
| | 55 @ 3.88 | |
| E | 949149 PURE LIFE | 213.40 N |
| E | 872906 NUTRI GRAIN | 11.88 N |
| E | 303166 OATS N HONEY | 8.28 N |
| E | 8547 CORNNUTSCHIL | 8.12 N |
| E | 8547 CORNNUTSCHIL | 8.12 N |
| E | 726850 PLANTERS | 9.76 N |
| E | 856858 POPTARTSTRAW | 7.22 N |
| E | 918248 MINI OREOS | 9.38 N |
| | 679550 24PKMICRO | 9.88 E |
| | 88483 TIE DOWNS | 19.88 E |
| | 16843 GUSHERS | 6.18 N |
| | 16843 GUSHERS | 6.18 N |
| E | 756988 DUBBLEBUBBLE | 6.33 E |
| E | 856858 POPTARTSTRAW | 7.22 N |
| E | 951547 OB GJ JERKY | 7.98 N |
| E | 951547 OB GJ JERKY | 7.98 N |
| E | 951547 OB GJ JERKY | 7.98 N |
| E | 951547 OB GJ JERKY | 7.98 N |
| E | 951547 OB GJ JERKY | 7.98 N |
| E | 951547 OB GJ JERKY | 7.98 N |
| E | 726850 PLANTERS | 9.76 N |
| E | 918248 MINI OREOS | 9.38 N |
| E | 640422 100 CAL PACK | 9.12 N |
| E | 640422 100 CAL PACK | 9.12 N |
| | 472481 NBLD-G-CUT | 11.04 E |
| E | 681926 CHZ HD STRNG | 6.63 N |
| | 475876 ECOPWRCREW | 11.38 E |
| E | 237817 KIPPERED BS | 7.72 N |
| E | 237817 KIPPERED BS | 7.72 N |
| E | 237817 KIPPERED BS | 7.72 N |
| E | 237817 KIPPERED BS | 7.72 N |
| E | 237817 KIPPERED BS | 7.72 N |
| E | 237817 KIPPERED BS | 7.72 N |
| E | 237817 KIPPERED BS | 7.72 N |
| E | 237817 KIPPERED BS | 7.72 N |
| E | 237817 KIPPERED BS | 7.72 N |
| VL | 237817 KIPPERED BS | 7.72 N |
| | 627087 ENERGY DRINK | 29.36 E |
| E | 938015 CHEWYGRANOLA | 7.88 N |
| E | 938015 CHEWYGRANOLA | 7.88 N |
| E | 938015 CHEWYGRANOLA | 7.88 N |
| E | 457610 FRUIT TO GO | 7.88 N |
| E | 457610 FRUIT TO GO | 7.88 N |

|  |  |
|---|---|
| SUBTOTAL | 631.84 |
| TOTAL | 631.84 |
| SAMS B CREDIT | 631.84 |
| ACCOUNT # | 2370 |
| APPROVAL # | 001073 |
| CHANGE DUE | 0.00 |

DISTRIBUTOR NUMBER: 00003737

# # ITEMS SOLD 100

TC# 4166 7303 0955 2184 0305 9

RTEC 100533

```
            Pizza Hut #024118
             3657 E. Leopard
             CORPUS CHRISTI
             (361)884-7691
                 SALE

    Server: GRACIELA          Ticket #133
    07/24/09                  09:53PM
    Batch # 128

    V
    ***********6449
    APPR CODE: 095901         Invoice #43

    AMOUNT:                       73.04

    TIP:                     _____

    Total:                   _____

    I agree to pay above total amount
    according to card issuer agreement.

    Signature_____
           dean/david

        Customer  Copy


           NOW HIRING
        WWW.MUYBrands.com
```

*citgo* Level III      2009-201

ERS 7714

**STRIPES 9831**
**1050 Nueces Bay**
Corpus Christi
TX
78415

1d48566717-001

| Descr. | qty | amount |
| --- | --- | --- |
| <CUSTOMER COPY> | | |
| T DR PEPPER FRIDGE PA | 1 | 4.29 |
| T COKE DIET FRIDGE PA | 1 | 4.29 |
| T COKE CLASSIC FRIDGE | 1 | 1.41 |
| Subtotal | | 9.99 |
| Tax | | 0.82 |
| **TOTAL** | | **10.81** |
| CREDIT $ | | 10.81 |

CARD TYPE: VISA
CARD NAME: DAVID DEAN
ACCT NUMBER: XXXXXXXXXXXX6449
TRANS TYPE: SALE
APPROVAL: 025690
INVOICE: 017307

APPROVED 025690
*******************************************
**THANKS,COME AGAIN**
ST# 9831  TILL XXXX DR# 1 TRAN# 1026782
CSH: DANIELLE          07/24/09 22:06:49

*Citgo Level III*
*2009-201*
*ERS 7714*

```
                    SUBWAY # 14395
                    3701 LEOPARD
              CORPUS CHRISTI, TX 78411          | 09:19:15

    Merchant ID: 1
    Term ID: K748538409001                      401

              Sale                              DT 072409
                                                EG-MAIN
    XXXXXXXXXXX6621                             MO  PLU
                                                    48300
    VISA          Entry Method: Swiped
                                                    10123
    Total:            $      229.63             10020

    07/24/09                   10:21:39         10036
    Trace#: 000001      Appr Code: 066792
    Apprvd: Online         Batch#: 000204

              Customer Copy
              THANK YOU!

    .....  ... ... ..... ... .......
    the world's best sandwich!

    --------TAX EXEMPT CERTIFICATION-------
    -                                          -
    - Tax ID#_____     -
    -                                          -
    - Name of Organization:                    -
    -                                          -
    - _____         -
    -                                          -
    - Signature:                               -
    -                                          -
    - _____         -
    -------------------------------------------
```

RTFC 100536

# THANK-YOU!!

```
*      S & J BAKERY      *
*      9802 LEOPARD      *
*      361-242-3067      *
HRS M-F 5AM-1:30PM

07-24-2009   MC #:0000

DZ JAL. HOG      *19.00T1
                      3×
                 15.50@
DZ H/C S/C       *46.50T1
                      3×
                 18.50@
DZ REG HOGS      *55.50T1
                  *9.98T1
------------------------------
```

# TOTAL     *130.98
CASH         *130.98

```
      AM 5-23  0254
~~~~~~~~~~~~~~~~~~~~~~~~~~
   HAVE A NICE DAY
   PLEASE COME AGAIN

   ~~~~~~~~~~~~~~~~~~~~~~
```

RTFC 100537

```
4E122410S000
JASON'S DELI
1416 AIRLINE
CORPUS CHRISTI, TX  78411
361-992-4649

Merchant ID: 000000081991
Term ID: 005                    Ref #: 005
```

## Sale

```
XXXXXXXXXXXXX6472
VISA                Entry Method: Swiped

07/25/09                        17:21:27
Inv #: 000005      Appr Code: 050450
Apprvd: Online        Batch#: 000081

Amount:           $      242.68
Tip:                     45.00 — cash (only)

Total:                  282.68
```

Customer Copy
THANK YOU!

City
Call out
meals



**Sam's CLUB**

CLUB MANAGER JASON LUIG
( 361 ) 857 - 0151
Fax and Pull # (361)857-0069
CORPUS CHRISTI, TX
07/25/09 16:38 6820 8267 01          1659

X MEMBER 101-******2370

# THANK YOU,
REFINERY TERMINAL FIRE CO

```
E   360170 FRUIT SNACK          8.98 E
E   360170 FRUIT SNACK          8.98 E
E    72553 RED GRAPES           4.88 N
E    72553 RED GRAPES           4.88 N
E    72553 RED GRAPES           4.88 N
E    72553 RED GRAPES           4.88 N
E   725545 GREEN GRAPES         4.98 N
E   725545 GREEN GRAPES         4.98 N
E   725545 GREEN GRAPES         4.98 N
E   725545 GREEN GRAPES         4.98 N
E    14194 DT DR PEP CN         9.78 E
E    14194 DT DR PEP CN         9.78 E
E   749615 APPLES 8 LB          6.81 N
E   738253 SEEDLESS ORA         6.37 N
E   738253 SEEDLESS ORA         6.37 N
             SUBTOTAL          96.51
                TOTAL          96.51
          SAMS B CREDIT        96.51
ACCOUNT #                       2370
APPROVAL #                    000539
          CHANGE DUE             0.00
DISTRIBUTOR NUMBER: 00003737
```

# # ITEMS SOLD 15

TC# 7423 1261 7084 0790 671

WE VALUE YOUR OPINION
WE WANT TO KNOW ABOUT YOUR VISIT
CALL THE NUMBER LISTED ABOVE TO TELL US

RTFC 100539

Peoples Restaurant & Lounge
9738 Up River Road
Corpus Christi, Texas 78410
(361) 241-8087

---

Date/Time:     2009-07-25 03:53 PM
Order Number:  142108
EDC Tran ID:   385881871
Server:        Kathryn
Total:         23

---

CREDIT PURCHASE
APPROVAL

Entry Mode:        Swiped
Card Number:       XXXXXXXXXXXX6472
Card Expire:       XX/XX
Card Type:         Visa
Cardholder Name:   MARY GARBUTT
Approval Code:     098437
Reference Number:  00000000

PURCHASE:          $35.03
Gratuity:
Total:             40.03

   Cardmember acknowledges receipt of
  goods and/or services in the amount
  of the total shown heron and agrees
  to perform the obligations set forth
 by cardmember's agreement with issuer


   Signature: _____

RTFC 100540

```
          ···R ·· RESTAURANT
           4105 AGNES ST.
      CORPUS CHRISTI, TX 78405
          (361) 887-1887
```

## Sale

Merchant ID: 542929803037092

Term ID: LK567018

```
07/25/09              05:31:26
Batch#: 000732    Inv #: 000001
```

VISA            Entry Method: S
XXXXXXXXXXXXX6449

Seq.#: 0001   Appr Code: 040753

Amount:        $      113.40

Tip:
                ================

Total:
                ================

## APPROVED

Customer Copy

citg0 Level III
2009-201
ERS 7714



```
F SANDW RST BEEF CHDR W TF  49.80
F SANDW RST BEEF CHDR W TF  49.80
F SANDW RST BEEF CHDR W TF  49.80
****** Sale Subtotal*** 149.40
  Sales Tax      12.33
********* Total Sale***  161.73
    12.33
TAX EXEMPT                  12.33
unt No.:***********6621
No.:008863
No.:452935
    149.40
VISA EPS                   149.40
==================================
EMS PURCHASED: 3
==================================

ood-Drugs #5/184
 Leopard
s Christi, TX  78410
:             (361) 241-4228
acy:          (361) 241-0378
              (361) 241-0411
 Hours:    6 a.m. to Midnight

 Cashier:ALYSSA P
79667 07-25-09 11:30A 240/15/0184
```

EL CHARRO RESTAURANT
4105 AGNES ST.
CORPUS CHRISTI, TX 78405
(361) 887-1887

## Sale

Merchant ID: 542929803037092
Term ID: LK567018
07/26/09                07:29:52
Batch#: 000733    Inv #: 000004

VISA              Entry Method: S
XXXXXXXXXXXX6712
Seq.#: 0004    Appr Code: 001304
Amount:        $      40.50
Tip:
        ================
Total:
        ================

## APPROVED

Customer Copy

Citgo Callou L
_____

77/4

for
Citgo
~S
Citgo EXT

RTFC 100543

ERS 7714,

BREAKFAST CITGO 2009-20$

EL CHARRO RESTAURANT
4105 AGNES ST.
CORPUS CHRISTI, TX 78405
(361) 887-1887

## Sale

Merchant ID: 542929803037092

Term ID: LK567018

07/26/09              05:26:17
Batch#: 000733    Inv #: 000001

VISA              Entry Method: S
XXXXXXXXXXXX6400

Seq.#: 0001 /  Appr Code: 088528

Amount:          $      113.40

Tip:

                 ================

Total:

                 ================

## APPROVED

Customer Copy

RTFC 100544

Peoples Restaurant & Lounge
9738 Up River Road
Corpus Christi, Texas 78410
(361) 241-8087

---

Date/Time:     2009-07-26 05:26 PM
Order Number:  142219
EDC Tran ID:   703879984
Server:        Ronni

---

CREDIT PURCHASE
APPROVAL

Entry Mode:         Swiped
Card Number:        XXXXXXXXXXXX6431
Card Expire:        XX/XX
Card Type:          Visa
Cardholder Name:    TANIA CLAUDIO
Approval Code:      093520
Reference Number:   00000000

PURCHASE:                $329.34
Gratuity:
Total:              380.00

Cardmember acknowledges receipt of
goods and/or services in the amount
of the total shown heron and agrees
to perform the obligations set forth
by cardmember's agreement with issuer


Signature: _____

Citgo Call

2009 201

NOW HIRING APPLY AT
www.mctexas.com/1669
QESTIONS OR COMMENTS CALL
1-888-830-2227

4101 LEOPARD
CORPUS CHRISTI, TX 78408

THANK YOU

ALDS            TEL# (361)884-8601

3#02  **S#1**    Jul.27'09(Mon)06:13
#  1669         MER# KB40216125001

# der #201    EAT IN

| LUXE BREAKFAST | 162.00 |
| G MCMUFFIN | 102.00 |
| L ORANGE JUICE CC | 62.00 |
| | |
| TOTAL | 326.00 |
| IN TAX | 26.90 |
| | ——— |
| | 352.90 |

CARD ISSUER    ACCOUNT #
VISA SALE     ***********6712
TRANSACTION AMOUNT         352.90
AUTH CODE 099690 SEQ# 2856

CASH TENDERED              0.00

CHANGE                    0.00

SUBWAY # 10895
3701 LEOPARD
CORPUS CHRISTI, TX 78411

Merchant ID: 1
Term ID: K748538409001

## Sale

XXXXXXXXXXXX6431

VISA                    Entry Method: Swiped

Total:              $        233.64

07/27/09                      12:14:40
Trace#: 000003        Appr Code: 064138
Apprvd: Online          Batch#: 000287

Customer Copy
THANK YOU!

RTFC 100547



Carry Out

Denny's
5165 Interstate Highway 37
Corpus Christi, TX 78408
(361)884-2579
(   ) -

7/27/2009                11:56:16 PM
Order: 245833
Table: 16  Guests:
SEAT: 1

1 Ham/Chs Omelette          7.99
1 Ham/Chs Omelette          7.99
1 Ham/Chs Omelette          7.99
1 Ham/Chs Omelette          7.99
1 2 Eggs/CFS                8.99
1 2 Eggs/CFS                8.99
1 2 Eggs/CFS                8.99
1 Classic Chsbgr            7.99
1 Moons/My Hammy            7.69
1 Club Sandwich             8.49
1 Club Sandwich             8.49
1 No Beverage               0.00
1 No Beverage               0.00
1 No Beverage               0.00
1 No Beverage               0.00
1 No Beverage               0.00
1 No Beverage               0.00
1 No Beverage               0.00
1 No Beverage               0.00
1 No Beverage               0.00
1 No Beverage               0.00
1 No Beverage               0.00
1 No Beverage               0.00
1 No Beverage               0.00
1 No Beverage               0.00

        SubTotal           91.59
        Tax                 7.56
        Total              99.15

        Visa               99.15
        Acct:XXXXXXXX6712
        AuthCode:002370

ERS
# 7714

Citgo Alky

Chief Foreman
Cpl Vey
FF2 White
FF Moon
FF Farias
FF Schroeder
FF Lopez
FF Dinges
FF Salinas

RTFC 100548

```
==================================
** Customer Copy **
        Cafe Maya
         Tab: 45
 GUERO   7/27/2009 1:32 PM
```

Transaction #          189260
Visa

   Amount      $428.75

        TIP : 64.32
     TOTAL : 493.07

RTFC 100549

```
        MILLER'S B.B.Q.
         10305 LEOPARD
       CORPUS CHRISTI, TEXAS
       DATE 07.28.'09    TUE

       33X            @5.95
       PORBOY SAND X1
                     $196.35
       TOTAL         $196.35
       CHARGE        $196.35
       CLERK 2      NO.337497
       TIME 17:15       0000
```

```
              MILLERS BAR B - Q #1
               10305 LEOPARD ST
             CORPUS CHRISTI TX 78410
                 361-241-4100

        Merchant ID: 000001427312
        Term ID: 00192380   Ref #: 0026

                    Sale

        xxxxxxxxxxxx6431

        VISA       Entry Method: Swiped

        Total:          $      196.35

        07/28/09              17:18:35
        Inv #: 000026  Appr Code: 050558
        Apprvd: Online   Batch#: 000036


                Customer Copy

                  THANK YOU
```

RTFC 100550

424350061885
SCHLOTZSKY'S #1122
11326 LEOPARD ST.
CORPUS CHRISTI TX 78410
361-241-4444

Merchant ID: 300000107734
Term ID: 001          Ref #: 003

## Sale

XXXXXXXXXXXX6431

VISA             Entry Method: Swiped

07/28/09                   11:16:20
Inv #: 000003      Appr Code: 019613

Apprvd: Online      Batch#: 000568

al:          $    ( 197.22 )

Customer Copy
THANK YOU!

SCHLOTZSKY'S
DELI
11326 LEOPARD
(361) 241-4444

ORDER #   0183

38 M-ORIGINAL        197.22

SUBTOTAL    $   197.22
TAX 1       $    16.27
TOTAL       $   213.49

CREDIT CARD  $   213.49

CUSTOMER---: R F T

9450 REG 01  BOB G.   JUL 28,09 11:13

ANNAVILLE 701

EL CHARRO RESTAURANT
4105 AGNES ST.
CORPUS CHRISTI, TX 78405
(361) 987-1887

## Sale

Merchant ID: 542929803037092

Term ID: LK567018

07/28/09                    05:33:20
Batch#: 000735    Inv #: 000001

VISA                Entry Method: S
XXXXXXXXXXXX6449

Seq.#: 0001    Appr Code: 099832
Amount:          $        80.45
Tip:
                ================
Total:
                ================

## APPROVED

Customer Copy

Citgo Level III
200 9-201
ERS 7714



X MEMBER  101-******2370

# THANK YOU,
REFINERY TERMINAL FIRE CO

| | | | | |
|---|---|---|---|---|
| E | 202687 | PAYDAY 24 CT | 11.98 | E |
| | | SUBTOTAL | 11.98 | |
| E | 313622 | BROWNIE TUB | 6.98 | N |
| E | 313622 | BROWNIE TUB | 6.98 | N |
| | | SUBTOTAL | 25.94 | |
| E | 211351 | PLANTRS TUBE | 8.32 | N |
| E | 211351 | PLANTRS TUBE | 8.32 | N |
| E | 782432 | LEMON COOKIE | 5.22 | N |
| E | 782432 | LEMON COOKIE | 5.22 | N |
| E | 818633 | PBJ | 9.42 | N |
| E | 818633 | PBJ | 9.42 | N |
| E | 818633 | PBJ | 9.42 | N |
| VL | 818633 | PBJ | 9.42 | N |
| E | 8547 | CORNNUTSCHIL | 8.12 | N |
| E | 253508 | HOT TML BULK | 6.84 | E |
| | 778723 | CARAFE | 6.72 | E |
| | 778723 | CARAFE | 6.72 | E |
| E | 36483 | CORNUTS ORIG | 8.12 | N |
| E | 360170 | FRUIT SNACK | 8.98 | E |
| E | 66993 | KARNUTMIX | 6.88 | E |
| E | 66993 | KARNUTMIX | 6.88 | E |
| E | 360170 | FRUIT SNACK | 8.98 | E |
| E | 374667 | RKRISPTREATS | 8.22 | N |
| E | 908211 | CHOC ZINGER | 5.47 | N |
| E | 908211 | CHOC ZINGER | 5.47 | N |
| E | 374667 | RKRISPTREATS | 8.22 | N |
| E | 694318 | COOKIES | 5.98 | N |
| E | 738714 | COOKIE | 5.98 | N |
| E | 303782 | CHEWY TRAIL | 8.28 | N |
| E | 694318 | COOKIES | 5.98 | N |
| E | 68503 | COOKIE | 5.98 | N |
| | 472200 | ZIPLOC SAND | 8.38 | E |
| E | 694318 | COOKIES | 5.98 | N |
| E | 694318 | COOKIES | 5.98 | N |
| E | 788870 | CHEX MIX | 9.26 | N |
| E | 915463 | MISS VICKIES | 10.88 | N |
| E | 90930 | SMARTMIX | 10.88 | N |
| E | 915463 | MISS VICKIES | 10.88 | N |
| E | 276645 | GRAB BAG | 10.88 | N |
| E | 14183 | DP 32 PACK | 9.78 | E |
| E | 14183 | DP 32 PACK | 9.78 | E |
| E | 14183 | DP 32 PACK | 9.78 | E |
| E | 932313 | COKE 32 CAN | 9.78 | E |
| E | 932313 | COKE 32 CAN | 9.78 | E |
| E | 469664 | NESTEA 24 CN | 6.56 | N |
| E | 932320 | D COKE 32 CN | 9.78 | E |
| E | 932320 | D COKE 32 CN | 9.78 | E |
| E | 14194 | DT DR PEP CN | 9.78 | E |
| E | 14194 | DT DR PEP CN | 9.78 | E |
| E | 14194 | DT DR PEP CN | 9.78 | E |
| E | 932327 | SPRITE 32 CN | 9.78 | E |
| | | SUBTOTAL | 386.94 | |
| | | TOTAL | 386.94 | |
| | | SAMS B CREDIT | 386.94 | |

ACCOUNT #                               2370
APPROVAL #                            000832
              CHANGE DUE              0.00
DISTRIBUTOR NUMBER:  00003737

# # ITEMS SOLD 47

TC# 7716 0383 3953 2184 1104 9

```
======================================
** Customer Copy **
  The Chicken Shack
     Tab: 32100
         POS1   7/29/2009 11:15 AM

Transaction #          373069
Visa

   Amount    $261.82


   TOTAL:$261.82
```

RTFC 100554

```
============================================
```
** Customer Copy **
Cafe Maya
Tab: 45
GUERO   7/29/2009 5:03 PM

Transaction #        189493
Visa

    Amount   $463.04

        TIP :____  ____
    TOTAL : 533.04

ERS 7714
CITGO LEVEL 3
2009-201 BREAKFAST



Whataburger

Restaurant 3
4510 Leopard
Corpus Christi, TX 78408
(361)882-5524
General Manager - Quintanilla, Senaida R
1-800-6Burger

/29/2009                  5:39:58 AM
rder  590073      Cashier:

30 BOB SAUSAGE                62.70
30 BOB BACON                  62.70

        SubTotal            125.40
        Tax                  10.35
        Total              135.75
        Visa               135.75
        Acct:XXXXXXXX6480

        Approval:080820
        Customer Copy
 **************************
        Order  590073
 **************************
        2 Drive Thru
     Thank you for visiting!

FHR- 5570
morsans.



CLUB MANAGER JASON LUIG
( 361 ) 857 - 0151
Fax and Pull # (361)857-0069
CORPUS CHRISTI, TX
07/29/09 09:24 4632 B267 015    1551

X MEMBER 101-******2370

# THANK YOU,
REFINERY TERMINAL FIRE CO

| E | 932327 | SPRITE 32 CN | 9.78 E |
|---|--------|--------------|--------|
| E | 14194 | DT DR PEP CN | 9.78 E |
| E | 14183 | DP 32 PACK | 9.78 E |
| E | 14183 | DP 32 PACK | 9.78 E |
| E | 10242 | COBBLER | 6.43 N |
| E | 744596 | GREEN BEANS | 5.98 N |
| E | 452251 | BROC FLORETS | 4.98 N |
| E | 452251 | BROC FLORETS | 4.98 N |
| E | 319747 | BEEF TENDERS | 21.04 N |
| E | 319747 | BEEF TENDERS | 23.91 N |
| E | 671108 | MILD SHRED | 5.67 N |
| E | 671108 | MILD SHRED | 5.67 N |
| E | 117152 | MUSHROOM | 2.98 N |
| E | 117152 | MUSHROOM | 2.98 N |
| E | 117152 | MUSHROOM | 2.98 N |
| E | 117152 | MUSHROOM | 2.98 N |
| E | 393426 | 1/2GALGOLD | 5.26 N |
| E | 393426 | 1/2GALGOLD | 5.26 N |
| E | 41373 | SOURCREAM 3# | 3.98 N |
| E | 6175 | A-1 SAUCE | 7.98 N |
| E | 281710 | HNZ KETCHUP | 6.15 N |
| E | 734856 | PB CHOC CHIP | 6.98 N |
| E | 749825 | POT.BAKING | 6.64 N |
| E | 749825 | POT.BAKING | 6.64 N |
| E | 41373 | SOURCREAM 3# | 3.98 N |
| E | 719513 | BURG BEEF | 4.88 N |
| E | 180857 | WISHBONE2PK | 7.57 N |
| E | 319789 | BF RIBEYE | 86.02 N |
| E | 319852 | RIBEYE STEAK | 28.13 N |
| E | 319852 | RIBEYE STEAK | 24.57 N |
| E | 319852 | RIBEYE STEAK | 24.29 N |
| E | 132267 | CHERRIES | 5.98 N |
| E | 23556 | MARGARINE 5# | 4.12 N |
| E | 23556 | MARGARINE 5# | 4.12 N |

```
                       SUBTOTAL    372.25
                       SUBTOTAL    372.25
                          TOTAL    372.25
                  SAMS B CREDIT    372.25
ACCOUNT #                            2370
APPROVAL #                         000819
            CHANGE DUE               0.00
DISTRIBUTOR NUMBER:  00003737
```

# # ITEMS SOLD 34

TC# 0261 9604 5214 9835 2372 2

entity.survey.samsclub.com

Sweepstakes period ends on the date shown in the
official rules. Survey must be taken within TWO weeks
of today.

Esta encuesta también se encuentra en español en la
página de Internet.

THANK YOU

Give your college student a lesson in
saving with a Collegiate Membership.
07/29/09    09:27:18

*** MEMBER COPY ***

RTFC 100557

TEXAS ROADHOUSE
"WE ARE LEGENDARY"
2829 S Padre Island Drive
Corpus Christi, TX 78415
(361) 854-7505

Server: AM SGL      DOB: 08/14/2009
02:33 PM                   08/14/2009
Fast Close/1              A/ANN013

VISA                        $1943.21
Card #: XXXXXXXXXXXX65AE
Approval: 000304

                Amount:        1922.26

                + Tip:    _____

                = Total:    __1922.26

X _____

                GUEST COPY



CLUB MANAGER JASON LUIG
( 361 ) 857 - 0151
Fax and Pull # (361)857-0069
CORPUS CHRISTI, TX
08/20/09 14:58 5937 8267 016      1707

X MEMBER  101-*******2370

# THANK YOU,
REFINERY TERMINAL FIRE CO

| | | | |
|---|---|---|---|
| E | 516804 | PICKLE 46 OZ | 3.58 N |
| E | 981445 | FLAVOR PACK | 11.22 N |
| E | 726850 | PLANTERS | 9.76 N |
| E | 726850 | PLANTERS | 9.76 N |
| E | 836580 | 5 VTY PK | 9.98 E |
| E | 254233 | OREOS 52.5OZ | 6.22 N |
| E | 254233 | OREOS 52.5OZ | 6.22 N |
| E | 628571 | RK TREATS | 8.27 N |
| E | 614964 | GLDN GRHMS | 8.47 N |
| E | 614964 | GLDN GRHMS | 8.47 N |
| E | 628571 | RK TREATS | 8.27 N |
| E | 8547 | CORNNUTSCHIL | 8.12 N |
| E | 8547 | CORNNUTSCHIL | 8.12 N |
| E | 36483 | CORNUTS ORIG | 8.12 N |
| E | 237817 | KIPPERED BS | 7.72 N |
| E | 237817 | KIPPERED BS | 7.72 N |
| E | 951547 | OB GJ JERKY | 7.98 N |
| E | 951547 | OB GJ JERKY | 7.98 N |
| E | 951547 | OB GJ JERKY | 7.98 N |
| E | 951547 | OB GJ JERKY | 7.98 N |
| E | 12984 | CLUB CRACKRS | 4.16 N |
| E | 856858 | POPTARTSTRAW | 7.22 N |
| E | 531693 | BBL SLIM PK | 6.88 E |
| E | 872906 | NUTRI GRAIN | 11.88 N |
| E | 254233 | OREOS 52.5OZ | 6.22 N |
| E | 872906 | NUTRI GRAIN | 11.88 N |
| E | 856858 | POPTARTSTRAW | 7.22 N |
| E | 58966 | M&M PN 56OZ | 9.14 E |
| E | 856858 | POPTARTSTRAW | 7.22 N |
| E | 171811 | SKITTLE/STRB | 12.84 E |
| E | 171811 | SKITTLE/STRB | 12.84 E |
| E | 17929 | SUNFLWR SEED | 8.23 N |
| E | 66993 | KARNUTMIX | 6.88 N |
| E | 2444 | REESES CUP | 16.28 E |
| E | 2444 | REESES CUP | 16.28 E |
| E | 211351 | PLANTRS TUBE | 8.32 N |
| E | 996658 | NESTLE VTY | 14.82 E |

          66 @ 9.98

| E | 866380 | GATORADE | 658.68 E |
| E | 570122 | G2 SK/OR/BP | 14.88 E |

          64 @ 4.48

| E | 183226 | OZARKA/WATER | 286.72 N |
| | | SUBTOTAL | 1,290.53 |
| | | TOTAL | 1,290.53 |
| | | SAMS B CREDIT | 1,290.53 |

ACCOUNT #                        2370
APPROVAL #                     000759
          CHANGE DUE            0.00
DISTRIBUTOR NUMBER:  00003737

# # ITEMS SOLD 168

IC# 8639 6974 4960 8704 1015 76

RTFC 100559



361 / 882-6253

# REFINERY TERMINAL FIRE COMPANY

P.O. BOX 4162 • 78469-4162    4802 UP RIVER ROAD • 78407-1722    CORPUS CHRISTI, TEXAS

Invoice No.:    ERS 10-094

Date:    13-Oct-10

CITGO - Corpus Christi Refinery
P. O. Box 9176
Corpus Christi, TX  78469-9176
Attn:  Lyn Barrett

| Customer ID | | | Purchase Order No. | Payment Terms |
|---|---|---|---|---|
| | | | | Net Due |
| | | | Date of Standby / Callout | Due Date |
| | | | | Upon Receipt |

| Quantity | Unit | Item | Description | Unit Price | Extension |
|---|---|---|---|---|---|
| 20.00 | hrs | | Removal and Installation of ER lighting on the Citgo ESV. | 55.0000 | $1,100.00 |
| | | | Parts & Misc tools / supplies | 7434.5450 | $7,434.55 |



POSTED
INT.

**TOTAL:**    **$8,534.55**

3310
R

RTFC 101312

| CONSUMABLES | Amount |
|---|---:|
| Fleet Safety Equipment | 597.46 |
| Fleet Safety Equipment | 1578.93 |
| Fleet Safety Equipment | 2820.96 |
| Fleet Safety Equipment | 629.00 |
| Fleet Safety Equipment | 373.80 |
| Fleet Safety Equipment | 671.76 |
| | |
| Misc tools / supplies to complete job | 200.00 |

| | |
|---|---:|
| 10% overhead | 562.64 |
| Total Consumables | $7,434.55 |

## Invoice - Houston



| Company |
|---|
| Fleet Safety Equipment, Inc. |
| 5858 Waltrip |
| Houston, TX 77087 |
| P- 713-228-8900 |
| F-713-228-8904 |

| Invoice # | Date |
|---|---|
| 8250 | 08/18/2010 |

| Customer |
|---|
| Refinery Terminal Fire Company |
| Refinery Terminal Fire Company |
| Att: Accounts Payable |
| P. O. Box 4162 |
| Corpus Christi    TX       78469-4162 |

| Ship To |
|---|
| Refinery Terminal Fire Company |
| Refinery Terminal Fire Company |
| 4802 Upriver Road |
| Corpus Christi    TX       78407 |

| Sales Rep | PO # | Terms | FOB | SO # | Due Date |
|---|---|---|---|---|---|
| Rivera, Maria | CTG10-031 | NET 30 | | 6681 | 9/17/2010 |

| Qty | B/O | Item | Description | UOM | Price Per | Ext. |
|---|---|---|---|---|---|---|
| 0 | 6 | 90C0ENZR | 24 LED 900 Scenelight | EA | 276.64 | 0.00 |
| 10 | 0 | 90RR5FRR | 900 LIN.SUPER-LED FLASH, R/R/R (same as 01-06841378RR) | EA | 156.23 | 1,562.30 |
| 0 | 1 | JE2RRRR | 55' Justice Lightbar with 4 Red Corners | EA | 605.36 | 0.00 |
| 0 | 2 | JDLR | Add 1 LIN6, RED Outboard | EA | 83.44 | 0.00 |
| 0 | 2 | JDLC | OPT JUSTICE ADD LIN6 LED WHITE | EA | 98.00 | 0.00 |
| 0 | 2 | JDLB | Add 1 Lin6 Blue Outboard | EA | 83.44 | 0.00 |
| 0 | 6 | LH79205-1 | Light Housing - 41d. - Whelen 7" x 9" Light " | EA | 93.91 | 0.00 |
| 1 | 0 | *S & H - A8 | Shipping and Handling | EA | 16.63 | 16.63 |

RECEIVED
SEP 03 2010
BY

9 $80+.10

POSTED
9/10/10
INT.

Customer Signature:

* There will be a 30% restocking fee for all returned items. All items must be returned with original packing. No returns after 30 days. Special ordered items will not be considered for return under any circumstances.

| | |
|---|---|
| Sub-Total: | 1,578.93 |
| | 0.00 |
| BEST WAY | 0.00 |
| Taxes | 0.00 |
| Total | 1,578.93 |
| Payment | 0.00 |
| Balance | 1,578.93 |

RTFC 101314

| Invoice # | Date |
|---|---|
| 8547 | 08/26/2010 |

**Company**

Fleet Safety Equipment, Inc.
5858 Waltrip
Houston, TX 77087
P- 713-228-8900
F-713-228-8904



**Customer**

Refinery Terminal Fire Company
Refinery Terminal Fire Company
Att: Accounts Payable
P. O. Box 4162
Corpus Christi    TX        78469-4162

**Ship To**

Refinery Terminal Fire Company
Refinery Terminal Fire Company
4802 Upriver Road

Corpus Christi    TX        78407

| Sales Rep | PO # | Terms | FOB | SO # | Due Date |
|---|---|---|---|---|---|
| Rivera, Maria | CTG10-031 | NET 30 | | 6681 | 9/25/2010 |

| Qty | B/O | Item | Description | UOM | Price Per | Ext. |
|---|---|---|---|---|---|---|
| 6 | 0 | 90C0ENZR | 24 LED 900 Scenelight | EA | 276.64 | 1,659.84 |
| 1 | 0 | JE2RRRR | 55' Justice Lightbar with 4 Red Corners | EA | 605.36 | 605.36 |
| 2 | 0 | JDLR | Add 1 LIN6, RED Outboard | EA | 83.44 | 166.88 |
| 2 | 0 | JDLC | OPT JUSTICE ADD LIN6 LED WHITE | EA | 98.00 | 196.00 |
| 2 | 0 | JDLB | Add 1 Lin6 Blue  Outboard | EA | 83.44 | 166.88 |
| 0 | 6 | LH79205-1 | Light Housing - 41d. - Whelen 7" x 9" Light " | EA | 93.91 | 0.00 |
| 1 | 0 | *S & H - B6 | Shipping and Handling | EA | 26.00 | 26.00 |

RECEIVED
AUG 30 2010
BY

9 Sept. 10

POSTED
INT.

| | |
|---|---|
| Sub-Total: | 2,820.96 |
| | 0.00 |
| BEST WAY | 0.00 |
| Taxes | 0.00 |
| Total | 2,820.96 |
| Payment | 0.00 |
| **Balance** | **2,820.96** |

Customer Signature:

* There will be a 30% restocking fee for all returned items. All items must be returned with original packing. No returns after 30 days. Special ordered items will not be considered for return under any circumstances.

RTFC 101315

RECEIVED
AUG 0 2 2010
BY:

**Company**

Fleet Safety Equipment, Inc.
5858 Waltrip
Houston, TX 77087
P- 713-228-8900
F-713-228-8904



# Invoice - Houston

| Invoice # | Date |
|-----------|------|
| 7652 | 07/29/2010 |

| **Customer** |
|---|
| Refinery Terminal Fire Company |
| Refinery Terminal Fire Company |
| Att: Accounts Payable |
| P. O. Box 4162 |
| Corpus Christi    TX        78469-4162 |

| **Ship To** |
|---|
| Refinery Terminal Fire Company |
| Refinery Terminal Fire Company |
| 4802 Upriver Road |
| Corpus Christi    TX        78407 |

| Sales Rep | PO # | Terms | FOB | SO # | Due Date |
|-----------|------|-------|-----|------|----------|
| CHRIS ROHRMAN | C4G10-031 | NET 30 | | 6681 | 8/28/2010 |

| Qty | B/O | Item | Description | UOM | Price Per | Ext. |
|-----|-----|------|-------------|-----|-----------|------|
| 0 | 6 | 90C0ENZR | 24 LED 900 Scenelight | EA | 276.64 | 0.00 |
| 0 | 10 | 90RR5FRR | 900 LIN.SUPER-LED FLASH, R/R/R (same as 01-06841378RR) | EA | 156.23 | 0.00 |
| 0 | 10 | 9FLANGEB | 900 SERIES BLACK FLANGE KIT | EA | 6.80 | 0.00 |
| 1 | 3 | HHS2200 | HAND-HELD SIREN | EA | 296.80 | 296.80 |
| 2 | 0 | SA315P | SA315P SPEAKER, BLACK PLASTIC | EA | 141.68 | 283.36 |
| 2 | 0 | SAK1 | SA-315 MOUNT KIT UNIVERSAL | EA | 17.92 | 35.84 |
| 0 | 1 | JE2RRRR | 55' Justice Lightbar with 4 Red Corners | EA | 605.36 | 0.00 |
| 0 | 2 | JDLR | Add 1 LIN6, RED Outboard | EA | 83.44 | 0.00 |
| 0 | 2 | JDLC | OPT JUSTICE ADD LIN6 LED WHITE | EA | 98.00 | 0.00 |
| 0 | 2 | JDLB | Add 1 Lin6 Blue  Outboard | EA | 83.44 | 0.00 |
| 0 | 6 | LH79205-1 | Light Housing - 41d. - Whelen 7" x 9" Light " | EA | 93.91 | 0.00 |
| 0 | 2 | CAST4V | Quad 64 Series Casting Kit | EA | 134.40 | 0.00 |
| 1 | 0 | *S & H - A6 | Shipping and Handling | HR | 13.00 | 13.00 |

POSTED
Pa9/10/10
INT. DP

9 Sept. 10

Customer Signature:

| | |
|---|---|
| Sub-Total: | 629.00 |
| | 0.00 |
| UPS | 0.00 |
| Taxes | 0.00 |
| Total | 629.00 |
| Payment | 0.00 |
| **Balance** | **629.00** |

* There will be a 30% restocking fee for all returned items. All items must be returned with original packing. No returns after 30 days. Special ordered items will not be considered for return under any circumstances.

RTFC 101316




| Company |
|---|
| Fleet Safety Equipment, Inc. |
| 5858 Waltrip |
| Houston, TX 77087 |
| P- 713-228-8900 |
| F-713-228-8904 |

RECEIVED
AUG 16 2010

| Invoice # | Date |
|---|---|
| 7872 | 08/09/2010 |

| Customer |
|---|
| Refinery Terminal Fire Company |
| Refinery Terminal Fire Company |
| Att: Accounts Payable |
| P. O. Box 4162 |
| Corpus Christi    TX        78469-4162 |

| Ship To |
|---|
| Refinery Terminal Fire Company |
| Refinery Terminal Fire Company |
| 4802 Upriver Road |
| Corpus Christi    TX        78407 |

| Sales Rep | PO # | Terms | FOB | SO # | Due Date |
|---|---|---|---|---|---|
| Rivera, Maria | CTG10-031 | NET 30 | | 6681 | 9/8/2010 |

| Qty | B/O | Item | Description | UOM | Price Per | Ext. |
|---|---|---|---|---|---|---|
| 0 | 6 | 90C0ENZR | 24 LED 900 Scenelight | EA | 276.64 | 0.00 |
| 0 | 10 | 90RR5FRR | 900 LIN.SUPER-LED FLASH, R/R/R (same as 01-06841378RR) | EA | 156.23 | 0.00 |
| 10 | 0 | 9FLANGEB | 900 SERIES BLACK FLANGE KIT | EA | 6.80 | 68.00 |
| 0 | 1 | JE2RRRR | 55' Justice Lightbar with 4 Red Corners | EA | 605.36 | 0.00 |
| 0 | 2 | JDLR | Add 1 LIN6, RED Outboard | EA | 83.44 | 0.00 |
| 0 | 2 | JDLC | OPT JUSTICE ADD LIN6 LED WHITE | EA | 98.00 | 0.00 |
| 0 | 2 | JDLB | Add 1 Lin6 Blue  Outboard | EA | 83.44 | 0.00 |
| 0 | 6 | LH79205-1 | Light Housing - 41d. - Whelen 7" x 9" Light " | EA | 93.91 | 0.00 |
| 2 | 0 | CAST4V | Quad 64 Series Casting Kit | EA | 134.40 | 268.80 |
| 1 | 0 | *S & H - C2 | Shipping and Handling | EA | 37.00 | 37.00 |
| 0 | 0 | *S & H - A9 | Shipping and Handling | EA | 17.00 | 0.00 |

9 Sept. 10

POSTED 9/10/10
INT. ag

Customer Signature:

* There will be a 30% restocking fee for all returned items. All items must be returned with original packing. No returns after 30 days. Special ordered items will not be considered for return under any circumstances.

| | |
|---|---|
| Sub-Total: | 373.80 |
| | 0.00 |
| BEST WAY | 0.00 |
| Taxes | 0.00 |
| Total | 373.80 |
| Payment | 0.00 |
| **Balance** | **373.80** |

RTFC 101317

| Company |
|---|
| Fleet Safety Equipment, Inc.<br>5858 Waltrip<br>Houston, TX 77087<br>P- 713-228-8900<br>F-713-228-8904  |

# Invoice - Houston

| Invoice # | Date |
|---|---|
| 8558 | 08/27/2010 |

| Customer |
|---|
| Refinery Terminal Fire Company<br>Refinery Terminal Fire Company<br>Att: Accounts Payable<br>P. O. Box 4162<br>Corpus Christi      TX      78469-4162 |

| Ship To |
|---|
| Refinery Terminal Fire Company<br>Refinery Terminal Fire Company<br>4802 Upriver Road<br>Corpus Christi      TX      78407 |

| Sales Rep | PO # | Terms | FOB | SO # | Due Date |
|---|---|---|---|---|---|
| Rivera, Maria | CTG10-032 | CREDIT CARD | | 7265 | 8/27/2010 |

| Qty | B/O | Item | Description | UOM | Price Per | Ext. |
|---|---|---|---|---|---|---|
| 2 | 0 | 60A00TAR | 600 LED ARROW AMBER | EA | 73.36 | 146.72 |
| 2 | 0 | 60C00VCR | 600 LED BACK-UP LIGHT | EA | 73.36 | 146.72 |
| 2 | 0 | 60R00XRR | Brake/Taillight without Flange, with 2 Flash Patterns, Exceeds SAE Requirements | EA | 100.80 | 201.60 |
| 2 | 0 | 60K000XR | 26 DEGREE OPTI-SCENELIGHT W/OUT FLANGE | EA | 73.36 | 146.72 |
| 1 | 0 | *S & H - A1 | Shipping and Handling | EA | 30.00 | 30.00 |

RECEIVED
SEP 03 2010
Y:

9 Sept. 10

POSTED
9/10/10
INT.

**Customer Signature:**

| | |
|---|---|
| Sub-Total: | 671.76 |
| | 0.00 |
| | 0.00 |
| Taxes | 0.00 |
| Total | 671.76 |
| Payment | 671.76 |
| **Balance** | 0.00 |

* There will be a 30% restocking fee for all returned items. All items must be returned with original packing. No returns after 30 days. Special ordered items will not be considered for return under any circumstances.

RTFC 101318

# Invoice - Houston

| Company | |
|---|---|
| Fleet Safety Equipment, Inc. | |
| 5858 Waltrip | |
| Houston, TX 77087 | |
| P- 713-228-8900 | |
| F-713-228-8904 | |

| Invoice # | Date |
|---|---|
| 9305 | 09/21/2010 |

| Customer |
|---|
| Refinery Terminal Fire Company |
| Refinery Terminal Fire Company |
| Att: Accounts Payable |
| P. O. Box 4162 |
| Corpus Christi    TX        78469-4162 |

| Ship To |
|---|
| Refinery Terminal Fire Company |
| Refinery Terminal Fire Company |
| 4802 Upriver Road |
| Corpus Christi    TX        78407 |

| Sales Rep | PO # | Terms | FOB | SO # | Due Date |
|---|---|---|---|---|---|
| Rivera, Maria | CTG10-031 | NET 30 | | 6681 | 10/21/2010 |

| Qty | B/O | Item | Description | UOM | Price Per | Ext. |
|---|---|---|---|---|---|---|
| 6 | 0 | LH79205-1 | Light Housing - 41d. – Whelen 7" x 9" Light " | EA | 93.91 | 563.46 |
| 1 | 0 | *S & H - C1 | Shipping and Handling | EA | 34.00 | 34.00 |

RECEIVED
SEP 24 2010
BY

POSTED
INT.

Customer Signature:

*There will be a 30% restocking fee for all returned items. All items must be returned with original packing. No returns after 30 days. Special ordered items will not be considered for return under any circumstances.*

| | |
|---|---|
| Sub-Total: | 597.46 |
| | 0.00 |
| BEST WAY | 0.00 |
| Taxes | 0.00 |
| Total | 597.46 |
| Payment | 0.00 |
| **Balance** | **597.46** |



361 / 882-6253

# REFINERY TERMINAL FIRE COMPANY

P.O. BOX 4162 • 78469-4162    4802 UP RIVER ROAD • 78407-1722    CORPUS CHRISTI, TEXAS

Invoice No.:    ERS 10-031

Date:    24-Feb-10

CITGO - Corpus Christi Refinery
P. O. Box 9176
Corpus Christi, TX  78469-9176
Attn:  Lyn Barrett

| Customer ID | | | Purchase Order No. | Payment Terms |
|---|---|---|---|---|
| | | | | Net Due |
| ███████████████ | | | Date of Standby / Callout | Due Date |
| | | | 16-Feb-10 | Upon Receipt |

| Quantity | Unit | Item | Description | Unit Price | Extension |
|---|---|---|---|---|---|
| 1.00 | | | Personell utilized at Citgo  35lb level 1 Tank 1016 overfill spill RTFC 2010-099 | 2,304.1950 | 2,304.20 |
| 1.00 | | | Call Out Pay  35lb | 1350.0000 | 1,350.00 |
| 1.00 | | | Consumables  3514 | 9,707.1616 | 9,707.16 |

POSTED
3/8/10
INT. ag vss

**TOTAL:**    **$13,361.36**

RTFC 101398

Hourly Wage Worksheet

Name: **Fire Captain**　　　　Rank:　　　　Step: **Senior / Entry**　　02/19/10

　　　　　Hourly Rate:　　　　$53.62　　　$79.81

| DATE | HOURS | EMPLOYEE | Additional Time Worked | COST | Callout | COST | | COST | | COST |
|---|---|---|---|---|---|---|---|---|---|---|
| 02/16/10 | 0.00 | Martinez, David | | $0.00 | 5.25 | $419.00 | | $0.00 | | $0.00 |
| | 0.00 | | | $0.00 | | $0.00 | | $0.00 | | $0.00 |
| | 0.00 | | | $0.00 | | $0.00 | | $0.00 | | $0.00 |
| | 0.00 | | | $0.00 | | $0.00 | | $0.00 | | $0.00 |
| | 0.00 | | | $0.00 | | $0.00 | | $0.00 | | $0.00 |
| | 0.00 | | | $0.00 | | $0.00 | | $0.00 | | $0.00 |
| | 0.00 | | | $0.00 | | $0.00 | | $0.00 | | $0.00 |
| | 0.00 | | | $0.00 | | $0.00 | | $0.00 | | $0.00 |
| | 0.00 | | | $0.00 | | $0.00 | | $0.00 | | $0.00 |
| | 0.00 | | | $0.00 | | $0.00 | | $0.00 | | $0.00 |
| | 0.00 | | | $0.00 | | $0.00 | | $0.00 | | $0.00 |
| | 0.00 | | | $0.00 | | $0.00 | | $0.00 | | $0.00 |
| | 0.00 | | | $0.00 | | $0.00 | | $0.00 | | $0.00 |
| | 0.00 | | | $0.00 | | $0.00 | | $0.00 | | $0.00 |
| | 0.00 | | | $0.00 | | $0.00 | | $0.00 | | $0.00 |
| | 0.00 | | | $0.00 | | $0.00 | | $0.00 | | $0.00 |
| | 0.00 | | | $0.00 | | $0.00 | | $0.00 | | $0.00 |
| | 0.00 | | | $0.00 | | $0.00 | | $0.00 | | $0.00 |
| | 0.00 | | | $0.00 | | $0.00 | | $0.00 | | $0.00 |
| TOTALS | 0.00 | | 0.00 | $0.00 | 5.25 | $419.00 | 0.00 | $0.00 | 0.00 | $0.00 |

INVOICE TOTAL:　　$419.00

Name: **Firefighter 2**              Rank:                    Step: **Senior / Entry**      02/19/10

Hourly Rate:                    $45.87                    $71.66

| DATE | HOURS | EMPLOYEE | Additional Time Worked | COST | Callout | HOURS COST | | COST |
|---|---|---|---|---|---|---|---|---|
| 02/16/10 | 5.75 | Paniagua, Stephen | | $0.00 | 5.75 | $412.05 | | $0.00 |
| | 0.00 | | | $0.00 | | $0.00 | | $0.00 |
| | 0.00 | | | $0.00 | | $0.00 | | $0.00 |
| | 0.00 | | | $0.00 | | $0.00 | | $0.00 |
| | 0.00 | | | $0.00 | | $0.00 | | $0.00 |
| | 0.00 | | | $0.00 | | $0.00 | | $0.00 |
| | 0.00 | | | $0.00 | | $0.00 | | $0.00 |
| | 0.00 | | | $0.00 | | $0.00 | | $0.00 |
| | 0.00 | | | $0.00 | | $0.00 | | $0.00 |
| | 0.00 | | | $0.00 | | $0.00 | | $0.00 |
| | 0.00 | | | $0.00 | | $0.00 | | $0.00 |
| | 0.00 | | | $0.00 | | $0.00 | | $0.00 |
| | 0.00 | | | $0.00 | | $0.00 | | $0.00 |
| | 0.00 | | | $0.00 | | $0.00 | | $0.00 |
| | 0.00 | | | $0.00 | | $0.00 | | $0.00 |
| | 0.00 | | | $0.00 | | $0.00 | | $0.00 |
| | 0.00 | | | $0.00 | | $0.00 | | $0.00 |
| | 0.00 | | | $0.00 | | $0.00 | | $0.00 |
| | 0.00 | | | $0.00 | | $0.00 | | $0.00 |
| TOTALS | 5.75 | | 0.00 | $0.00 | 5.75 | $412.05 | 0.00 | $0.00 |

INVOICE TOTAL:        $412.05

RTFC 101400

# Hourly Wage Worksheet

Name: **Firefighter 1**  Rank:  Step: **Senior / Entry**  2/19/10

Hourly Rate:  $40.51  $66.02

| DATE | HOURS | EMPLOYEE | Additional Time Worked | COST | Callout | COST | | COST |
|------|-------|----------|------------------------|------|---------|------|--|------|
| | | | | | | HOURS | | |
| 02/16/10 | 5.25 | Solis, Ernesto | | $0.00 | 5.25 | $346.61 | | $0.00 |
| 02/16/10 | 5.25 | Burges, Matthew | | $0.00 | 5.25 | $346.61 | | $0.00 |
| 02/16/10 | 5.00 | Martinez, Andrew | | $0.00 | 5.00 | $330.10 | | $0.00 |
| 02/16/10 | 1.50 | Morreale,Mitchell | | $0.00 | 1.50 | $99.03 | | $0.00 |
| | 0.00 | | | $0.00 | | $0.00 | | $0.00 |
| | 0.00 | | | $0.00 | | $0.00 | | $0.00 |
| | 0.00 | | | $0.00 | | $0.00 | | $0.00 |
| | 0.00 | | | $0.00 | | $0.00 | | $0.00 |
| | 0.00 | | | $0.00 | | $0.00 | | $0.00 |
| | 0.00 | | | $0.00 | | $0.00 | | $0.00 |
| | 0.00 | | | $0.00 | | $0.00 | | $0.00 |
| | 0.00 | | | $0.00 | | $0.00 | | $0.00 |
| | 0.00 | | | $0.00 | | $0.00 | | $0.00 |
| | 0.00 | | | $0.00 | | $0.00 | | $0.00 |
| | 0.00 | | | $0.00 | | $0.00 | | $0.00 |
| | 0.00 | | | $0.00 | | $0.00 | | $0.00 |
| | 0.00 | | | $0.00 | | $0.00 | | $0.00 |
| | 0.00 | | | $0.00 | | $0.00 | | $0.00 |
| | 0.00 | | | $0.00 | | $0.00 | | $0.00 |
| | 0.00 | | | $0.00 | | $0.00 | | $0.00 |
| TOTALS | 17.00 | | 0.00 | $0.00 | | $1,122.34 | 0.00 | $0.00 |

$1,122.34

Hourly Wage Worksheet

| Name: | **FF Trainee** | | | Rank: | | Step: | **Trainee** | 2/19/10 |
|---|---|---|---|---|---|---|---|---|

Hourly Rate: $35.75 $61.01

| DATE | HOURS | EMPLOYEE | Additional Time Worked | COST | Callout | COST | | COST | | COST |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | HOURS | | | | |
| 02/16/10 | 5.75 | Rodriguez, Mario | | $0.00 | 5.75 | $350.81 | | $0.00 | | $0.00 |
| | 0.00 | | | $0.00 | | $0.00 | | $0.00 | | $0.00 |
| | 0.00 | | | $0.00 | | $0.00 | | $0.00 | | $0.00 |
| | 0.00 | | | $0.00 | | $0.00 | | $0.00 | | $0.00 |
| | 0.00 | | | $0.00 | | $0.00 | | $0.00 | | $0.00 |
| | 0.00 | | | $0.00 | | $0.00 | | $0.00 | | $0.00 |
| | 0.00 | | | $0.00 | | $0.00 | | $0.00 | | $0.00 |
| | 0.00 | | | $0.00 | | $0.00 | | $0.00 | | $0.00 |
| | 0.00 | | | $0.00 | | $0.00 | | $0.00 | | $0.00 |
| | 0.00 | | | $0.00 | | $0.00 | | $0.00 | | $0.00 |
| | 0.00 | | | $0.00 | | $0.00 | | $0.00 | | $0.00 |
| | 0.00 | | | $0.00 | | $0.00 | | $0.00 | | $0.00 |
| | 0.00 | | | $0.00 | | $0.00 | | $0.00 | | $0.00 |
| | 0.00 | | | $0.00 | | $0.00 | | $0.00 | | $0.00 |
| | 0.00 | | | $0.00 | | $0.00 | | $0.00 | | $0.00 |
| | 0.00 | | | $0.00 | | $0.00 | | $0.00 | | $0.00 |
| | 0.00 | | | $0.00 | | $0.00 | | $0.00 | | $0.00 |
| | 0.00 | | | $0.00 | | $0.00 | | $0.00 | | $0.00 |
| | 0.00 | | | $0.00 | | $0.00 | | $0.00 | | $0.00 |
| TOTALS | 5.75 | | 0.00 | $0.00 | 5.75 | $350.81 | 0.00 | $0.00 | 0.00 | $0.00 |

INVOICE TOTAL: $350.81

RTFC 101402

# Refinery Terminal Fire Company

## APPARATUS

| DATE | QTY. | UNIT | DESCRIPTION | UNIT PRICE | TOTAL |
|------|------|------|-------------|------------|-------|
| 02/17/10 | 9.48 | gallons | fuel | 2.690 | 25.50 |
| 02/17/10 | 9.48 | gallons | fuel | 2.690 | 25.50 |
| | | | | Subtotal | 51.00 |

## FOAM

| DATE | QTY. | UNIT | DESCRIPTION | UNIT PRICE | TOTAL |
|------|------|------|-------------|------------|-------|
| 02/18/10 | 265 | gallons | Thunderstorm Foam | 32.93 | 8,726.45 |
| | | | | Subtotal | 8,726.45 |

## EQUIPMENT REPAIR / REPLACEMENT / MAINTENANCE

| DATE | QTY. | UNIT | DESCRIPTION | UNIT PRICE | TOTAL |
|------|------|------|-------------|------------|-------|
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | Subtotal | 0.00 |

## MISCELLANEOUS

| DATE | QTY. | UNIT | DESCRIPTION | UNIT PRICE | TOTAL |
|------|------|------|-------------|------------|-------|
| 02/16/10 | 1 | | Whataburger | 47.24 | 47.24 |

| | |
|---|---|
| Subtotal | 47.24 |
| 10% Overhead Charge | 882.47 |
| TOTAL | 9,707.16 |

RTFC 101403

# CALLOUT PAY

Career

| | | |
|---|---|---|
| M | Rodriguez | 50.00 |
| E | Solis | 50.00 |
| R | Maxson | 50.00 |
| A | Vega | 50.00 |
| D | White | 50.00 |
| D | Quintanilla | 50.00 |
| S | Paniagua | 50.00 |
| A | Lopez | 50.00 |
| J | Newcomb | 50.00 |
| C | Chavez | 50.00 |
| M | Burges | 50.00 |
| A | Martinez | 50.00 |
| D | Martinez | 50.00 |
| L | Garza | 50.00 |
| D | Herr | 50.00 |
| R | Cantu | 50.00 |
| S | Hernandez | 50.00 |
| C | Garcia | 50.00 |
| J | Mireles | 50.00 |
| M | Gunter | 50.00 |
| A | Walton | 50.00 |
| J | Carroll | 50.00 |
| R | Aguilar | 50.00 |
| D | Rodriguez | 50.00 |
| J | Skoruppa | 50.00 |
| B | Schroeder | 50.00 |
| A | Soliz | 50.00 |

**TOTAL**     **1,350.00**

```
THANK YOU-COME AGAIN
      TO VALERO
    CORNER STORE
    VALERO.COM

  0000000000-000


  DATE      02/17/10
  TIME       3:47 PM
  AUTH# 207280
  VEHICLE# 0000030

  VLO FLEET

  PUMP  PRODUCT  PPG
   1     DIES   $2.699

  GALLONS    TOTAL
  9.449     $25.50


    Store #1501
     5202 IH 37
  Corpus Christi, TX
```

#7324

2-17-10.

Fueled Ford truck next day
after callout @ citgo

#2010-099

THANK YOU-COME AGAIN
TO VALERO
CORNER STORE
VALERO.COM

0000000000-000

DATE        02/17/10
TIME         3:50 PM
AUTH# 370980
VEHICLE# 0000030

1.0 FLEET

PUMP  PRODUCT  PPG
1     DIES     $2.699

GALLONS        TOTAL
9.482          $25.59

Store #1501
5202 IH 37
Corpus Christi, TX

#7324

2-17-10.

Fueled. Foam 1 Next Day,
after. call out @ c.tga

# 2010-099

# Purchase Order

REFINERY TERMINAL FIRE CO.
P.O. Box 4162
Corpus Christi, TX 78469

Ph: 361-882-6253
Fax: 361-884-6476



**PO#: ERS10- 061**
Date: 02/18/10          Date Required:
Terms:
Ship by:
Buyer: JDL
Other:

---

Vendor

**Williams Fire & Hazard Control**
P.O. Box 1359
Mauriceville, TX 77626

Ph: **(225) 757-5997**

Ship To

**PO#: ERS10- 061**
REFINERY TERMINAL FIRE CO.
3920 Carbon Plant Rd.
Corpus Christi, TX 78410

---

| Item | Code | Description | Unit | Quantity | Unit Price | Amount |
|------|------|-------------|------|----------|-----------|--------|
| 1 | ERS 1315 | Thunderstorm foam (1 each 265 gal. tote) | ea | 265 | $32.93 | $8,726.45 |
| | | NOTE: To replace foam used at Citgo call out 2/16/2010. | | | | |

| | |
|---|---|
| Total Amount | $8,726.45 |
| Tax Rate **EXEMPT**    Tax | |
| **Total Purchase Order** | **$8,726.45** |

---

Message

Please mail Original and two copies of invoice to:

**Refinery Terminal Fire Company**
**P.O. Box 4162**
**Corpus Christi, TX  78469**

Authorization

The above material to be used for:

Initiated by: _____ Date: 02/18/10

Approved by: _____ Date: 2/18/10

OK

RTFC 101407



**WHATABURGER.**

Whataburger

Restaurant 3
4510 Leopard
Corpus Christi, TX 78408
(361)882-5524
General Manager - Quintanilla, Senaida R
1-800-6Burger

2/16/2010                    9:23:16 PM
Order 540335        Cashier:

| | |
|---|---|
| FRIES | 0.00 |
| MD DP | 0.00 |
| -------- | 0.00 |
| 1 #1  ML-WHATABURGER | 4.84 |
| SUB MAYO | 0.00 |
| LARGE CHEESE | 0.49 |
| BACON 3 SLICES | 1.17 |
| TBBS | 0.00 |
| *********** | 0.00 |
| FRIES | 0.00 |
| MD DP | 0.00 |
| -------- | 0.00 |
| 6 APPLE PIE | 5.94 |

|  | |
|---|---|
| SubTotal | 43.64 |
| Tax | 3.60 |
| **Total** | **47.24** |
| Visa | 47.24 |
| Acct:XXXXXXXX6571 | |

Approval:094645

Customer Copy
xxxxxxxxxxxxxxxxxxxxxxxxxxxxx
Order 540335
xxxxxxxxxxxxxxxxxxxxxxxxxxxxx
Phone In
Thank you for visiting!

---

2-16-10.
Purchased Meals
for Standby crew @
the MS.
$47.24
Inv# 2010-099



361 / 882-6253

# REFINERY TERMINAL FIRE COMPANY

P.O. BOX 4162 • 78469-4162    4802 UP RIVER ROAD • 78407-1722    CORPUS CHRISTI, TEXAS

Invoice No.:    ERS 11-138

Date:    28-Nov-11

CITGO - Corpus Christi Refinery
P. O. Box 9176
Corpus Christi, TX  78469-9176
Attn:  Lyn Barrett

| Customer ID | | | Purchase Order No. | Payment Terms |
|---|---|---|---|---|
| | | | 4900000105 | Net Due |
| | | | Date of Standby / Callout | Due Date |
| | | | 8-Nov-11 | Upon Receipt |

| Quantity | Unit | Item | Description | Unit Price | Extension |
|---|---|---|---|---|---|
| 1.00 | | | Personell utilized for Services on Citgo Attack Truck | 2025.00 | $2,025.00 |
| | | | Subtotal | | 2,025.00 |
| | | | | | |
| | | | Fleet Safety Equipment PO# ERS 11-019 | 7268.4600 | 7,268.46 |
| | | | Consumables (Travel Expenses) | 233.4300 | 233.43 |
| | | | Subtotal | | 7,501.89 |
| | | | 10% Overhead Charge | | 750.19 |

**TOTAL:**    **$10,277.08**

3315

POSTED 12/6/11
INT. 08



RTFC 99356

Hourly Wage Worksheet

| Name: | **Firefighter** | | Rank: | | Step: **Senior / Entry** |
|---|---|---|---|---|---|
| | | | | | 11/08/11 |
| | Hourly Rate: | | $60.00 | $90.00 | |

| DATE | HOURS | EMPLOYEE | HOURS | | | |
|---|---|---|---|---|---|---|
| | | | Additional Time Worked | COST | Callout | COST |
| 11/08/11 | 5.00 | White, D | 5.00 | $300.00 | | $0.00 |
| 11/09/11 | 6.00 | White, D | 6.00 | $360.00 | | $0.00 |
| 11/10/11 | 1.50 | White, D | 1.50 | $90.00 | | $0.00 |
| 11/11/11 | 2.00 | White, D | 2.00 | $120.00 | | $0.00 |
| 11/11/11 | 4.00 | White, D | 4.00 | $240.00 | | $0.00 |
| 11/11/11 | 1.50 | Huape | 1.50 | $90.00 | | $0.00 |
| 11/12/11 | 4.50 | White, D | 4.50 | $270.00 | | $0.00 |
| 11/16/11 | 9.25 | White, D | 9.25 | $555.00 | | $0.00 |
| | 0.00 | | | $0.00 | | $0.00 |
| | 0.00 | | | $0.00 | | $0.00 |
| | 0.00 | | | $0.00 | | $0.00 |
| | 0.00 | | | $0.00 | | $0.00 |
| | 0.00 | | | $0.00 | | $0.00 |
| | 0.00 | | | $0.00 | | $0.00 |
| | 0.00 | | | $0.00 | | $0.00 |
| | 0.00 | | | $0.00 | | $0.00 |
| | 0.00 | | | $0.00 | | $0.00 |
| | 0.00 | | | $0.00 | | $0.00 |
| | 0.00 | | | $0.00 | | $0.00 |
| | 0.00 | | | $0.00 | | $0.00 |
| TOTALS | 33.75 | | 33.75 | $2,025.00 | 0.00 | $0.00 |

INVOICE TOTAL:     $2,025.00

::

# Refinery Terminal Fire Company

## Purchase Orders

| DATE | QTY. | UNIT | DESCRIPTION | UNIT PRICE | TOTAL |
|---|---|---|---|---|---|
| 11/15/2011 | 1 | 1 | Fleet Safety Equipment PO# ERS 11-019 | 7268.46 | 7,268.46 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | **Subtotal** | 7,268.46 |

## MISCELLANEOUS

| DATE | QTY. | UNIT | DESCRIPTION | UNIT PRICE | TOTAL |
|---|---|---|---|---|---|
| 11/16/2011 | 1 | 1 | Buc-EE's | 7.96 | 7.96 |
| 11/16/2011 | 1 | 1 | Jack-in-the-Box | 14.46 | 14.46 |
| 11/17/2011 | 1 | 1 | Stripes | 58.00 | 58.00 |
| 11/16/2011 | 1 | 1 | Shell | 61.01 | 61.01 |
| 11/16/2011 | 1 | 1 | Shell | 92.00 | 92.00 |
| 11/11/2011 | 1 | 1 | Hertz Car Rental | 189.87 | 189.87 |
| 11/4/2011 | 1 | 1 | Southwest Airlines | 347.90 | 347.90 |
| 11/12/2011 | 1 | 1 | Stripes | 19.30 | 19.30 |
| 11/11/2011 | 1 | 1 | Kappa Asian Cuisine | 36.67 | 36.67 |
| 11/12/2011 | 1 | 1 | Harris County Toll Road | 1.50 | 1.50 |
| 11/8/2011 | 1 | 1 | Harris County Toll Road | 1.50 | 1.50 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | **Subtotal** | 233.43 |
| | | | | **10% Overhead Charge** | 750.19 |
| | | | | **TOTAL** | 8,252.08 |



# Fleet Safety Equipment, Inc.
5858 Waltrip
Houston, TX 77087

# Invoice

| Date | Invoice # |
|---|---|
| 11/15/2011 | 113135 |

| Bill To | Ship To |
|---|---|
| Refinery Terminal Fire Company<br>Att: Accounts Payable<br>P. O. Box 4162<br>Corpus Christi, TX 78469-4162 | Refinery Terminal Fire Company<br>4802 Upriver Road<br>Corpus Christi, TX 78407<br>Attn: Chris Powell - Tech Services |

CTG 11-019

| P.O. Numb... | Terms | Due Date | Rep | Email Address | Ship Date | Ship Via | Unit # |
|---|---|---|---|---|---|---|---|
| CTG11-019 | NET 30 | 12/15/2011 | MR | | 11/15/2011 | Installation | |

| Qty ... | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| 1 | JY2RRRR | JUSTICE WC 6LED 56' R/R/R/R | 752.22 | 752.22 |
| 1 | JALF1 | JUSTICE WC LR11 ALLEYS LEVEL 2 | 56.70 | 56.70 |
| 1 | JTDLED2 | OPT JUSTICE WC LED TAKEDOWN PR | 110.70 | 110.70 |
| 4 | JDLA | Add 1 LIN6 Amber | 82.0825 | 328.33 |
| 2 | JDLB | Add 1 Lin6 Blue Outboard | 82.08 | 164.16 |
| 6 | JDLR | Add 1 LIN6, RED Outboard | 82.08 | 492.48 |
| 2 | JDLC | OPT JUSTICE ADD LIN6 LED WHITE | 96.665 | 193.33 |
| 1 | STPKT38 | LIGHTBAR STAP KIT 00-04 EXCURSION, 99-06 F250/350/450/550 SUPER DUTY (EDGE SERIES ONLY) | 26.46 | 26.46 |
| 1 | 295SLSA6 | 295SLSA6 SIREN/CONTROL CENTER | 335.34 | 335.34 |
| 2 | SA315P | SA315P SPEAKER, BLACK PLASTIC in side the grill | 142.02 | 284.04 |
| 2 | SAK1 | SA-315 MOUNT KIT UNIVERSAL | 17.82 | 35.64 |
| 2 | VTX609R | VERTEX SUPER-LED LIGHT RED | 66.40 | 132.80 |
| 2 | VTX609C | VERTEX SUPER-LED LIGHT WHITE | 66.42 | 132.84 |
| 2 | LINZ6D | LINZ6 LED HORIZ SYNC RED/WHT | 82.82 | 165.64 |
| 2 | RBKT1 | ANGLE BRACKET FOR SINGLE TIR3 | 5.13 | 10.26 |
| 2 | M6K | M6 LED FLASHER AMBER/RED side of the tool box | 118.26 | 236.52 |
| 2 | M6FC | M6 SERIES FLANGE CHROME | 7.56 | 15.12 |
| 1 | UHF2150A | UHF2150A HEADLIGHT FLASHER | 34.56 | 34.56 |
| 2 | M7RC | M7 LED FLASHER RED W/CLR LENS | 107.46 | 214.92 |

Any court proceedings shall be interpreted and governed in accordance with the laws of the State of Tennessee. Each party to this agreement agrees that any suit, action, or other legal proceeding arising out of this agreement shall exclusively be brought in the Shelby County Court at Memphis, Tennessee or to the United States District Court for the Western District of Tennessee at Memphis. The prevailing party in such action will be entitled to recover court costs and reasonable attorneys' fees in the judgement rendered in such action.

Fleet Safety warrents that the products when sold conform to the descriptions stated above. THIS WARRANTY IS GIVEN IN LIEU OF ALL OTHER WARRANTIES, EXPRESS OR IMPLIED, INCLUDING THE IMPLIED WARRANTIES OF MERCHANTABILITY AND FITNESS FOR A PARTICULAR PURPOSE. Any claim made in writing within 30 days of purchase, and Fleet Safety's liability is limited to replacement. Buyer shall indemnify Fleet Safety against any losses and liability arising out of the purchase, possession, or use of the products by the buyer. All disputes arising out of this agreement shall be settled by binding arbitration by a single arbitrator conducted in accordance with the rules of the American Arbitrator Association, and the prevailing party shall be entitled to its reasonable expenses, including attorneys fees.

| | |
|---|---|
| **Subtotal** | |
| **Tax (8.25%)** | |
| **Total** | |
| **Credits** | |
| **Balance Due** | |

Signature:

| Phone # | Fax # | E-mail | Web Site |
|---|---|---|---|
| 866-829-8900 | 713-228-8904 | bonnie@fleetsafety.com | www.fleetsafety.com |

Page 1

Rec'd
Cathy Wright
11/16/11



# Fleet Safety Equipment, Inc.

5858 Waltrip
Houston, TX 77087

# Invoice

| Date | Invoice # |
|------|-----------|
| 11/15/2011 | 113135 |

| Bill To | Ship To |
|---------|---------|
| Refinery Terminal Fire Company<br>Att: Accounts Payable<br>P. O. Box 4162<br>Corpus Christi, TX 78469-4162 | Refinery Terminal Fire Company<br>4802 Upriver Road<br>Corpus Christi, TX 78407<br>Attn: Chris Powell - Tech Services |

*CTG 11-019*

| P.O. Numb... | Terms | Due Date | Rep | Email Address | Ship Date | Ship Via | Unit # |
|--------------|-------|----------|-----|---------------|-----------|----------|--------|
| CTG11-019 | NET 30 | 12/15/2011 | MR | | 11/15/2011 | Installation | |

| Qty ... | Item Code | Description | Price Each | Amount |
|---------|-----------|-------------|------------|--------|
| | | rear of the flat bed | | |
| 2 | M7FC | M7 SERIES FLANGE CHROME | 7.56 | 15.12 |
| 2 | KR-SB-1PFP2 | Pionner Plus Dual Panel LED Flood w/side Mount Top rise | 1,082.90 | 2,165.80 |
| | | one on each side of the head rack | | |
| 1 | C-TMW-F250-02 | Mounting base, Trak mount, 8" Wide, 28" Extrusion, With vehicle mount, Ford F-250, 2011 | 86.36 | 86.36 |
| | | track mount will fix for a f-450 | | |
| 1 | C-3010 | CON, CS, 30TMS, 0DG, HC, W-VMT, 10d, | 255.68 | 255.68 |
| 1 | C-LP-3 | 2' PLATE WITH THREE 12 VDC LIGHTER OUTLETS | 29.92 | 29.92 |
| 1 | C-ARM-102 | CON, ACSY, ARM, EM, SPD, H-ADJT, SDMT, Side mount armrest | 46.92 | 46.92 |
| 3 | C-MC | CONSOLE MIC CLIP | 7.48 | 22.44 |
| 3 | C-MCB | MIC CLIP BRACKETS | 9.52 | 28.56 |
| 1 | C-CUP2-1 | CON, ACSY, CUPHLDR, IM, 4MS, DUAL, | 28.56 | 28.56 |
| 1 | C-AP-1395 | CON, ACSY, BOX, IM, 13MS, 9.5d, | 53.04 | 53.04 |
| 1 | Labor | Labor to install equipment | 650.00 | 650.00 |
| 1 | INSTALL-LARGE ... | LARGE INSTALL KIT | 99.00 | 99.00 |
| 1 | *S & H - C5 | Shipping and Handling | 65.00 | 65.00 |
| | | -2011 FORD F-450 VIN#BEC75334 TAG #112-9587 | | |
| | | HOU 14423,15501,15503,15509 | | |

Any court proceedings shall be interpreted and governed in accordance with the laws of the State of Tennessee. Each party to this agreement agrees that any suit, action, or other legal proceeding arising out of this agreement shall exclusively be brought in the Shelby County Court at Memphis, Tennessee or to the United States District Court for the Western District of Tennessee at Memphis. The prevailing party in such action will be entitled to recover court costs and reasonable attorneys' fees in the judgement rendered in such action.

Fleet Safety warrents that the products when sold conform to the descriptions stated above. THIS WARRANTY IS GIVEN IN LIEU OF ALL OTHER WARRANTIES, EXPRESS OR IMPLIED, INCLUDING THE IMPLIED WARRANTIES OF MERCHANTABILITY AND FITNESS FOR A PARTICULAR PURPOSE. Any claim must be made in writing within 30 days of purchase, and Fleet Safety's liability is limited to replacement. Buyer shall indemnify Fleet Safety against any losses and liability arising out of the purchase, possession, or use of the products by the buyer. All disputes arising out of this agreement shall be settled by binding arbitration by a single arbitrator conducted in accordance with the rules of the American Arbitrator Association, and the prevailing party shall be entitled to its reasonable expenses, including attorneys fees.

| | |
|---|---|
| Subtotal | $7,268.46 |
| Tax (8.25%) | $0.00 |
| Total | $7,268.46 |
| Credits | $0.00 |
| Balance Due | $7,268.46 |

Signature:

| Phone # | Fax # | E-mail | Web Site |
|---------|-------|--------|----------|
| 866-829-8900 | 713-228-8904 | bonnie@fleetsafety.com | www.fleetsafety.com |

*Rec'd*
*Calif Right*
*11/16/11*

Page 2

```
BUC-EE'S                Houston
979-238-6390          to get GTG
                         Trk

800000075503-001-2
BUC-EE;S #12
2318 WEST MAIN
PORT LAVACA      TX  77979
979-230-2920


   Descr.          qty        amount
   ---------------------------------
T  44OZ FOUNTAIN    1          1.49
T  44OZ FOUNTAIN    1          1.49
T  BRKFST TACO-MENU 1          1.99
T  BRKFST TACO-MENU 1          1.99
T  EXTRA            1          0.39
                             --------
              Sub Total        7.35
                  Tax          0.61
   TOTAL                       7.96
              CREDIT  $        7.96
*****************************************

   CARD TYPE: VISA
   CARD NAME: HIGHT/CALLEN
   ACCT NUMBER: ************6522
   EXP. DATE:       TRANS TYPE: SALE
   SEQ# 0083 REFERENCE# 3200000041000124
   AUTH# 022770      APPROVED
   BATCH# 69


X_____
I AGREE TO PAY TOTAL AMOUNT ACCORDING TO
CARD ISSUER AGREEMENT. _____INITIALS
TOP COPY - MERCHANT  2ND COPY - CUSTOMER
*****************************************

THANK YOU
COME AGAIN!
  REG# 0002 CSH# 022 DR# 01  TRAN# 28880
  11/16/11  10:34:33         ST#   12
```

Hight/White
to Houston -
pick up GTG Truck

# CTG 7440
## Picking Up Attack Truck in Houston

*CTG Trk Houston.*



**in the box**

*Right/White to*
*Houston to pick*
*up CTG Truck*

CARRY OUT    # 324

Tel (281) 489-3533                    JIB# 3911
11/16/2011                            2 01 41 PM
                          Emp      juana
1 Srd Chix +MDFF #10              6.88
   Sub Rings
   Med Drink
1 Srd Jack +LG FF #3             6 48
   No Tomato
   Sub Lrg Sea
   Lrg Drink                    14 46
* *****************************************

# CTG 7440
# Picking Up Attack Truck in Houston

RTFC 99362

*CTG TrK Houston*

WELCOME

TP48574504-001
STRIPES 7055
1301 MOORE AVE
PORTLAND    TX 7837

DATE       11/17/11
TIME        7:07 AM
AUTH# 075786

VISA

PUMP   PRODUCT  PPG
 02     UNLD   $3 069

 GALLONS     TOTAL
 18.898     $58.00

    THANK YOU
 HAVE A NICE DAY

*Hightd White to Houston
to pick up CTG
Truck*

## CTG 7440
## Picking Up Attack Truck in Houston

RTFC 99363

*-1314 CTG*
*TrK Houston*

```
          WELCOME
       SALES RECEIPT
       57 542 367503
    SHELL
    6120 SOUTH LOOP EAST
    HOUSTON
    TX 77087

    DATE11/16/11  1:29PM
    INVOICE# 584680
    AUTH#    079043
       VISA
     ACCOUNT NUMBER
    XXXX XXXX XXXX 6522

    PUMP  PRODUCT    $/G
     08     UNLD    $3.299

    GALLONS    FUEL TOTAL
     18.493      $ 61.01


    TOTAL SALE   $ 61.01

       Save 10cents/gal
       instantly at Shell
    when you earn 100
    points at Kroger.
    Pick up a brochure
    at your local Shell
    for more details.

        THANK YOU
     COME BACK SOON
```

*Right/white to Houston*
*to pick up CTG Truck*

# CTG 7440
## Picking Up Attack Truck in Houston

CTG QA
Houston

Flight white to Houston

For
Attack
Truck

**CTG 7440**
**Picking Up Attack Truck in Houston**

*Hertz*  #01  RR 127668376
RES 00000000009
DAVID WHITE                                CC

**INITIAL CHARGES**
RENT RT  $ 117.49  / DAY   @ 1  / DAYS        $      117.49
SUBTOTAL                                     T$     117.49

**CHARGES ADDED DURING RENTAL**
LDW        ACCEPTED @ $   27.99 DAY      T$      27.99
LIS        DECLINED
PAI, PEC   DECLINED
ADDITIONAL CHARGES*                      T$       3.99
* ADDITIONAL CHARGES
  PRM RD SVC       $    3.99 DY

**SERVICE CHARGES/TAXES**
CONCESSION FEE RECOVERY        11.11%   T$      13.16
ENERGY SURCHARGE                        T$       1.03
VEHICLE LICENSE COST RECOVERY           T$       1.45
TAX    15.000%  ON TAXABLE TTL OF $   165.11    $      24.76
**TOTAL AMOUNT DUE**                            $     189.87
CHARGED ON  VISA       XXXXXXXXXXXX8720

FOR EXPLANATION OF THE ABOVE CHARGES,
PLEASE ASK A REPRESENTATIVE OR GO TO
WWW.HERTZ.COM/CHARGESEXPLAINED

VEHICLE: 01697  / 6684484   11 COROLLA   S
LICENSE: TX CP7J759
FUEL:    FUEL       8 /8 OUT   8 /8 IN
MILEAGE IN:     17639     TR-X MILES:
MILEAGE OUT:    17339     MILES ALLOWED:
MILES DRIVEN:     300     MILES CHARGED:
CDP:   00099

RENTED:    HOUSTON HOBBY A/P
RENTAL:    11/11/11 19:19
RETURN:    11/12/11 08:17
RETURNED:  CORPUS CHRISTI INT'L A/P
COMPLETED BY:  6717/TXCOR10

PLAN IN:   ICWR       RATE CLASS:  B
PLAN OUT:  ICWR

HOW WAS YOUR EXPERIENCE?
WE'D LIKE YOUR FEEDBACK.
1) Call 1-800-278-1595, or
   Visit WWW.HERTZSURVEY.COM
2) Enter Access Code: 01607
3) Take Brief 4 Question Survey

STATEMENT OF CHARGES - NOT VALID FOR RENTAL

*Handwritten:* Houston trip Rental car for Cityu Attack Truck    7440 CTG

eligible for denied booking compensation.

the perfect set of wheels.
Rent a Car



Go to Boarding School          **CHECK-IN**        Get EarlyBird
                                                  Check -In™ Details

Get the best travel deals
straight to your inbox.

## Cost and Payment Summary

AIR - IB455U

**Base Cost**
Base Fare            $ 305.11
Excise Taxes         $ 22.89

**Payment Information**
Payment Type: Visa XXXXXXXXXXXX6720
Date: Nov 4, 2011
Payment Amount: $347.90

**Additional Taxes & Fees**
Segment Fee                   $ 7.40
Passenger Facility Charge     $ 7.50
Security Fee                  $ 5.00
Total Air Cost                $ 347.90





### Flight Status Alerts

>DING<

Get exclusive travel deals straight to your
desktop or iPhone.

Stay on your way with flight departure or
arrival status via text message or email.

Subscribe Now                 Download DING!

*Houston Trip
for Citgo Attack
Plane tickets    Truck
7440 CTG*

| Useful Tools | Know Before You Go | Special Travel Needs |
|---|---|---|
| Check-In Online | In the Airport | Traveling with Children |
| Early Bird Check-In | Baggage Policies | Traveling with Pets |
| View/Share Itinerary | Suggested Airport Arrival Times | Unaccompanied Minors |
| Change Air Reservation | Security Procedures | Baby on Board |
| Cancel Air Reservation | Customers of Size | Customers with Disabilities |
| Check Flight Status | In the Air | |
| Flight Status Notification | Purchasing and Refunds | |
| Book a Car | | |
| Book a Hotel | | |

## Legal Policies & Helpful Information

Privacy Policy          Customer Service Commitment      Contact Us
Notice of Incorporated Terms      FAQs

Book Air   Book Hotel   Book Car   Book Cruises   Book Vacation Packages   See Special Offers   Manage My Account

This is a post-only mailing from Southwest Airlines. Please do not
attempt to respond to this message. Your privacy is important to us.
Please read our Privacy Policy.

[1] All travel involving funds from this Confirmation Number must be

11/4/2011

*Rental*
*Car Fuel*

EXPRESS PAY
WELCOME

DEALER# 4546834-D5Z
STRIPES #2161

CORPUS C    TX

#VISA XXXXXXX6720
CARD # 672
VISA
INV # D5Z5881
AUTH # 019060
APPROVAL # D5Z588
DATE 11/12/11  07:58

PUMP # 02  REG
GALLONS        6.249
PRICE/GAL   $ 3.089

TOTAL (C)    $19.30

THANK YOU
HAVE A NICE DAY

*Houston Trip*
*for Citgo Attack Truck*
*Rental Car Fuel*

*7440 CTG*

RTFC 99368

KAPPA ASIAN CUIS. 2
9415 BROADWAY ST
PEARLAND TX 77584
281 854 2988

Merchant ID  64010225i
Term ID  1125
Server ID  3

Adjust Sale

VISA
XXXXXXXXXXXX 20
Entry Method: Manual
Apprvd: Online    Batch#: 000002
11/11/11              21:23:14

Inv#: 00000047 Appr Code: 063782

Amount.        $       33.67
Tip:                    3 00
Total:              $ 36 67

I agree to pay above total
amount according to card issu
agreement Merchant agreement or
debit voucher

X_____

Merchant Copy
THANK YOU

*Handwritten:*
Houston trip   Dinner
for City o Attack Track

7440 CTG

RTFC 99369

```
         HARRIS   COUNTY
           TOLL   ROAD
         AUTHORITY

      SAM HOUSTON SOUTH WEST

      Lane  No.  11

   Fare  Paid  —  $1.50


      05:06:53AM   11-12-11

         Have a nice day!
```

Houston trip
Toll way
for Citgo Attack Truck

~~7970~~ CTG
7440

HARRIS COUNTY
TOLL ROAD
AUTHORITY

SAM HOUSTON SOUTH WEST

Lane No. 02

Fare Paid — $1.50

05:56:53PM   11-08-11

Have a nice day!

*Houston Trip*
*Toll way*
*for Cityo Attack Truck*
*7440 CTG*