IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| JOE DALE MARTINEZ AND FIDENCIO LOPEZ, JR., Individually and on behalf of all others similarly situated, | ) ) ) ) ) ) |
| Plaintiffs, | ) CIVIL ACTION ) |
| VS. | ) NO.: 2:11-CV-295 ) |
| REFINERY TERMINAL FIRE COMPANY, | ) ) ) |
| Defendant. | ) |

------------------------------------

ORAL DEPOSITION OF
BRIAN FARRINGTON, ESQ.
JUNE 21, 2013

------------------------------------

ORAL DEPOSITION OF BRIAN FARRINGTON, ESQ., produced as a witness at the instance of the DEFENDANT, and duly sworn, was taken in the above-styled and numbered cause on June 21, 2013, from 8:53 a.m. to 10:56 a.m., before Kimberly Byrns Buchanan, CSR, RPR in and for the State of Texas, reported by machine shorthand, at the law offices of Cowles & Thompson, 901 Main Street, Suite 3900, Dallas, Texas 75202-3793, pursuant to the Federal Rules of Civil Procedure and the provisions stated on the record or attached hereto.

**Exhibit "G"**

Brian Farrington, Esq.

Page 70

10:23
1  A. Right, right.
2  Q. You must have been quoting the Federal
3  Register.
4  A. Fair assumption. And correct.
5  Q. And really when you -- and I -- correct my
6  summarization if it's wrong.
7     What they're trying to say is, look, just
8  because these guys supervise just at the fire scene
9  doesn't make them just supervisors. It's got to be more
10 than that. They've got to supervise regularly.
11 A. They -- it has to be their primary duty.
12 Q. Okay.
13 A. Yeah -- yes.
14    THE WITNESS: Maybe you should write the
15 Federal Register. It would be more succinct.
16    MR. SIECZKOSWKI: I'll never be in
17 politics. In -- it becomes very difficult to keep out
18 of it because everybody sends you something to invite
19 you to fish fries and stuff like that.
20    MR. ALEXANDER: You never come to our fish
21 fries. We want your money, Branscomb.
22    THE WITNESS: Quote, erat demonstrandum,
23 right?
24    MR. SIECZKOWSKI: The record did not see
25 my expression.

Page 71

1  Q. (BY MR. SIECZKOSWKI) All right. Let's see.
2  And you mentioned that -- we were talking about
3  supervisors, and you mentioned -- you have a discussion
4  starting on page 49 of your report. And I don't know
5  that it's going to be necessary to pull. But it's a
6  general proposition.
7     Look, you can't double-count the employees
8  for purposes of determine whether or not a supervisor is
9  supervising two or more?
10 A. Correct.
11 Q. You can't have four supervisors and one
12 underling?
13 A. Correct.
14 Q. Understood.
15    MR. SIECZKOSWKI: I've actually had that
16 situation.
17    THE WITNESS: It usually doesn't turn out
18 well.
19    MR. SIECZKOSWKI: Well, it's kind of --
20 it's kind of like the same notion of single-person
21 independent contractors. I hate when I heard -- hear
22 the words "contract labor".
23    THE WITNESS: I'm right there with you.
24    MR. SIECZKOSWKI: I just start to cringe.
25 Okay.

Page 72

1     MR. ALEXANDER: I have the opposite
2  interpretation.
3     MR. SIECZKOWSKI: What's that?
4     MR. ALEXANDER: I like hearing it.
5     MR. SIECZKOWSKI: So does the IRS, at
6  least lately.
7  Q. (BY MR. SIECZKOSWKI) Okay. You mentioned in
8  here -- how much work have you had with the Motor
9  Carrier rep?
10 A. Extensive.
11 Q. Okay. With the interstate or the foreign
12 commerce side?
13 A. Mostly interstate.
14 Q. Okay. What foreign commerce side experience do
15 you have?
16 A. Well, I've had cases in which the employer
17 shipped things to -- you know, by international shipping
18 vessel --
19 Q. Uh-huh.
20 A. -- to other countries.
21 Q. Okay. So foreign commerce includes things
22 coming on and off the ships as well --
23 A. Sure.
24 Q. -- into foreign trade zones, that sort of
25 thing?

Page 73

1  A. Under the right circumstances, yes.
2  Q. Sure. And to be clear on the Motor Carrier
3  Act, it's really much broader than one would think
4  because it's actually whatever the Department of
5  Transportation has authority to regulate, correct?
6  A. Yes. That is -- that is a requirement for the
7  exemption to apply.
8  Q. Right. They don't have to regulate it. They
9  just have to have the authority to do so?
10 A. Right. In order for them not to regulate it,
11 they have to disavow jurisdiction.
12 Q. Now, where did you get that from?
13 A. Oh, well, that's -- that happens all the time.
14 For example, they have disavowed jurisdiction over
15 ambulances.
16 Q. They haven't disavowed jurisdiction. They said
17 that the exception for overtime would not apply.
18 A. Right. Well, I -- we're saying the same thing,
19 I think.
20 Q. Well --
21 A. In other words, they're claiming that they
22 don't have jurisdiction over ambulances so therefore
23 ambulances can't be 13(b)(1) exempt.
24 Q. Isn't that actually a misstatement? Didn't
25 they say that, We are not going to exempt these people?

19 (Pages 70 to 73)

07/31/2013 13:05 7134525528 DEPOTEXAS PAGE 02/06
Case 2:11-cv-00295 Document 170-7 Filed in TXSD on 10/02/13 Page 3 of 6

Brian Farrington, Esq.

92

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

JOE DALE MARTINEZ AND )
FIDENCIO LOPEZ, JR., )
Individually and on behalf )
of all others similarly )
situated, )
 )
    Plaintiffs, ) CIVIL ACTION
 )
VS. ) NO.: 2:11-CV-295
 )
 )
REFINERY TERMINAL FIRE )
COMPANY, )
 )
    Defendant.

REPORTER'S CERTIFICATION
DEPOSITION OF BRIAN FARRINGTON, ESQ.
JUNE 21, 2013

    I, Kimberly Byrns Buchanan, Certified Shorthand Reporter in and for the State of Texas, hereby certify to the following:

    That the witness, BRIAN FARRINGTON, ESQ., was duly sworn by the officer and that the transcript of the oral deposition is a true record of the testimony given by the witness;

    That the deposition transcript was submitted on _June 26, 2013_ to the witness or to the attorney for the witness for examination, signature and return to me by _July 26, 2013_;

Brian Farrington, Esq.

93

That the amount of time used by each party at the deposition is as follows:

Mr. Clif Alexander      - 00 HOURS: 00 MINUTES,

Mr. Keith Sieczkowski   - 01 HOURS: 41 MINUTES;

That pursuant to information given to the deposition officer at the time said testimony was taken, the following includes counsel for all parties of record:

Mr. Clif Alexander, Attorney for Plaintiffs, and Mr. Keith Sieczkowski and Ms. Allison E. Moore, Attorneys for the Defendant;

That $ _n/a_ is the deposition officer's charges to the Defendant for preparing the original deposition transcript and any copies of exhibits.

I further certify that I am neither counsel for, related to, nor employed by any of the parties or attorneys in the action in which this proceeding was taken, and further that I am not financially or otherwise interested in the outcome of the action.

Certified to by me this 22nd day of June, 2013.



Kimberly Byrns Buchanan, RPR
Texas CSR No. 7579
Expiration Date: 12/31/13
Firm Registration No. 459

DEPOTEXAS
6500 Greenville Avenue
Suite 445
Dallas, Texas 75206
(214) 373-4977

07/31/2013 13:05    7134625628                    DEPOTEXAS                              PAGE   06/06
Case 2:11-cv-00295   Document 170-7   Filed in TXSD on 10/02/13   Page 6 of 6

Brian Farrington, Esq.

91

1      I, BRIAN FARRINGTON, ESQ., HAVE READ THE FOREGOING
DEPOSITION AND HEREBY AFFIX MY SIGNATURE THAT SAME IS TRUE
2    AND CORRECT, EXCEPT AS NOTED ABOVE.

                                    _____
                                    BRIAN FARRINGTON, ESQ.

9    THE STATE OF __Texas__ )
10   COUNTY OF __Dallas__ )

12   BEFORE ME, __Donna M. Daniels__, ON THIS DAY
13   PERSONALLY APPEARED BRIAN FARRINGTON, ESQ., KNOWN TO ME (OR
14   PROVED TO ME UNDER OATH OR THROUGH
15   _____) (DESCRIPTION OF IDENTITY CARD OR
16   OTHER DOCUMENT) TO BE THE PERSON WHOSE NAME IS SUBSCRIBED TO
17   THE FOREGOING INSTRUMENT AND ACKNOWLEDGED TO ME THAT THEY
18   EXECUTED THE SAME FOR THE PURPOSES AND CONSIDERATION THEREIN
19   EXPRESSED.

20       GIVEN UNDER MY HAND AND SEAL OF OFFICE THIS
21   __26th__ DAY OF __July__, 2013.

    [SEAL: DONNA M. DANIELS, Notary Public, STATE OF TEXAS, My Comm. Exp. Feb. 20, 2017]

                                  NOTARY PUBLIC IN AND FOR
                                  THE STATE OF __Texas__
                                  COMMISSION EXPIRES: __2/20/17__