UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| JOE DALE MARTINEZ, *et al*, | § | |
| | § | |
| Plaintiffs, | § | |
| VS. | § | CIVIL ACTION NO. 2:11-CV-295 |
| | § | |
| REFINERY TERMINAL FIRE COMPANY, | § | |
| | § | |
| | § | |
| Defendant. | § | |

**ORDER DISMISSING CAPTAINS AS PLAINTIFFS
AND DENYING MOTION TO DECERTIFY**

For the reasons stated at the hearing held in this matter on June 2, 2014, Defendant's motion for decertification and disqualification of Plaintiffs (D.E. 152) is DENIED, except to the extent that Defendant moved to have certain Plaintiffs disqualified as representatives of the collective action. The RTFC employees who were classified as captains during the relevant time period are DISMISSED from the lawsuit and therefore may not act as representatives.

ORDERED this 4th day of June, 2014.

_____
NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE